# EXHIBIT 1

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## ADMINSTRATIVE DUE PROCESS HEARING REQUEST

➤ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**

➤ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556**

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION  ___ I REQUEST MEDIATION AND A HEARING  _X_ I REQUEST A HEARING

---

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: _Angelo Gregory-Rivas_ DOB: _November 4th, 1985_

Address: _1358 Sping Road, NW, Washington, DC 20010_

Present School of Attendance: Cardozo Senior High School

Home School: Wilson Senior High School
(Neighborhood school where child is registered)

---

**COMPLAINT IS MADE AGAINST**:  _The District of Columbia Public Schools_____
                                 DCPS and/or D.C. Public Charter School-specify charter school

### INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name: _Mr. Angelo Gregory Rivas_

Address: _1358 Spring Road, NW, Washington, DC 20010_

Phone: (H) _____ (W) _____ (Fax) _____

Relationship to Student: _X_ Parent __ Self __ Legal Guardian __ Parent Surrogate ___ Public Agency

### PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name: __Domiento C.R. Hill, Esq.__ Phone: (W) _202-742-2000_____ (Fax) _____

---

Address: _____

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:  __November 29th, 2004__    __November 30th, 2004__    __December 1st, 2004__

Mediation:  _____  _____    _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

    Interpreter
    ___ Foreign Language _____
    ___ Sign Language _____
    ___ Other _____

Special Communications     _____

Special Accommodation for Disability _____

Other     _____

3.  In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
    (You may attach additional pages to provide more information if needed.)

    **Describe the nature of the problem:**

    1. **Denial of a Free and Appropriate Public Education – Failure to Comply with 34 C.F.R.
    Sec. 300.520 (b)(1)(ii) of the IDEA**. According to 34 C.F.R. Sec. 300.520 (b)(1)(ii) of the
    Individuals with Disabilities Education Act ("IDEA") "either before or not later than 10 business
    days after either first removing the child for more than 10 school days in a school year or
    commencing a removal that constitutes a change in placement under Sec. 300.519, including the
    action described in paragraph (a)(2) of this section, if the child already has a behavior intervention
    plan, the IEP team shall meet to review the plan for the child before the behavior that resulted in
    the removal described in paragraph (a) of this section, the agency shall convene an IEP meeitng to
    develop an assessment plan." Here, the District of Columbia Public Schools ("DCPS") clearly
    failed to comply with the regulation.

    In the instant matter, the student, on or about November 3rd, 2004, was recommended for expulsion
    from his current school for throwing eggs at classmates while in school. See Notice to
    Parent/Guardian and Student of Proposed Expulsion. As such, DCPS, as a result of their desire to
    expel the student, according to 34 C.F.R. Sec. 300.520 (b)(1)(ii) has yet to reconvene the student's
    MDT/IEP meeting to modify the student's IEP and modify the plan and its implementation as
    appropriate. It is clear the DCPS failed to comply with the requirements of 34 C.F.R. Sec. 300.520
    (b)(2)(ii) of the IDEA, and thus denied the student FAPE. DCPS' failure to comply with the
    regulation amounts to a denial of FAPE.

2.  **Denial of a Free and Appropriate Public Education – Failure to Comply with 34 C.F.R. Sec.
    300.342 of the IDEA**. According to 34 C.F.R. Sec. 300.342 of the IDEA" At the beginning of
    each school year, each public agency shall have an IEP in effect for each child with a disability
    within its jurisdiction."

    Here, DCPS is clearly out of compliance with the regulation. Here, the last IEP developed for the
    student was on March 14th, 2002. As a result, according to the statute, the most recent IEP for the
    student should have been updated no later than August of 2004. To date, DCPS has yet to develop
    a new IEP for the student. DCPS' failure to comply with 34 C.F.R. Sec. 300.342 of the IDEA
    amounts to a denial of FAPE.

