# EXHIBIT 2

**JAMES E. BROWN & ASSOCIATES, PLLC**
*A Professional Limited Liability Company*
Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull

Christopher L. West♦◊
Juan J. Fernandez!◊
Rachel K. Rubenstein●◊
Christina C. Busso ♦◊
Ann Ford

* Admitted in Maryland Only
♦ Admitted in New York Only
! Admitted in Bolivia Only
● Admitted in Mass. Only
Δ Member of the DC Federal Bar

December 20th, 2004

Via Facsimile Only
Michael Levy, Attorney Advisor
Office of the General Counsel
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

Re: Angelo Gregory-Rivas
DOB: November 4th, 1985
Attending School: Wilson Senior High School
Home School: Cardozo Senior High School

Dear Mr. Levy:

In lieu of the formal Due Process Hearing presently in the above-referenced matter, scheduled for Monday, December 20th, 2004, at 1:00 P.M., the District of Columbia Public Schools ("DCPS") agrees to the following:

1. Student/Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at the local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established than any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The student/parent/counsel verifies that the student's date of birth is November 4th, 1985, and that the student's home is Cardozo Senior High School and attending school is Wilson Senior High School.

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

3. Student/parent/counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

4. DCPS, within thirty (30) calendar days, agrees to reconvene the student's MDT/IEP Meeting, to review and revise the student's Behavior Intervention Plan and Individualized Educational Program as necessary, as well discuss the transfer of the student's rights. 

5. All meetings will be scheduled through counsel for the parent, Domiento C.R. Hill, Esq., via facsimile, at 202-742-2097.

6. Both parties agree that execution of the agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

7. If for some reason the DCPS is unable to comply with this agreement as a result of unforeseen circumstances beyond its control, DCPS will request that student/parent/counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Student/Parent/counsel will not unreasonably deny any such request for extension/renegotiation.

8. Student/Parent/Counsel agrees to contact the DCPS Office of Mediation and Compliance if there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

9. This agreement is in full satisfaction and settlement of all claims contained in the pending hearing request, and including all claims the parent now asserts or could have asserted as of the date of this agreement.

10. DCPS agrees to pay counsel for the Student/Parent reasonable attorney's fees in an amount not to exceed Four Thousand Dollars and Zero Cents ($4,000.00), not including educational advocate or expert witness fees, as full payment of attorney fees and related costs incurred in this matter.

If you agree to the terms of this settlement agreement proposal, please sign it, fax it, attention to Domiento C.R. Hill, to 202-742-2097 or 202-742-2098. If you would like to discuss the case prior to the hearing, please call Domiento C.R. Hill at 202-742-2000 (ext. 2008).

Respectfully,

Domiento C.R. Hill, Esq.

Agreed to: ______________________ Date: 12/20/04
Michael Levy, Esq.
DCPS Attorney Advisor

*"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

**JAMES E. BROWN & ASSOCIATES, PLLC**
*A Professional Limited Liability Company*
Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull

Christopher L. West♦◊
Juan J. Fernandez!◊
Tilman Gerald
Roxanne Neloms
John Strauss

* Admitted in Maryland Only
♦ Admitted in New York Only
! Admitted in Bolivia Only
● Admitted in Mass. Only
Δ Member of the DC Federal Bar

December 21st, 2004

Via Facsimile Only
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

| | |
|---|---|
| Re: | Angelo-Gregory Rivas |
| DOB: | November 4th, 1986 |
| Home School: | Wilson Senior High School |
| Attending School: | Cardozo Senior High School |

Ms. Newsome:

The parent, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding hearing request. The administrative due process hearing was scheduled to take place on **Monday, December 20th, 2004, at 1:00 P.M.** If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2008.

Respectfully,

Domiento C. R. Hill, Esq.

Cc: Michael Levy, Attorney Advisor, DCPS
File

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4371 |
| CONNECTION TEL | 92024425556 |
| CONNECTION ID | |
| ST. TIME | 12/21 13:10 |
| USAGE T | 00'45 |
| PGS. SENT | 5 |
| RESULT | OK |

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

James E. Brown
Domiento C.R. Hill*0Δ
Brenda McAllister*0Δ
Roberta Gambale
Miguel A. Hull

Christopher L. West♦0
Juan J. Fernandez!
Christina R. Busso
Tilman Gerald
Roxanne Neloms
John Strauss

* Admitted in Maryland Only
♦ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE: December 21st, 2004

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings

FAX NO.: 202-442-5556

RE: A.G.R., DOB: 11/4/86

FROM: Domiento C.R. Hill, Esq.

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENT: Executed settlement agreement and withdrawal. Thank you for your assistance.

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4377 |
| CONNECTION TEL | 92024425098 |
| CONNECTION ID | OFF.OF GENERAL C |
| ST. TIME | 12/21 13:28 |
| USAGE T | 01'02 |
| PGS. SENT | 6 |
| RESULT | OK |

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊∆
Brenda McAllister*◊∆
Roberta Gambale
Miguel A. Hull

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Christopher L. West♦◊
Juan J. Fernandez!
Christina R. Busso
Tilman Gerald
Roxanne Nelomns
John Strauss

* Admitted in Maryland Only
♦ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE: December 21st, 2004

TO: Michael Levy, Attorney Advisor, DCPS

FAX NO.: 202-442-5097/5098

RE: A.G.R., DOB: 11/4/86

FROM: Domiento C.R. Hill, Esq.

NUMBER OF PAGES INCLUDING COVER SHEET: 6

COMMENT: Executed settlement agreement and withdrawal. Thank you for your assistance.

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0163 |
| CONNECTION TEL | 92024425098 |
| SUBADDRESS | |
| CONNECTION ID | OFF.OF GENERAL C |
| ST. TIME | 12/20 14:31 |
| USAGE T | 00'37 |
| PGS. SENT | 4 |
| RESULT | OK |

## JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull

Christopher L. West♦◊
Juan J. Fernandez!
Christina R. Busso
Tilman Gerald
Roxanne Neloms
John Strauss

* Admitted in Maryland Only
♦ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE: December 20th, 2004

TO: Michael Levy, Attorney Advisor, DCPS

FAX NO.: 202-442-5097/5098

RE: A.G., DOB: 11/4/85

FROM: Domiento C.R. Hill, Esq.

NUMBER OF PAGES INCLUDING COVER SHEET: 4

COMMENT: Proposed settlement agreement. Thank you for your assistance.