# EXHIBIT 3

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## ADMINSTRATIVE DUE PROCESS HEARING REQUEST

➢ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.
➢ This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION  ___ I REQUEST MEDIATION AND A HEARING  _X_ I REQUEST A HEARING

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: _Angelo Gregory-Rivas_  DOB: November 4th, 1985

Address: 1358 Spring Road, NW, Washington, DC 20010

Present School of Attendance: Wilson Senior High School

Home School: Cardozo Senior High School
(Neighborhood school where child is registered)

**COMPLAINT IS MADE AGAINST**:    The District of Columbia Public Schools
                                   DCPS and/or D.C. Public Charter School-specify charter school

**INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING**

Name: _Ms. Cheryl Gregory-Rivas_

Address: 1358 Spring Road, NW, Washington, DC 20010_

Phone: (H) _____ (W) _____ (Fax) _____

Relationship to Student: _X_ Parent __ Self __ Legal Guardian ___ Parent Surrogate ___ Public Agency

**PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):**

Name: __Domiento C.R. Hill, Esq.__ Phone: (W) __202-742-2000____ (Fax) _____

Address: _____

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:    _February 14th, 2005_    _February 15th, 2005_    _February 16th, 2004_

Mediation:    _____    _____    _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

    Interpreter
    ___ Foreign Language _____
    ___ Sign Language _____
    ___ Other _____

Special Communications _____
Special Accommodation for Disability _____
Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
   (You may attach additional pages to provide more information if needed.)

   **Describe the nature of the problem:**

   **Denial of a Free and Appropriate Public Education – Violation of the Expressed Written Terms of the Settlement Agreement of December 20th, 2004.** An administrative due process hearing was scheduled to take place for the student on or about December 20th, 2004. Prior to the hearing, counsel for the parent, and counsel for the District of Columbia Public Schools ("DCPS"), entered into a settlement agreement whereby the DCPS agreed to do, among other things, reconvene the student's MDT/IEP Meeting within thirty (30) calendar days. See Settlement Agreement dated December 20th, 2004.

   Counsel for the parent, on or about January 10th, 2005, wrote to the DCPS requesting that they comply with the expressed written terms of the settlement agreement of December 20th, 2004, and reconvene the student's MDT/IEP Meeting. See Correspondence dated January 10th, 2005. To date, DCPS has yet to respond to the correspondence by the parent's counsel. DCPS' failure to comply with the expressed written terms of the settlement agreement of December 21st, 2004, amounts to a denial of a Free and Appropriate Public Education.

   **Describe issues to be addressed at the mediation and/or hearing, with specificity:**

   1. Whether or not the DCPS denied the student with a Free and Appropriate Public Education by failing to comply with the expressed written terms of the settlement agreement of December 20th, 2004.

   **Describe relevant facts relating to the problem:**

   See section under Nature of the Problem.

   **State how you would like to see the problem corrected:**

   Ms. Cheryl Gregory-Rivas, parent of the above-mentioned student, hereby requests, pursuant to the Conciliation Agreement entered into on May 12th, 1981, between the U.S. Department of Education and the District of Columbia Public Schools hereby requests the following relief:

   1. A finding that DCPS denied the student with a Free and Appropriate Public Education by failing to comply with the settlement agreement of December 20th, 2004.

   2. DCPS, within five (5) business days, agrees to reconvene the student's MDT/IEP Meeting, to review the student's outstanding evaluations, revise and update the

2. DCPS, within five (5) business days, agrees to reconvene the student's MDT/IEP Meeting, to review the student's outstanding evaluations, revise and update the student's behavior intervention program and IEP as necessary, and develop a compensatory education plan.

3. DCPS, for any violations of this order, within five (5) business days upon written notification from the parent's counsel, in the event DCPS fails to comply with the order of the hearing officer agrees to convene an expedited due process hearing.

4. All meetings will be scheduled through the parent's counsel, Domiento C.R. Hill, Esq., via facsimile, at 202-742-2097.

5. Based on the finding of fact and conclusion of law, the relief obtained by the parent materially alters the legal relationship of the parties by modifying the DCPS behavior in a way that benefits the parent.

6. A finding that the parent is the prevailing party in this action.

7. DCPS, will be granted a day for day extension for any delays caused by counsel for the parent/guardian, the parent/guardian, the student, or the educational advocate.

8. DCPS agrees to fund one (1) year or one-thousand (1,000) hours of individualized tutoring at a cost not to exceed sixty-five ($65.00) per hour.

_____          _January 21st, 2005_
Signature of Applicant/Parent (Required)          Date (Required)


**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002 FAX: (202) 442-5556**

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                                                 Revised 02/01/2003

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 0465
CONNECTION TEL                        92024425556
CONNECTION ID
ST. TIME                 01/21 12:41
USAGE T                  00'48
PGS. SENT                5
RESULT                   OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Christopher L. West◆◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Juan J. Fernandez! |
| Brenda McAllister*◊Δ | Suite 700 | Christina R. Busso |
| Roberta Gambale | Washington, DC 20005 | Tilman Gerald |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne Neloms |
| | Facsimile: (202) 742-2098 | John Strauss |

\* Admitted in Maryland Only  
◆ Admitted in New York Only  
! Admitted in Bolivia Only  

● Admitted in Mass. Only  
Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:    January 21$^{sr}$, 2005

TO:      Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FAX NO.: 202-442-5556

RE:      A.G.R., DOB: 11/4/85

FROM:    Domiento C.R. Hill, Esq.

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENT: Due Process Hearing Request. Thanks for your assistance.