# EXHIBIT 4

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Christopher L. West◆0 |
| Domiento C.R. Hill*0∆ | 1220 L Street, NW | Juan J. Fernandez! |
| Brenda McAllister*0∆ | Suite 700 | Christina C. Busso |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | |
| | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
◆ Admitted in New York Only

∆ Member of the DC Federal Bar
! Admitted in Bolivia Only

February 15th, 2005

<u>Via Facsimile Only</u>
Michael Levy, Attorney Advisor
Office of the General Counsel
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

Re:                Angelo Gregory-Rivas
DOB:               November 4th, 1985
Attending School:  Wilson Senior High School
Home School:       Cardozo Senior High School

Dear Mr. Levy:

In lieu of the formal Due Process Hearing presently in the above-referenced matter, scheduled for Wednesday, February 16th, 2005, at 3:00 P.M., the District of Columbia Public Schools ("DCPS") agrees to the following:

1. Student/Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at the local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established than any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The student/parent/counsel verifies that the student's date of birth is November 4th, 1985, and that the student's attending school is Wilson Senior High School and home school is Cardozo Senior High School.

0 *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

3. Student/parent/counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

4. DCPS, within ~~fifteen (15)~~ *twenty (20)* school days, agrees to reconvene the student's ELMDT/IEP Meeting to review all outstanding evaluations, revise and update the student's IEP, discuss compensatory education, placement, and discuss and determine the transfer of the student's rights.

5. DCPS, if the student is found ineligible to receive special education and its related services, agrees to issue a Notice of Ineligibility for the student.

6. All meetings will be scheduled through the parent's counsel, the Law Offices of James E. Brown & Associates, PLLC, in writing, via facsimile, at 202-742-2097.

7. Both parties agree that execution of the agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

8. If for some reason the DCPS is unable to comply with this agreement as a result of unforeseen circumstances beyond its control, DCPS will request that student/parent/counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Student/Parent/counsel will not unreasonably deny any such request for extension/renegotiation.

9. Student/Parent/Counsel agrees to contact the DCPS Office of Mediation and Compliance if there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

10. This agreement is in full satisfaction and settlement of all claims contained in the pending hearing request, and including all claims the parent now asserts or could have asserted as of the date of this agreement.

2

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

11. DCPS agrees to pay counsel for the Student/Parent reasonable attorney's fees in an amount not to exceed Four Thousand Dollars and Zero Cents ($4,000.00), not including educational advocate or expert witness fees, as full payment of attorney fees and related costs incurred in this matter.

If you agree to the terms of this settlement agreement proposal, please sign it, fax it, attention to Roxanne D. Neloms, to 202-742-2097 or 202-742-2098. If you would like to discuss the case prior to the hearing, please call Roxanne D. Neloms at 202-742-2000.

Respectfully,

Roxanne D. Nelomns, Esq.

Agreed to: _____ Date: 2/16/05
Michael Levy, Esq.
DCPS Attorney Advisor

Cc: Domiento C. R. Hill, Esq.
    File

3

◊ "Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Christopher L. West◆◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Juan J. Fernandez!◊ |
| Brenda McAllister*◊∆ | Suite 700 | Christina Busso |
| Roberta Gambale | Washington, DC 20005 | Tilman Gerald |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne Neloms |
| | Facsimile: (202) 742-2098 | John Strauss |

\* Admitted in Maryland Only
♦ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
∆ Member of the DC Federal Bar

February 17th, 2005

<u>Via Facsimile Only</u>
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

    Re:   Angelo Gregory-Rivas
    DOB: November 4th, 1985

Ms. Newsome:

    The parent, by and through counsel, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding hearing request scheduled to take place on Thursday, February 17th, 2005, at 11:00 A.M. If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

                                                          Respectfully,

                                                          Roxanne D. Neloms, Esq.

Cc: Michael Levy, Attorney Advisor, DCPS
     Domiento C.R. Hill, Esq.
     File

---

   ◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 0830
CONNECTION TEL                      92024425556
SUBADDRESS
CONNECTION ID
ST. TIME                 02/17 08:24
USAGE T                  00'42
PGS. SENT                    5
RESULT                   OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Christopher L. West◆◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Juan J. Fernandez! |
| Brenda McAllister*◊∆ | Suite 700 | Christina R. Busso |
| Roberta Gambale | Washington, DC 20005 | Tilman Gerald |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne Neloms |
| | Facsimile: (202) 742-2098 | John Strauss |

* Admitted in Maryland Only
◆ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:    February 17th, 2005

TO:      Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FAX NO.: 202-442-5556

RE:      A.G.R., DOB: 11/4/85

FROM:    Domiento C.R. Hill, Esq.

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENT: Executed settlement agreement and withdrawal. Thank you for your assistance.

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              0831
CONNECTION TEL        92024425097
SUBADDRESS
CONNECTION ID
ST. TIME              02/17 08:26
USAGE T               00'52
PGS. SENT             6
RESULT                OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | Attorneys at Law | |
|---|---|---|
| James E. Brown | 1220 L Street, NW | Christopher L. West♦◊ |
| Domiento C.R. Hill*◊Δ | Suite 700 | Juan J. Fernandez! |
| Brenda McAllister*◊Δ | Washington, DC 20005 | Christina R. Busso |
| Roberta Gambale | Telephone: (202) 742-2000 | Tilman Gerald |
| Miguel A. Hull | Facsimile: (202) 742-2098 | Roxanne Nelomns |
| | | John Strauss |

\* Admitted in Maryland Only
♦ Admitted in New York Only
! Admitted in Bolivia Only

● Admitted in Mass. Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:    February 17th, 2005

TO:      Michael Levy, Attorney Advisor, DCPS

FAX NO.: 202-442-5097/5098

RE:      A.G.R., DOB: 11/4/85

FROM:    Domiento C.R. Hill, Esq.

NUMBER OF PAGES INCLUDING COVER SHEET: 6

COMMENT: Executed settlement agreement and withdrawal. Thank you for your assistance.