# EXHIBIT 5

Case 1:06-cv-00563-HHK    Document 1-6    Filed 03/24/2006    Page 1 of 5

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊Δ | Suite 700 | Tilman L. GeraldΔ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

March 17, 2005

**Via Facsimile 202-282-1171 or First Class Mail**
Ms. Sonya Lee, Special Education Coordinator
Woodrow Wilson Senior High School
3950 Chesapeake Street, NW
Washington, D.C. 20016

Re:   **Request for Reevaluations**
      **Student: Angelo Gregory-Rivas / DOB: 11-4-85 / Student ID: 0378946**

Dear Ms. Lee:

On behalf of my client, **Cheryl Gregory-Rivas**, I hereby request that student **Angelo Gregory-Rivas / DOB: 11-4-85**, be reevaluated for special education services pursuant to the Individuals with Disabilities Education Act, 34 C.F.R. Sec. 300.536(b). A comprehensive reevaluation of the student would include, but is not limited to: 1) **psycho-educational**, and a 2) **clinical psychological**.

In deference to the District of Columbia Public Schools' efforts to conduct the reevaluations, the parent will wait sixty (60) calendar days from today for DCPS to complete the reevaluations of the student. However, if the reevaluations are not completed by **(5-16-05)**, the parent will take the appropriate steps to secure independent reevaluations at public expense. Finally, I also request that proper notice of all proposed tests, observations, and evaluations be provided to me pursuant to 34 C.F.R. Sec. 300.505.

**This request by the parent does not waive her rights to contest, at an administrative due process hearing, DCPS' failure to have already conducted any evaluations/reevaluations this student may have been entitled to receive.**

I may be reached on 202-742-2000 to schedule the reevaluations, and thank you for your prompt attention to this matter.

Sincerely,

Domiento C.R. Hill, Esquire

Attachment: Consent for Evaluation – Initial or Reevaluation
cc:   Office of the General Counsel, District of Columbia Public Schools w/out attachments
      Cheryl Gregory-Rivas, Parent
      Donte Davis, Educational Advocate

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3172
CONNECTION TEL                        92022821171
CONNECTION ID
ST. TIME              03/17 15:13
USAGE T               00'52
PGS. SENT             5
RESULT                OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West◆◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
◆ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

March 17, 2005

**Via Facsimile 202-282-1171 or First Class Mail**
Ms. Sonya Lee, Special Education Coordinator
Woodrow Wilson Senior High School
3950 Chesapeake Street, NW
Washington, D.C. 20016

    Re:    **Request for Reevaluations**
            **Student: Angelo Gregory-Rivas / DOB: 11-4-85 / Student ID: 0378946**

Dear Ms. Lee:

    On behalf of my client, **Cheryl Gregory-Rivas**, I hereby request that student **Angelo Gregory-Rivas / DOB: 11-4-85**, be reevaluated for special education services pursuant to the Individuals with Disabilities Education Act, 34 C.F.R. Sec. 300.536(b). A comprehensive reevaluation of the student would include, but is not limited to: 1) **psycho-educational**, and a 2) **clinical psychological.**

    In deference to the District of Columbia Public Schools' efforts to conduct the reevaluations, the parent will wait sixty (60) calendar days from today for DCPS to complete the reevaluations of the student. However, if the reevaluations are not completed by (5-16-05), the parent will take the appropriate steps to secure independent reevaluations at public expense. Finally, I also request that proper notice of all proposed tests, observations, and evaluations be provided to me pursuant to 34 C.F.R. Sec. 300.505.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                3176
CONNECTION TEL                    92024425517
CONNECTION ID           DCPS SPECIAL EDU
ST. TIME                03/17 15:26
USAGE T                 00'52
PGS. SENT               5
RESULT                  OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | Attorneys at Law | |
|---|---|---|
| James E. Brown | 1220 L Street, NW | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | Suite 700 | Christina R. Busso |
| Brenda McAllister*◊Δ | Washington, D.C. 20005 | Tilman L. GeraldΔ |
| Roberta Gambale | Telephone: (202) 742-2000 | Roxanne D. Neloms |
| Miguel A. Hull | Facsimile: (202) 742-2098 | John A. Straus |
| Christopher L. West♦◊ | | |

\* Admitted in Maryland Only          e-mail: Admin@Jeblaw.biz          ! Admitted in Bolivia Only
♦ Admitted in New York Only                                              Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:       17 MARCH 2005

TO:         Office of Special Education, DCPS/Monitor of W. Wilson Senior High School

PHONE:

FAX NO:     202-442-5517/5518

FROM:       Domiento Hill, Esquire / Kelly Dau, Legal Assistant

SUBJECT:    Re-Evaluations Request to W. Wilson SHS re Angelo Gregory-Rivas, DOB: 11/4/85

FAX INCLUDES EVALUATION CONSENT FORM SIGNED BY PARENT

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS:

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                  3177
CONNECTION TEL                        92024425097
CONNECTION ID
ST. TIME                  03/17 15:25
USAGE T                   00'43
PGS. SENT                 5
RESULT                    OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊△ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊△ | Suite 700 | Tilman L. Gerald△ |
| Roberta Gambale | Washington, D.C. 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only          e-mail: Admin@Jeblaw.biz          ! Admitted in Bolivia Only
♦ Admitted in New York Only                                              △ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:      17 MARCH 2005

TO:        Office of the General Counsel, DCPS/Monitor of W. Wilson Senior High School

PHONE:

FAX NO:    202-442-5097/5098

FROM:      Domiento Hill, Esquire / Kelly Dau, Legal Assistant

SUBJECT:   Re-Evaluations Request to W. Wilson SHS re Angelo Gregory-Rivas, DOB: 11/4/85

           FAX INCLUDES EVALUATION CONSENT FORM SIGNED BY PARENT

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: