# EXHIBIT 6

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## ADMINSTRATIVE DUE PROCESS HEARING REQUEST

➢ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.

➢ This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION   ___ I REQUEST MEDIATION AND A HEARING   _X_ I REQUEST A HEARING

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: __Angelo Gregory-Rivas__   DOB: __November 4th, 1985__

Address: __1358 Spring Street, NW, Washington, DC 20010__

Present School of Attendance: Wilson Senior High School

Home School: Cardozo Senior High School
(Neighborhood school where child is registered)

**COMPLAINT IS MADE AGAINST:**   __The District of Columbia Public Schools__
DCPS and/or D.C. Public Charter School-specify charter school

**INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING**

Name:   __Ms. Cherly Rivas__

Address:   __1358 Spring Street, NW, Washington, DC 20010__

Phone:   (H) _____   (W) _____   (Fax) _____

Relationship to Student:   _X_ Parent   __ Self   __ Legal Guardian   __ Parent Surrogate   __ Public Agency

**PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):**

Name:   __Roxanne Neloms, Esq.__   Phone: (W) __202-742-2000__   (Fax) _____

Address: _____

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:    June 8th, 2005    June 9th, 2005    June 10th, 2005

Mediation: _____  _____  _____

   **FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

   **FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

   Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

   If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

   Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

   Interpreter
   ___ Foreign Language _____
   ___ Sign Language _____
   ___ Other _____

Special Communications _____
Special Accommodation for Disability _____
Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below: (You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

**1. Denial of a Free and Appropriate Public Education – Violation of the Expressed Written Terms of the Settlement Agreement of February 15th, 2005.** An administrative due process hearing was scheduled to take place for the student on or about February 16th, 2005. Prior to the hearing, counsel for the parent, and counsel for the District of Columbia Public Schools ("DCPS") entered into a settlement agreement whereby the DCPS agreed to do, among other things, reconvene the student's MDT/IEP Meeting, within twenty (20) school days, to review all outstanding evaluations, revise and update the student's IEP, discuss compensatory education and discuss and determine the transfer of the student's rights. See Settlement Agreement dated February 15th, 2005.

Counsel for the parent, on or about May 12th, 2005, contacted the DCPS Office of Mediation and Compliance informing them that the student's MDT/IEP Meeting had yet to be held and further informed them of the parent's intention to file an administrative due process hearing request as a result of their noncompliance. Unfortunately, this letter yielded no response from DCPS. DCPS' failure to comply with the expressed written terms of the settlement agreement, amounts to a denial of a Free and Appropriate Public Education.

**2. Denial of a Free and Appropriate Public Education- Failure to Comply with 34 C.F.R. Sec. 300.536 of the IDEA.** The District of Columbia Public Schools ("DCPS"), as the local and state education agency, according to 34 C.F.R. Sec. 300.536(b) of the IDEA, is to ensure that a reevaluation of a student is conducted if the parent requests, teacher requests, condition warrants, but at least every three (3) years. Here, it is clear DCPS failed to comply with the statute.

In the instant matter, the parent, on or about March 17th, 2005, wrote to DCPS requesting that her child be reevaluated. See Correspondence dated March 17th, 2005. The request was made to ascertain the student's current level of academic functioning, and to determine whether or not social emotional issues continued to impact the student's academic achievement. Specifically, the reevaluations the parent requested were a psycho-educational and clinical psychological. Id.

Counsel for the parent on or about May 12th, 2005, wrote to DCPS requesting copies of the student's requested reevaluations. See Correspondence dated May 12th, 2005. Unfortunately, DCPS never responded to the correspondence. To date, DCPS has yet to comply with the parent's request that her child be reevaluated.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

1. Whether or not DCPS denied the student with a Free and Appropriate Public Education denied the student with a Free and Appropriate Public Education by failing to comply with the expressed written terms of the settlement agreement of February 15th, 2005.

2. Whether or not DCPS failed to comply with the parent's request, pursuant to 34 C.F.R. Sec. 300.536(b) of the IDEA, that the student be reevaluated.

**Describe relevant facts relating to the problem:**

See section under Nature of the Problem.

**State how you would like to see the problem corrected:**

1. A finding that DCPS violated the February 15th, 2005 settlement agreement.

2. A finding that DCPS failed to comply with the parent's request that her child be reevaluated.

3. DCPS, agrees to fund the parent's psycho-educational and clinical psychological reevaluations.

4. DCPS, within five (5) business days upon receipt of the last of the student's reevaluations, agrees to reconvene the student's MDT/IEP Meeting, to review all outstanding evaluations, revise and update the student's IEP as necessary, and discuss and determine placement if a new placement is necessary.

5. DCPS for any violations of this order, within in five (5) business days upon written notification from the parent's counsel, in the event DCPS fails to comply with the order of the hearing officer agrees to convene an expedited due process hearing.

6. Based on the finding of fact and conclusion of law, the relief obtained by the parent materially alters the legal relationship of the parties by modifying the DCPS behavior in a way that benefits the parent. A finding that the parent is the prevailing party in this action.

7. DCPS, will be granted a day for day extension for any delays caused by counsel for the parent/guardian, the parent/guardian, the student, or the educational advocate.

8. The parent is the prevailing party in this matter.

9. DCPS, agrees to provide the student with compensatory education for the delays in this case, as well as DCPS' failure to provide the student with all of his specialized instruction and related services.



_____        May 12th, 2005
Signature of Applicant/Parent (Required)        Date (Required)

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002 FAX: (202) 442-5556**

---

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                    Revised 02/01/2003

---

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            0986
CONNECTION TEL                      92024425556
CONNECTION ID
ST. TIME            05/17 17:05
USAGE T             00'48
PGS. SENT           6
RESULT              OK
```

# James E. B+rown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West | Facsimile: (202) 742-2098 | Marshall Lammers° |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | Δ Member of the DC Federal Bar |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Roxanne Neloms, Esq.

DATE: May 17th, 2005

FAX NO: 202-442-5556

SUBJECT: A.G.R., DOB: 11/4/85

NUMBER OF PAGES INCLUDING COVER SHEET: 6

COMMENTS: Due Process Hearing Request. Thank-you for your assistance.

STATEMENT OF CONFIDENTIALITY: