# EXHIBIT 8

(In the Matter of AG-R   DOB: 11/4/85   HOD: June 28, 2005)

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigation Division*
### CONFIDENTIAL
### Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of Angelo Gregory Rivas )<br>Date of Birth: November 4, 1985 )<br> )<br> )<br>Petitioner (Student), )<br> )<br>v. )<br> )<br>District of Columbia Public Schools )<br>("DCPS" or "District") )<br>Attending School: Wilson SHS )<br>Respondent. )<br>_____ ) | IMPARTIAL DUE PROCESS<br><br>HEARING OFFICER'S DECISION<br><br>Hearing Date: June 24, 2005<br><br>Held at: 825 North Capitol St. NE<br>Washington, DC |

Hearing Participants:
Counsel for Student:             Domiento C.R. Hill, Esq.
                                  Roberta Gambale, Esq.
                                  1220 L Street NW #700
                                  Washington DC 20002

Counsel for DCPS:                Katherine Rodi, Esq.
                                  Office of General Counsel
                                  825 North Capitol St. NE
                                  Washington, DC 20002

**INTRODUCTION:**

A Due Process Hearing was convened on June 24, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the student filed May 18, 2005.

**JURISDICATION:**

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

**DUE PROCESS RIGHTS:**

The student's counsel waived a formal reading of the due process rights.

1

(In the Matter of AG-R   DOB: 11/4/85   HOD: June 28, 2005)

## SUMMARY OF THE RELEVANT EVIDENCE:

The Hearing Officer considered the representations made on the record by each counsel and documents contained in the parties' disclosure statements, which were admitted into the record.

DCPS moved for the matter to be dismissed based on the student's recent graduation and receipt of a high school diploma in June 2005. The student's counsel submitted case law in opposition to the motion.

## FINDINGS OF FACT:

DCPS and the student's counsel entered a settlement agreement on February 16, 2005. Among other things, DCPS agreed to convene, within twenty (20) school days of executing the agreement, a MDT/IEP meeting to review the student's evaluations, revise and update the student's IEP and discuss compensatory education, placement and discuss the student's transfer of rights. (AGR 4)

On May 18, 2005, the student's counsel filed a hearing request asserting DCPS had failed to comply with the settlement agreement, and amended the hearing request on June 14, 2005. (AGR 2, 3)

The student graduated with his class on June 6, 2005, from Wilson Senior High School with a high school diploma. (DCPS 1)

The Hearing Officer considered DCPS' motion for the hearing request to be dismissed based on the student's graduation and hereby issues the following:

## ORDER:

1. The due process hearing is this matter is hereby continued to a date to be set by the DCPS Student Hearing Office for adjudication of the issues raised in the hearing request.
2. Because the underlying issues in this case are related to transfer of rights and compensatory education due the student, the student's presence at the hearing is required.

## APPEAL PROCESS:

Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

_____
Coles B. Ruff, Esq.
Hearing Officer
Date: June 28, 2005

Issued: 6-28-05

2

(In the Matter of AG-R   DOB: 1../85   HOD: June 28, 2005)

## MATTER OF Angelo Rivas-Gregory V. DCPS

### INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| A R-G 1-14 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Disclosures | Yes |
|  |  |  |
|  |  |  |
|  |  |  |
|  | * A detailed list of the documents disclosed is contained in the parties' disclosure notices |  |

(In the Matter of AG-R  DOB: 11/4/85  HOD: June 28, 2005)

## In the MATTER OF Angelo Gregory-Rivas V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 5/18/05 | Request for Due Process |
|  | Notice of Pre-Hearing Conference (as applicable) |
| 5/19/05 | Notice of Due Process Hearing |
|  | SETS Disposition Form |
|  | Transcripts or audio tapes of hearing |

(In the Matter of AG-R   DOB: 11/4/85   HOD: June 28, 2005)

## INDEX OF NAMES

### In the MATTER OF Angelo Gregory-Rivas V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Teacher | |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | Domiento C.R. Hill, Esq. Roberta Gambale, Esq. |
| School System's Representative | Katherine Rodi, Esq. |