# EXHIBIT 12

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____    MEETING DATE: 11/30/05

STUDENT: Angelo Gregory-Rivas    SCHOOL: Wilson High School

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Sonya R. Lee | S/L | SEC |
| Annette Lanier | Annette Lanier | Special Education Teacher |
| Grace Echema | Grace Echema | Nurse |
| Kevin Carter | Kevin Carter | Ed. Advocate |

The meeting started with all members being introduced and Statement of purpose was for settlement regarding HOD on August 29, 2005. This meeting was in order to respond to an order requesting the following 30 calendar days of the issuance of this Order shall convene a MDT meeting to discuss and determine compensation education for Angelo-Gregory Rivas.
Ms. Lee expressed an error regarding services. Completion of Services form should have been dated June 6 or 7, 2005 because he was a senior not March 24, 2005.
Ms Lee gave Mr. Carr time to peruse Angelo's transcripts from ninth grade through twelfth grade.

The Former Student
THE PARENT ☒ IS PRESENT  ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____

☐ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION
☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____   MULTIDISCIPLINARY TEAM (MDT)   Page: 2 of 4
CONTINUATION MEETING NOTES
MEETING TYPE: MDT MTG

STUDENT: Angelo Gregory-Rivas   SCHOOL: Wilson High School   DATE: 11/30/05

Based on last advisory at Wilson High School, he had U.S. Government in specialized instruction. The other classes were electives needed to graduate in June 2005 English III, World History, Geometry, Environmental Science all teachers were dual certified (2003-2004) in content and specialized instruction in which he did very well. Electives were also taken for graduation. Earth Science and English IV 2003-2004 these classes were taken at Roosevelt STAY program. He continued to do very well based on his report card. Ms. Lee went back to 2002. English II was with regular education teacher. World Geography, Algebra I, Zoology and Botany were all with dual certified teachers. Spanish I was taken in 10th grade with general education teacher. Ninth grade report card reflects Angelo took majority of dual certified instructors (all core classes). Electives, once again, were taken with general teachers and required to graduate from DCPS with a diploma. Counseling (1.5 hrs/min) on IEP however Angelo told Mrs. Proctor that he "wanted to attend class." He did meet up with her "here or there." Ms. Lee gave Mr. Carr a copy of the tracking forms dated March 2003 to June 2003 and September 2003, Medicaid forms up to 2004. Mr. Carr asked about English II. Ms. Lee informed him that Angelo was on monitoring and the class was for the entire year in 10th grade. Angelo repeated English II at Roosevelt STAY 2002-2003. Angelo said that this class was with a general education teacher. He was "real lazy that year."

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)     Page: ___ of ___
CONTINUATION MEETING NOTES
MEETING TYPE: _____

STUDENT: Angelo Gregory-Rivas   SCHOOL: Wilson High School   DATE: 11/30/05

Spanish I class with a general education teacher and he received a D as a final grade. However, Angelo received specialized instruction in 2004-2005 regarding the U.S. Government class needed to graduate.

Angelo should have any comments on report cards with teachers' comments. Based on case manager 2004-2005, follow up was given regarding support in college admissions. Mr. Carr expressed clarification about 22 hrs of specialized instruction. Case manager was monitoring Angelo's progress and class work. Angelo was either "on point" or advocate to the teacher. Also, after school was available and given to him. "What courses was he taking after March 2005?" was the question asked by Mr. Carr. Ms. Lee restated that support was in place at any time for Mr. Gregory. Mr. Carr asked about amending the IEP at any time. Mr. Gregory could have gone to the case manager, coordinator or special education counselor. Ms. Lee stated that Angelo could have come to the case manager or special education coordinator during 10th grade. However, he decided to go to Roosevelt STAY to take classes without specialized instructor.

Nurse Grace said that Angelo was not in school during the last year at Wilson. At points, she tried to intervened to get him on track. Mr. Carr explained that responsibility was "two fold." Angelo was at fault because he did not make himself available. The case manager should have provided support. Even Mrs. Proctor, the counselor, tried to get Angelo involved in class and complete class work to no avail.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)     Page: \_\_\_ of \_\_\_
CONTINUATION MEETING NOTES
MEETING TYPE: _____

STUDENT: Angelo-Gregory Rivas   SCHOOL: Wilson High School   DATE: 11/30/05

Mr. Carter (sic) still has a concern with English II and hours reflected on IEP. Angelo is struggling with prioritizing work and turning in work on time. High school is different because of the support and people keeping students on track. Now, in college, he is more independent. RSA was part of the services given before graduation, educational support and other resources would be given to Angelo once he gets all the paperwork in and completed. Angelo has a case manager at RSA.

~~DCPS at this time does not reflect that Angelo should be given compensation education or counseling.~~ Mr. Carter (sic) disagrees with this statement.
Carter

(3)                          K. Carter (Advocate,
Wilson SHS
Angelo Gregory-Rivas
have been rendered in the form of academic skill building and/or academic classroom support in elective courses to refine the student's academic skills prior to college.

Currently the student is enrolled at UDC in basic remedial courses because has reading comprehension, math and writing skills prohibited him from starting out with a regular freshman curriculum.

The specialized instruction the student missed during his final advisory (March 24, 2005 thru June 7, 2005) totals 22.5 hours weekly times 8 weeks (180 hours) minus contact hours for World Government.* The advocate and student contend that a substantial compensatory education is warranted here as well. DCPS had an obligation to implement the student's IEP as written.

\* World Govt specialized instruction for the final advisory totalled approximately 44 hours.

Wilson SHS
Angelo Gregory-Rives

K. Carter (Advocate)

The student was denied 648 hours of specialized instruction by virtue of the regular English II class.

The student and advocate also believe that the student is entitled to compensatory education in specialized instruction as a result of DCPS failure to provide the lionshare of the student's 22.5 weekly hours of specialized instruction as warranted by his IEP. During the student's final advisory at Wilson SHS, he only received specialized instruction in World Government. Ms Lee, Wilson Spec Ed Coordinator, acknowledged that the student received considerably fewer specialized instruction hours than specified on his IEP because the students other courses during the final advisory at Wilson (spring 2005) were electives. This writer indicated that the student's IEP wasn't amended to reflect a reduction in specialized instruction hours (22.5 weekly) and that the specialized instruction should

Kevin Carter (Advocate)
Angelo Gregory-Rivas
Wilson SHS
11/30/05

Advocate and student were in attendance for an MDT meeting at which a discussion about compensatory education ensued. The student's transcript reflects an English II course (regular ed) taken during the 2003-04 school year. In the absence of specialized instruction in English II, (Wilson SHS) the student received an F for the school year and was subsequently compelled to repeat the course at the Roosevelt STAY program in order to graduate. The regular education English II course (Wilson SHS) met three times weekly for 90 minutes for a weekly average of 270 minutes of instructional time. It is the advocate and student's position that because of the student's entitlement to specialized instruction in core academic areas and the student's weaknesses as reflected in recent psycho-educational assessments, the student is entitled to recoup those hours in the form of compensatory education