3.  **Denial of a Free and Appropriate Public Education – Failure to Comply with 34 C.F.R. Sec.
    300.343 (c)(1) of the IDEA**. According to 34 C.F.R. Sec. 300.343 (c)(1) of the IDEA, DCPS, as
    the local and state education agency, is to ensure that the IEP Team [r]eviews the child's IEP

periodically, but not less than annually, to determine whether the annual goals for the child are being achieved." Here, DCPS has failed to do this. Here, the last IEP was developed for the student on March 14th, 2002. As such, an IEP should have been developed for the student no later than March 14th, 2003. To date, well over one and a half (1 ½) years have passed and DCPS has yet to develop a new IEP for the student. DCPS' failure to comply with 34 C.F.R. Sec. 300.343 (c)(1) of the IDEA amounts to a denial of FAPE.

4. **Denial of a Free and Appropriate Public Education - Failure to Comply with 34 C.F.R. Sec. 300.517 of the IDEA**. According to 34 C.F.R. Sec. 300.517 of the IDEA, DCPS, as the local and State Education Agency, when a student with a disability reaches the age of majority is to notify the student and parent of the student's transfer or rights. Here, the DCPS has yet to do this.

Indeed, in the instant matter, the student turned eighteen on November 4th, 2003, as such, the DCPS, well over one (1) year ago, was to notify the student and the parent of its intention to transfer the student's rights. To date, this has yet to be done. DCPS' failure to comply with 34 C.F.R. Sec. 300.517 of the IDEA amounts to a denial of a Free and Appropriate Public Education.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

1. Did DCPS deny the student with a Free and Appropriate Public Education by failing to comply with 300.520 (b)(1)(ii) of the IDEA.

2. Did DCPS deny the student with a Free and Appropriate Public Education by failing to comply 34 C.F.R. Sec. 300.342 of the IDEA.

3. Did DCPS deny the student with a Free and Appropriate Public Education by failing to comply 34 C.F.R. Sec. 300.343 (c)(1) of the IDEA.

4. Did DCPS deny the student with a Free and Appropriate Public Education by failing to comply 34 C.F.R. Sec. 300.3517 of the IDEA.

**Describe relevant facts relating to the problem:**

See section under Nature of the Problem.

**State how you would like to see the problem corrected:**

1. DCPS, immediately, shall rescind its motion to expel the student from Wilson Senior High School.

2. DCPS, within five (5) school days, shall reconvene the student's MDT/IEP meeting to review the student's evaluations, revise the student's behavior intervention plan, and update the student's IEP as necessary.

3. DCPS, as compensatory education, agrees to fund one thousand (1,000) hours of individualized tutoring.

4. All meetings and evaluations will be scheduled through counsel for the parent Domiento C.R. Hill, Esq., via facsimile, at 202-742-2098 or 202-742-2097, with copies to the parent.

5. DCPS shall be given a day for day extension for every day of delay caused by the parents, the student, or the parent's representatives.

6. The parent is the prevailing party in this matter.

7. At the student's MDT/IEP meeting, the IEP Team shall discuss the student's transfer of rights from himself to the student.

_____                     ___November 9th, 2004___
Signature of Applicant/Parent (Required)                  Date (Required)


**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002 FAX: (202) 442-5556**

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                              Revised 02/01/2003

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

```
TX/RX NO           2915
CONNECTION TEL              92024425556
CONNECTION ID
ST. TIME           11/09 10:32
USAGE T            00'50
PGS. SENT          6
RESULT             OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Christopher L. West♦◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Juan J. Fernandez!◊ |
| Brenda McAllister*◊Δ | Suite 700 | Christina Busso ◊ |
| Roberta Gambale | Washington, DC 20005 | Tilman Gerald |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne Nelomns |
| | Facsimile: (202) 742-2098 | John Strauss |

\* Admitted in Maryland Only
♦ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:          November 8th, 2004

TO:            Sharon Newsome, Scheduling Coordinator, Office of Student Hearings

FAX NO.:       202-442-5556

FROM:          Domiento C.R. Hill, Esq.

SUBJECT:       A.G., DOB: 11/4/85

NUMBER OF PAGES INCLUDING COVER SHEET: 6

COMMENTS: Administrative due process hearing request. Thank you for your assistance.