# EXHIBIT 13

06/25/03  10:06 AM

Page 1 of 3

# DC Public Schools
## Individual Student Summary - School (Wilson, W. Senior - 463)

**Student Name** GREGORY-RIVAS, ANGELO
**Grade** Grade 10
**ID** 7722341
**DOB** 11/4/1986

Report ID # - 18

| Svc Provider | Type | School | Date | Problem | Procedure | Service | Response | Group | Duration |
|---|---|---|---|---|---|---|---|---|---|
| JINA PROCTOR | Psychological Ser | 463 | 3/6/2003 | Problems with Learning | Individual Counseling | Student | Continue | 1 | 90 |
| Progress Notes: | Student discussed current family and school concerns. Student openly expressed self. Continues to have difficulty attending class for sessions. | | | | | | | | |
| JINA PROCTOR | Psychological Ser | 463 | 3/11/2003 | Problems with Learning | Individual Counseling | Student | Continue | 1 | 10 |
| Progress Notes: | Student not present in scheduled class to receive service. | | | | | | | | |
| JINA PROCTOR | Psychological Ser | 463 | 3/19/2003 | Problems with Learning | Group Counseling | Student | Continue | 0 | 10 |
| Progress Notes: | Student absent for scheduled services. | | | | | | | | |
| JINA PROCTOR | Psychological Ser | 463 | 4/3/2003 | Problems with Learning | Individual Counseling | Student | Continue | 0 | 0 |
| Progress Notes: | Student suspended. | | | | | | | | |
| JINA PROCTOR | Psychological Ser | 463 | 4/7/2003 | Problems with Learning | Individual Counseling | Student | Continue | 1 | 60 |
| Progress Notes: | Student reports to be progressing well. Discussed depressive feelings. Does not report to have any at this time. Discussed coping skills and importance of using when anxiety provoked. | | | | | | | | |
| JINA PROCTOR | Psychological Ser | 463 | 4/7/2003 | Problems with Learning | Annual IEP Review Mee | Student | Continue | 7 | 60 |
| Progress Notes: | Attended annual IEP meeting for this student. | | | | | | | | |
| JINA PROCTOR | Psychological Ser | 463 | 4/15/2003 | Problems with Learning | Individual Counseling | Student | Continue | 0 | 0 |
| Progress Notes: | Spring Break - School Closed. | | | | | | | | |
| JINA PROCTOR | School Counselin | 463 | 4/25/2003 | Problems with Learning | Individual Counseling | Student | Continue | 0 | 10 |
| Progress Notes: | Went to students class. Student absent to receive service. | | | | | | | | |
| JINA PROCTOR | School Counselin | 463 | 5/1/2003 | Problems with Learning | Individual Counseling | Student | Continue | 0 | 35 |
| Progress Notes: | Student reports to be progressing well. Student seemed anxious and in a hurry. Did not want to complete session. Will speak to other service provider to discuss sub abuse issues. | | | | | | | | |

#Name?

06/25/03 10:06 AM

Page 2 of 3

# DC Public Schools
## Individual Student Summary - School (Wilson, W. Senior - 463)

Student Name: GREGORY-RIVAS, ANGELO
Grade: Grade 10
ID: 7722341
DOB: 11/4/1986

| Svc Provider | Type | School | Date | Problem | Procedure | Service | Response | Group | Duration |
|---|---|---|---|---|---|---|---|---|---|
| JINA PROCTOR | School Counseln | 463 | 5/6/2003 | Problems with Learning | Individual Counseling | Student | Continue | 0 | 0 |
| Progress Notes: Provider unavailable. | | | | | | | | | |
| JINA PROCTOR | School Counseln | 463 | 5/14/2003 | Problems with Learning | Individual Counseling | Student | Continue | 0 | 5 |
| Progress Notes: Student absent for scheduled service. | | | | | | | | | |
| JINA PROCTOR | School Counseln | 463 | 5/14/2003 | Problems with Learning | Review Reports/Consult | Student | Not Applicable | 2 | 30 |
| Progress Notes: Spoke with substance abuse counselor re: Students progress. | | | | | | | | | |
| JINA PROCTOR | School Counseln | 463 | 5/22/2003 | Problems with Learning | Individual Counseling | Student | Continue | 0 | 10 |
| Progress Notes: Student not present in class to receive service. | | | | | | | | | |
| JINA PROCTOR | School Counseln | 463 | 5/28/2003 | Problems with Learning | Individual Counseling | Student | Continue | 0 | 10 |
| Progress Notes: Student absent to receive scheduled service. | | | | | | | | | |
| JINA PROCTOR | School Counseln | 463 | 6/6/2003 | Problems with Learning | Individual Counseling | Student | Continue | 0 | 0 |
| Progress Notes: Provider unavailable. | | | | | | | | | |
| JINA PROCTOR | School Counseln | 463 | 6/11/2003 | Problems with Learning | Individual Counseling | Student | Continue | 0 | 5 |
| Progress Notes: Student absent to receive services. | | | | | | | | | |
| JINA PROCTOR | School Counseln | 463 | 6/17/2003 | Problems with Learning | Individual Counseling | Student | Continue | 0 | 0 |
| Progress Notes: No session due to final examinations. | | | | | | | | | |

#Name?

Report ID # - 18

06/25/03 10:06 AM

**DC Public Schools**
**Individual Student Summary - School (Wilson, W. Senior - 463)**

Page 3 of 3

**Student Name** GREGORY-RIVAS, ANGELO

**Grade** Grade 10

**ID** 7722341

**DOB** 11/4/1986

*Gina Procter, LICSW*

| Svc Provider | Type | School | Date | Problem | Procedure | Service | Response | Group | Duration |
|---|---|---|---|---|---|---|---|---|---|

Total Number of Encounters: 17

Total Number of Sessions Held: 4

Total Number of Sessions Missed: 13

Total Number of hours of Service Provided: 5,583

Total Number of Group Sessions: 14

Total Number of Minutes in Group Sessions: 175

Total Number of Individual Sessions: 3

Total Number of Minutes in Individual Sessions: 160

Report ID # : 18

#Name?

01/22/04  2:54 PM

Page 1 of 4

**DC Public Schools**

**Individual Student Summary - School (Wilson, W. Senior - 463)**

**Encounter Date From 09/01/2003 To 01/25/2004**

Student Name    GREGORY-RIVAS, ANGELO

Grade    Grade 10

ID    7722341

DOB    11/4/1986

| Svc Provider | Type | School | Date | Problem | Procedure | Service | Response | Group | Duration |
|---|---|---|---|---|---|---|---|---|---|
| JINA PROCTOR | School Social Wor | 463 | 9/4/2003 | Problems with Learning | 30009-NA - Review of Ou | E04 - Administrative Duti | Continue | 0 | 20 |
| Progress Notes: | Review of file for service. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 9/11/2003 | Problems with Learning | G0176-HA - Group Couns | B03 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student unavailable due to lengthy fire drill during a shortened class period. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 9/18/2003 | Problems with Learning | G0176-HA - Group Couns | F02 - School Closed - Un | Continue | 0 | 0 |
| Progress Notes: | No service due to school closing- Hurricane. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 9/24/2003 | Problems with Learning | G0176-HA - Individual Co | A01 - Worked With - Stu | Continue | 0 | 30 |
| Progress Notes: | Met with student briefly to give infor related to group and permanent pass to attend sessions. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 10/2/2003 | Problems with Learning | G0176-HA - Group Couns | D03 - Provider Unavailab | Continue | 0 | 0 |
| Progress Notes: | Provider attending another meeting. No service as a result. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 10/8/2003 | Problems with Learning | 90804-AJ - Social Work S | B02 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student absent from session. Student has been made aware of session and provided with a permanent pass. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 10/15/2003 | Problems with Learning | 90804-AJ - Social Work S | B02 - Student Unavailabl | Continue | 0 | 15 |
| Progress Notes: | Went to students class and teacher stated that student was not present in class. | | | | | | | | |

Report Category - Encounter Tracking

Report ID # - 18

01/22/04 2:54 PM

# DC Public Schools
## Individual Student Summary - School (Wilson, W. Senior - 463)
### Encounter Date From 09/01/2003 To 01/25/2004

Student Name: GREGORY-RIVAS, ANGELO
Grade: Grade 10
ID: 7722341
DOB: 11/4/1986

| Svc Provider | Type | School | Date | Problem | Procedure | Service | Response | Group | Duration |
|---|---|---|---|---|---|---|---|---|---|
| JINA PROCTOR | School Social Wor | 463 | 10/23/2003 | Problems with Learning | 90804-AJ - Social Work S | B02 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student previously stated in passing that he would attend group session. He was absent for session. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 10/30/2003 | Problems with Learning | 90804-AJ - Social Work S | D03 - Provider Unavailab | Continue | 0 | 0 |
| Progress Notes: | Provider attending another meeting. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 11/5/2003 | Problems with Learning | 90804-AJ - Social Work S | B02 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student has not attended scheduled session. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 11/14/2003 | Problems with Learning | 90804-AJ - Social Work S | D02 - Provider Unavailab | Continue | 0 | 0 |
| Progress Notes: | Provider attending other meeting. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 11/20/2003 | Problems with Learning | 90804-AJ - Social Work S | B01 - Student Unavailabl | Continue | 0 | 15 |
| Progress Notes: | Went to students class. Stated that he did not want to attend service at this time. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 11/27/2003 | Problems with Learning | 90804-AJ - Social Work S | F01 - School Closed - Sch | Continue | 0 | 0 |
| Progress Notes: | Holiday break. School closed. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 12/3/2003 | Problems with Learning | 90804-AJ - Social Work S | A01 - Worked With - Stu | Continue | 2 | 90 |
| Progress Notes: | Student discussed peer and adult relationships as well as thoughts about attending sessions. | | | | | | | | |

Report Category - Encounter Tracking

01/22/04  2:54 PM

Page 3 of 4

## DC Public Schools
## Individual Student Summary - School (Wilson, W. Senior - 463)
### Encounter Date From 09/01/2003 To 01/25/2004

Student Name | GREGORY-RIVAS, ANGELO
Grade | Grade 10
ID | 7722341
DOB | 11/4/1986

| Svc Provider | Type | School | Date | Problem | Procedure | Service | Response | Group | Duration |
|---|---|---|---|---|---|---|---|---|---|
| JINA PROCTOR | School Social Wor | 463 | 12/11/2003 | Problems with Learning | 90804-AJ - Social Work S | B03 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Session not held due to power outage and fire drill. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 12/18/2003 | Problems with Learning | 90804-AJ - Social Work S | B01 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student did not attend session. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 12/25/2003 | Problems with Learning | 90804-AJ - Social Work S | F01 - School Closed - Sch | Continue | 0 | 0 |
| Progress Notes: | Holiday break. School closed. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 1/1/2004 | Problems with Learning | 90804-AJ - Social Work S | F01 - School Closed - Sch | Continue | 0 | 0 |
| Progress Notes: | Holiday break. School closed. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 1/15/2004 | Problems with Learning | 90804-AJ - Social Work S | B01 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student did not attend scheduled session. | | | | | | | | |

01/22/04  2:54 PM

Page 4 of 4

**DC Public Schools**
**Individual Student Summary - School (Wilson, W. Senior - 463)**
**Encounter Date From 09/01/2003 To 01/25/2004**

| Student Name | GREGORY-RIVAS, ANGELO |
| Grade | Grade 10 |
| ID | 7722341 |
| DOB | 11/4/1986 |

| Svc Provider | Type | School | Date | Problem | Procedure | Service | Response | Group | Duration |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | |
|---|---|
| Total Number of Encounters: | 19 |
| Total Number of Sessions Held: | 2 |
| Total Number of hours of Service Provided: | 2 |
| Total Number of Group Sessions: | 1 |
| Total Number of Minutes in Group Sessions: | 90 |
| Total Number of Individual Sessions: | 0 |
| Total Number of Minutes in Individual Sessions: | 0 |

**Provider Signature:** _Gina PROCTOR_

**Provider Credentials** _MSW, LCSW_

**Date:** _Jan 2004_

Report Category - Encounter Tracking

Report ID # - 18

03/09/04  3:04 PM

# DC Public Schools
## Individual Student Summary - School (Wilson, W. Senior - 463)
### Encounter Date From 01/22/2004 To 03/08/2004

Page 1 of 2

**Student Name** GREGORY-RIVAS, ANGELO
**Grade** Grade 10
**ID** 7722341
**DOB** 11/4/1986

| Svc Provider | Type | School | Date | Problem | Procedure | Service | Response | Group | Duration |
|---|---|---|---|---|---|---|---|---|---|
| JINA PROCTOR | School Social Wor | 463 | 1/22/2004 | Problems with Learning | 90804-AJ - Social Work S | B01 - Student Unavailabl | Continue | 0 | 10 |
| Progress Notes: | Spoke to student to remind of session.  Student did not attend session. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 1/26/2004 | Problems with Learning | 90804-AJ - Social Work S | F01 - School Closed - Sch | Continue | 0 | 0 |
| Progress Notes: | School closed due to inclement weather. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 2/3/2004 | Problems with Learning | 90804-AJ - Social Work S | B02 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student absent for session. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 2/9/2004 | Problems with Learning | 90804-AJ - Social Work S | B01 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student did not attend scheduled session. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 2/17/2004 | Problems with Learning | 90804-AJ - Social Work S | D03 - Provider Unavailab | Continue | 0 | 0 |
| Progress Notes: | No session due to provider attending a meeting. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 2/23/2004 | Problems with Learning | 90804-AJ - Social Work S | B01 - Student Unavailabl | Continue | 0 | 5 |
| Progress Notes: | Student did not attend scheduled service. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 3/4/2004 | Problems with Learning | 90804-AJ - Social Work S | B02 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student absent for service. | | | | | | | | |

Report Category - Encounter Tracking

Report ID # - 18

03/09/04  3:04 PM

**DC Public Schools**

**Individual Student Summary - School (Wilson, W. Senior - 463)**

**Encounter Date From 01/22/2004 To 03/08/2004**

Page 2 of 2

**Student Name**  GREGORY-RIVAS, ANGELO

**Grade**  Grade 10

**ID**  7722341

**DOB**  11/4/1986

| Svc Provider | Type | School | Date | Problem | Procedure | Service | Response | Group | Duration |
|---|---|---|---|---|---|---|---|---|---|

| Total Number of Encounters: | 7 |
| Total Number of Sessions Held: | 0 |
| Total Number of hours of Service Provided: | 0 |
| Total Number of Group Sessions: | 0 |
| Total Number of Minutes in Group Sessions: | 0 |
| Total Number of Individual Sessions: | 0 |
| Total Number of Minutes in Individual Sessions: | 0 |

Provider Credentials  MSW, LICSW

Date:  3/04

Provider Signature: Ofelia Proctor

Report Category - Encounter Tracking

06/17/04  11:42 AM

**DC Public Schools**
**Individual Student Summary - School (Wilson, W. Senior - 463)**
Encounter Date From 03/01/2004 To 06/19/2004

Page 1 of 3

Student Name | GREGORY-RIVAS, ANGELO
Grade | Grade 10
ID | 7722341
DOB | 11/4/1986

| Svc Provider | Type | School | Date | Problem | Procedure | Service | Response | Group | Duration |
|---|---|---|---|---|---|---|---|---|---|
| JINA PROCTOR | School Social Wor | 463 | 3/4/2004 | Problems with Learning | 90804-AJ - Social Work S | B02 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student absent for service. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 3/8/2004 | Problems with Learning | 90857-AJ - Group Counsel | D04 - Provider Unavailabl | Continue | 0 | 0 |
| Progress Notes: | No session due to provider attending another meeting. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 3/16/2004 | Problems with Learning | 90857-AJ - Group Counsel | B01 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student did not attend session. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 3/23/2004 | Problems with Learning | 90857-AJ - Group Counsel | B01 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student did not attend session. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 3/29/2004 | Problems with Learning | 90857-AJ - Group Counsel | B01 - Student Unavailabl | Continue | 0 | 0 |
| Progress Notes: | Student did not attend session. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 4/6/2004 | Problems with Learning | 90857-AJ - Group Counsel | F01 - School Closed - Sch | Continue | 0 | 0 |
| Progress Notes: | No service due to Spring Break. School closed. | | | | | | | | |
| JINA PROCTOR | School Social Wor | 463 | 4/12/2004 | Problems with Learning | 90857-AJ - Group Counsel | F01 - School Closed - Sch | Continue | 0 | 0 |
| Progress Notes: | Spring Break. School closed. | | | | | | | | |

Report Category - Encounter Tracking

Report ID # - 18

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM



| Student's Last Name | Student's First Name |
|---|---|
| G r e G o r y | A n G E l o |

**PLEASE RETURN FORMS TWICE MONTHLY**

Forms MAY BE Photocopied

Original Signature Required

Submission or

*Feb / 2003*
Month/Year

☒ 1st – 15th
☐ 16th – 31st

| Date of Birth (MM/DD/YY) | Problem Code | (other fields) |
|---|---|---|
| 1 1 0 4 8 5 | 0 3 3 | 7 7 2 2 3 4 1 |

| Student Social Security # | Current School Name | School Code |
|---|---|---|
| 5 7 8 1 1 9 7 1 3 | W i L s o n | 0 4 6 3 |

| Provider's Last Name | Provider Code |
|---|---|
| P R o c t o r | 7 5 0 |

| Provider's First Name | Provider Title |
|---|---|
| J i n a | S o c i A L   W K r . |

Provider Signature (REQUIRED) By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

*Jina P.octor, LICSW*

Date Signed: 0 2 1 5 0 3

---

**Goal to be addressed:** To decrease depressive feelings.

**Objective to be addressed:** Student will openly express feelings/emotions and begin to ID anxieties and frustrations

| Date Service Provided (MM/DD/YY) | | | | | | | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 2 | 0 | 4 | 0 | 3 | | 1 6 3 | B 0 2 | 1 0 | 0 1 | 0 0 5 |

**Progress Note** (Must be directly related to the identified goal/objective listed above): Student not present in class for services.

| Date Service Provided (MM/DD/YY) | | | | | | | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 2 | 1 | 2 | 0 | 3 | | 1 6 3 | A 0 1 | 1 0 | 0 1 | 0 9 0 |

**Progress Note** (Must be directly related to the identified goal/objective): Student openly expressed self in relation to current stressors relates to school & home.

| Office Use Only: _____ | Batch # |
|---|---|
| _____ | Form # |

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM

Student's Last Name: **GreGory**

Student's First Name: **AnGelo**

**PLEASE RETURN FORMS TWICE MONTHLY**

**Forms MAY BE Photocopied**

**Original Signature Required**

**Submission for**

**Feb/2003**

**Month/Year**

☐ 1st – 15th
☒ 16th – 31st

Date of Birth (MM/DD/YY): **11 04 85**

Problem Code: **033 77 22 341**

Student Social Security #: **578 11 9713**

Current School Name: **Wilson**

School Code: **0463**

Provider's Last Name: **Proctor**

Provider Code: **750**

Provider's First Name: **Jina**

Provider Title: **Social Wkr.**

Provider Signature (REQUIRED) By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: **Jina Proctor, LICSW**

Date Signed: **02 28 03**

| | |
|---|---|
| Goal to be addressed: | To decrease depressive feelings. |
| Objective to be addressed: | Student will openly express feelings/emotions and begin to ID anxieties and frustrations. |

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 02 18 03 | 163 | F 01 | 1 0 | 0 0 | 0 0 0 |

Progress Note (Must be directly related to the identified goal/objective listed above): **School Closed inclement weather.**

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 02 26 03 | 163 | B 02 | 1 0 | 0 0 | 0 1 0 |

Progress Note (Must be directly related to the identified goal/objective): **Student absent to receive services.**

Office Use Only: _____    Batch # _____
_____    Form # _____

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM

**Student's Last Name:** Gregory

**Student's First Name:** Angelo

**Date of Birth (MM/DD/YY):** 11 04 85

**Problem Code:** 033

77 22 34 1

**Student Social Security #:** 578 11 9713

**Current School Name:** Wilson

**School Code:** 0463

**Provider's Last Name:** Proctor

**Provider Code:** 750

**Provider's First Name:** Jina

**Provider Title:** Social Wkr.

**PLEASE RETURN FORMS TWICE MONTHLY**

Forms MAY BE Photocopied

Original Signature Required

Submission for:
_Jan/2003_
Month/Year

☐ 1st – 15th
☑ 16th – 31st

**Provider Signature (REQUIRED)** By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

_Jina Proctor, LICSW_

**Date Signed:** 03 1 03

---

**Goal to be addressed:** To decrease depressive feelings.

**Objective to be addressed:** Student will openly express feelings/emotions and begin to ID anxieties and frustrations.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 01 16 03 | 163 | B 10 | 0 to 100 | 01 | 010 |

**Progress Note (Must be directly related to the identified goal/objective listed above):** Student could not be located for Services

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 01 24 03 | 163 | E 08 | 10 | 01 | 480 |

**Progress Note (Must be directly related to the identified goal/objective):** Provider attending all day Profess. Developm. Training.

**Office Use Only:** _____   Batch # _____
_____   Form # _____



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM

**Student's Last Name:** Gregory

**Student's First Name:** AnBelo

**PLEASE RETURN FORMS TWICE MONTHLY**

**Forms MAY BE Photocopied**

**Original Signature Required**

**Submission for:** Jan/2003
**Month/Year**

☑ 1st – 15th
☐ 16th – 31st

**Date of Birth (MM/DD/YY):** 11 04 85

**Problem:** 033 772341

**Student Social Security #:** 578 19 713

**Current School Name:** Wilson

**School Code:** 0463

**Provider's Last Name:** Proctor

**Provider Code:** 750

**Provider's First Name:** Jina

**Provider Title:** SOCIAL WKr.

**Provider Signature (REQUIRED)** By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action. — Jina Proctor, LICSW

**Date Signed:** 01 15 03

**Goal to be addressed:** To Decrease depressive feelings.

**Objective to be addressed:** Student will openly express feelings/Emotions and begin to ID anxieties and frustrations.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 01 03 03 | 663 | D 03 | 1 0 | 0 1 | 0 2 0 |

**Progress Note (Must be directly related to the identified goal/objective listed above):** Provider in mtg & unavailable for service.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 01 10 03 | 163 | B 02 | 1 0 | 0 1 | 0 1 5 |

**Progress Note (Must be directly related to the identified goal/objective):** Went to students Class. Student reportedly absent from class to receive services.

Office Use Only: _____ Batch #
_____ Form #



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM

| | | | | | | G | r | e | G | o | r | y | | . | | A | n | G | E | l | o | | |

**Student's Last Name**          **Student's First Name**

**PLEASE RETURN FORMS TWICE MONTHLY**

| 1 | 0 | 4 | 8 | 5 | 0 | 3 | 3 | 7 | 7 | 2 | 2 | 3 | 4 | 1 |

**Date of Birth (MM/DD/YY)**     **Problem**

**Forms MAY BE Photocopied**

| 5 | 7 | 8 | 1 | 9 | 7 | 3 | w | i | l | s | o | n | 0 | 4 | 6 | 3 |

**Student Social Security #**     **Current School Name**     **School Code**

**Original Signature Required**

| | P | R | o | C | t | o | r | | | 7 | 5 | 0 |

**Provider's Last Name**     **Provider Code**

**Submission**

| | J | i | n | a | | S | o | C | i | A | L | W | K | r | . |

**Provider's First Name**     **Provider Title**

**Dec/2002**
**Month/Year**

*Jina Proctor, LCSW*

| 1 | 2 | 3 | 1 | 0 | 2 |

**1st – 15th**
**16th – 31st**

**Provider Signature (REQUIRED)** By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.     **Date Signed**

**Goal to be addressed:** To Decrease Depressive feelings.

**Objective to be addressed:** Student will openly express feelings/Emotions and begin to ID anxieties and frustrations.

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 0 | 3 | 0 | 2 | 1 | 6 | 3 | B | 0 | 1 | 1 0 | 0 1 | 0 | 1 | 0 |

**Progress Note (Must be directly related to the identified goal/objective listed above):** Spoke w/ Student. Refused services. Stated he was leaving for day.

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 1 | 3 | 0 | 2 | 1 | 6 | 3 | B | 0 | 2 | 1 0 | 0 1 | 0 | 1 | 0 |

**Progress Note (Must be directly related to the identified goal/objective):** Went to Students class. Teacher stated student left classroom. (Provider had reminded student of services). Student absent

**Office Use Only:** _____     **Batch #** _____
**Form #** _____



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM

**Student's Last Name:** G r e G o r y

**Student's First Name:** A n G E l o

**PLEASE RETURN FORMS TWICE MONTHLY**

~~Originally Hand Photocopied~~

**Original Signature Required**

**Submission** ~~or~~ NoV/02
**Month/Year**

**1st – 15th**
**16th – 31st**

**Date of Birth (MM/DD/YY):** (illegible)  4 8 3   7 7 2 2 3 4 1

**Student Social Security #:** 5 7 8 1 1 9 7 3

**Current School Name:** w i l s o n

**School Code:** 0 4 6 3

**Provider's Last Name:** P R o C t o r

**Provider Code:** 7 5 0

**Provider's First Name:** J i N a

**Provider Title:** S o C i a L   W K r .

**Provider Signature (REQUIRED)** By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action. — Jina Proctor, LICSW

**Date Signed:** 1 1 2 9 0 2

**Goal to be addressed:** To Decrease Depressive Feelings.

**Objective to be addressed:** Student will openly express feelings/emotions and begin to ID anxieties and frustrations.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 1 1 9 0 2 | 1 6 3 | A 0 1 | 1 0 | 0 1 | 0 9 0 |

**Progress Note (Must be directly related to the identified goal/objective listed above):** Student openly shares thoughts, feelings re: substance abuse & effects. ID's ways to appropr. handle stressors.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 1 2 7 0 2 | 1 6 3 | B 1 0 | 0 1 | 0 1 | 0 1 0 |

**Progress Note (Must be directly related to the identified goal/objective):** Student could not be located for services.

| Office Use Only: | Batch # |
|---|---|
| | Form # |



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM

| | | | | | G | r | e | G | o | r | y | | | | A | n | B | E | l | o | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Student's Last Name**     **Student's First Name**

**PLEASE RETURN FORMS TWICE MONTHLY**

Forms MAY BE Photocopied

Original Signature Required

Submission For

**NOV/02**

Month/Year

1st – 15th
16th – 31st

| 5 | 7 | 8 | 1 | 1 | 9 | 7 | 1 | 3 |
|---|---|---|---|---|---|---|---|---|

**Date of Birth (MM/DD/YY)**

| W | i | L | s | o | n |
|---|---|---|---|---|---|

**Current School Name**

| 0 | 4 | 6 | 3 |
|---|---|---|---|

**School Code**

| | P | R | o | C | t | o | r | | | | | | | 7 | 5 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Provider's Last Name**     **Provider Code**

| | J | i | n | a | | S | o | C | i | A | L | | W | K | r | . |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Provider's First Name**     **Provider Title**

*Jina Proctor, LICSW*

| 1 | 1 | 1 | 5 | 0 | 2 |
|---|---|---|---|---|---|

**Provider Signature (REQUIRED)** By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

**Date Signed**

---

**Goal to be addressed:** To Decrease depressive feelings.

**Objective to be addressed:** Student will openly express feelings/Emotions and begin to ID anxieties and frustrations.

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 1 | 0 | 2 | 1 6 3 | A 0 1 | 1 0 | 0 1 | 0 6 0 |

**Progress Note** (Must be directly related to the identified goal/objective listed above): Student discussed feelings associated with home and school environment. Discussed frustrations and ways to handle appropriately. Discussion to continue next session.

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2 | 0 | 2 | 1 | 6 3 | B 0 2 | 1 0 | 0 1 | 0 0 0 |

**Progress Note** (Must be directly related to the identified goal/objective): Student absent to receive services.

**Office Use Only:** _____   **Batch #**
_____   **Form #**

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM

| Student's Last Name | Student's First Name |
|---|---|
| G R E G O R Y | A N G E L O |

PLEASE RETURN FORMS TWICE MONTHLY

Forms MAY BE photocopied

Original Signature Required

Submission for **October/2002** Month/Year

1st – 15th
16th – 31st

| Date of Birth (MM/DD/YY) | Problem Code | Student ID Number |
|---|---|---|
| 1 1 0 4 8 5 | 0 3 3 | 7 7 2 2 3 4 1 |

| Student Social Security # | Current School Name | School Code |
|---|---|---|
| 5 7 8 1 9 7 1 3 | W I L S O N | 4 6 3 |

| Provider's Last Name | Provider Code |
|---|---|
| P R O C T O R | 5 0 |

| Provider's First Name | Provider Title |
|---|---|
| J i n a | S o c i a l w o r k e r |

| Provider Signature (REQUIRED) | Date Signed |
|---|---|
| Jina Proctor, LICSW | 1 0 3 0 2 |

**Goal to be addressed:** To Decrease Depression

**Objective to be addressed:** Student will verbally express feelings and emotions and to anxieties & frustrations.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 0 8 0 2 | 6 3 | B 0 2 | 1 0 | 0 0 | 0 0 0 0 |

**Progress Note:** Student Absent from class to receive Services.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 0 2 5 0 2 | 6 3 | B 0 2 | 1 0 | 0 0 | 0 0 0 |

**Progress Note:** Student Absent to receive services.

| Office Use Only: _____ | Batch # |
|---|---|
| _____ | Form # |

# DISTRICT OF COLUMBIA PUBLIC SCHOOL
## ENCOUNTER TRACKER FORM

SCHOOL SOLUTIONS

| Student's Last Name | Student's First Name |
|---|---|
| GREGORY | ANGELO |

PLEASE RETURN FORMS TWICE MONTHLY

Forms MAY BE Photocopied

Original Signature Required

Submission for:

**Oct/02**

Month/Year

1st – 15th
16th – 31st

| Date of Birth (MM/DD/YY) | Problem Code | Student ID Number |
|---|---|---|
| 1 1 0 4 8 5 | 0 3 3 | 7 7 2 2 3 4 1 |

| Student Social Security # | Current School Name | School Code |
|---|---|---|
| 5 7 8 1 1 9 7 1 3 | WILSON | 4 6 3 |

| Provider's Last Name | Provider Code |
|---|---|
| PROCTOR | 1 5 0 |

| Provider's First Name | Provider Title |
|---|---|
| Jina | SOCIALWORKER |

| Provider Signature (REQUIRED) | Date Signed |
|---|---|
| Jina Proctor LIC | 1 0 1 5 0 2 |

**Goal to be addressed:** To Decrease Depression

**Objective to be addressed:** Student will ID Emotions & verbalize feelings.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 0 0 1 0 2 | 6 3 | B 0 | 1 | 0 1 | |

**Progress Note:** Student Reports That he Does not want to receive Service. Student was informed to notify PArent & provide written statement.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 0 0 9 0 2 | 1 6 3 | B 0 2 | 1 0 | 0 0 | 0 0 0 |

**Progress Note:** PROvider to SPEAK to Student once Again About SERVICES. Student Absent from class.

| Office Use Only: _____ Batch # |
|---|
| _____ Form # |

# DIVISION OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM

SCHOOL SOLUTIONS

| Student's Last Name | Student's First Name |
|---|---|
| G R E G O R Y | A N G E L O |

**PLEASE RETURN FORMS TWICE MONTHLY**

Forms MAY BE Photocopied

Original Signature Required

Submission for:

**Sept/02**
Month/Year

1st – 15th
16th – 31st

| Date of Birth (MM/DD/CCYY) | Problem Code | Student ID Number |
|---|---|---|
| 1 1 0 4 8 5 | 0 3 3 | 7 7 2 2 3 4 1 |

| Student Social Security # | Current School Name | School Code |
|---|---|---|
| 5 7 8 1 1 9 7 1 3 | W i l s o n | 4 6 3 |

| Provider's Last Name | Provider Code |
|---|---|
| P R O C T O R | 2 5 0 |

| Provider's First Name | Provider Title |
|---|---|
| J i n a | S o c i a l W o r k e r |

| Provider Signature (REQUIRED) | Date Signed |
|---|---|
| Jina Proctor, LIC | 0 9 3 0 0 2 |

**Goal to be addressed:** To Decrease Depression

**Objective to be addressed:** Student will ID and verbalize feelings.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 0 9 7 0 2 | 1 6 1 | E 0 4 | 1 0 | 0 0 | 0 3 0 |

**Progress Note:** Review of Records for Services.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 0 9 1 6 0 2 | 1 6 1 | E 0 4 | 1 0 | 0 0 | 0 3 0 |

**Progress Note:** Review of Records for Services.

**Office Use Only:** _____    Batch # _____
                                     Form # _____

Draft – August 28, 2002
4GL Proprietary and Confidential Information

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS - ENCOUNTER DATA TRACKING FORM
## SPECIAL EDUCATION SERVICES

School Name: _____  Month/Year: 3/02  Provider Name,Last,First: Imbrigiotta Dr. Pauline Maria

School Code: 463  IEP Date: 3/02  Student Id: 0378246

Student Name:Last, First: Grigory DeAngelo  DOB: 11-4-85  SSN: _____

Service Type: PT OT SP SW AD OM VS (PS)  Please circle the appropriate service provider specialty.

Service Type Key: PT=PHYSICAL THERAPY, OT=OCCUPATIONAL THERAPY, SP=SPEECH SVCS, PM=PSYCHIATRIC MD, PS=PSYCHOLOGICAL SVCS, SW=SOCIAL WORK, AD=AUDIOLOGICAL SVCS, OM=ORIENTATION AND MOBILITY, VS=VISION SVCS

| Service Description | Type Key | Days of Service |
|---|---|---|
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Intervention (Individual) | IT | |
| Intervention (Group) | GT | |
| Consultation | CN | |
| Family Training or Conference | FC | |
| Clinical Psych Evaluation | PE | (X at 13) |
| Neuropsychological Evaluation | NT | (X at 14) |
| Assistive Technology Service | AT | |
| Therapeutic Integration Service | TI | |
| Evaluation: | EV | |

* = Insert an X on the days services were provided, A = Insert an A if the child is absent on the date of service, R= Insert an R on the day of service if child refuses treatment.

**Indicate the source of the referral:** □ Initial reevaluation/Re-evaluation □ Hearing Officer Determination/Settlement Agreement

**Intervention (Individual)** Individual counseling or therapy by a related service provider to a child.

**Intervention (Group)** Group counseling or therapy by a related service provider to a minimum of three and a maximum of six children.

**Consultation** A consultation is a type of service provided by a related service provider whose opinion or advice is requested by another related service provider and/or professional regarding evaluation and/or management of specific problems.

**Family Training or Conference** Assisting Parents/Guardians in understanding the special needs of their child; with information about child development; and helping to acquire the necessary skills that will allow them to support the implementation of their child's IEP.

**Clinical Psychological Evaluation** Consists of standardized personality/projective testing to determine the child's social-emotional functioning and/or emotional status. DSM-IV diagnosis should be given if the child is found to have a mental disorder. (The Clinical Psychologist designated by DCPS can only use this service code).

**Neuropsychological Evaluation** Consists of standardized instruments to measure the child's major intellectual functions in all significant modalities including but not limited to auditory and visual receptive modalities, and spoken, written, graphic and constructional response modalities, visual perceptual functions, visual-motor functions and manual dexterity, memory, and socio-emotional functioning. The test battery shall include instruments of verbal and nonverbal reasoning ability, academic achievement. (The Neuropsychologist designated by DCPS can only use this service code. This service includes interpretation and report.)

**Assistive Technology Service** Assesses the functional ability of children with perceptual impairments and significant physical and sensory disabilities with recommendations regarding the potential use of assistive technology, including devices for augmentative communication and powered mobility.

**Therapeutic Integration Service** The components of this service will include but not limited to: Art therapy, Music therapy, Dance therapy, Socialization Groups, Psychodrama or Therapeutic Recreation. This service code is limited to the Extended School Year only.

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS • ENCOUNTER DATA TRACKING FORM
## SPECIAL EDUCATION SERVICES

School Name: _____

School Code: **UG3**

Student Name: Last, First: **Wilson, SHS** ... **Rivas, Angela**

Month/Year: **11/02**

IEP Date: _____

DOB: _____

Provider Name: Last, First: _____

Student Id: _____

SSN: _____

**Service Type Key:** PT=PHYSICAL THERAPY, OT=OCCUPATIONAL THERAPY, SP=SPEECH SVCS, PMD=PSYCHIATRIC MD, PS=PSYCHOLOGICAL SVCS, SW=SOCIAL WORK, AD=AUDIOLOGICAL SVCS, OM=ORIENTATION AND MOBILITY, VS=VISION SVCS

**Service Type:**  PT | OT | SP | SW | AD | OM | VS   Please circle the appropriate service provider specialty. (VS circled)

| Service Description | Service Type: | Day(s) of Service | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Intervention (Individual) | IT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Intervention (Group) | GT | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | | |
| Consultation | CN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Family Training or Conference | FC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clinical Psych Evaluation | PE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Neuropsychological Evaluation | NT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Assistive Technology: Service | AT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Therapeutic Integration Service | TI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Evaluation: | EV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

X = Insert an X on the days service is provided. A = Insert an A if the child is absent on the date of service. R = Insert an R on the day of service if child refuses treatment.

Indicate the source of the referral: ☐ Initial reevaluation/Re-evaluation ☐ Hearing Officer Determination/Settlement Agreement

**Intervention (Individual)** ................ Individual counseling or therapy by a related service provider to a child.

**Intervention (Group)** ................ Group counseling or therapy by a related service provider to a minimum of three and a maximum of six children.

**Consultation** ................ A consultation is a type of service provided by a related service provider whose opinion or advice is requested by another related service provider and/or professional regarding evaluation and/or management of specific problems.

**Training or Conference** ................ Assisting Parents/Guardians in understanding the special needs of their child, with information about child development, and helping to acquire the necessary skills that will allow them to support the implementation of their child's IEP.

**Psychological Evaluation** ................ Consists of standardized personality/projective testing to determine the child's major intellectual functions in all significant modalities including but not limited to auditory and visual receptive modalities, and spoken, written, graphic and constructional response modalities. (The Clinical Psychologist designated by DCPS can only use this service code).

**Psychological Evaluation** ................ Consists of standardized instruments to measure the child's social-emotional functioning and/or emotional status. DSM-IV diagnosis should be given if the child is found to have a mental disorder. (The Clinical Psychologist designated by DCPS can only use this service code).

**Neuropsychological Evaluation** ................ (The Neuropsychologist designated by DCPS can only use this service code. This service includes interpretation and report.) Consists of standardized instruments to measure the child's major intellectual functions in all significant modalities including but not limited to verbal and nonverbal reasoning ability, academic achievement, visual perceptual functions, visual-motor functions and manual dexterity, memory, and socio-emotional functioning. The test battery shall include instruments of verbal and nonverbal reasoning

**Assistive Technology Service** ................ Assesses the functional ability of children with perceptual impairments and significant physical and sensory disabilities with recommendations regarding the potential use of assistive technology, including devices for augmentative communication and powered mobility.

**Therapeutic Integration Service** ................ The components of this service will include but not limited to: Art therapy, Music therapy, Dance therapy, Socialization Groups, Psychodrama or Therapeutic Recreation. This service code is limited to the Extended School Year only.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS - ENCOUNTER DATA TRACKING FORM

SPECIAL EDUCATION SERVICES

School Name: Woodrow Wilson H.S.

School Code: 0443

Student Name:Last, First: Gibson, DeAngelo

Month: Year: May 02

IEP Date:

DOB: 11-4-85

Provider Name:Last,First: Proctor, Tina

Student Id: 0578944

SSN: 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

Service Type Key: PT=PHYSICAL THERAPY, OT=..., SP=SPEECH SVCS, PMD=PSYCHIATRIC SVCS, PS=PSYCHOLOGICAL SVCS, SW=SOCIAL WORK, AD=AUDIO..., RH=REHAB. SVCS, OM=ORIENTATION AND MOBILITY, VS=VISION SVCS

Service Type: PT | OT | SP | SW | ADI...

Please circle the appropriate service provider specialty.

Days of Service

| Service Description | | 1 | 2 | 3 | 4 | 5 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intervention (Individual) | IT | | A | | | | A | | | | | | | | A | | | | | | | A | | | | | | | | | |
| Intervention (Group) | GT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consultation | CN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Family Training or Conference | FC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clinical Psych Evaluation | PE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Neuropsychological Evaluation | NT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Assistive Technology Service | AT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Therapeutic Integration Service | TI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Evaluation: | EV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

• Insert an X on the days services were provided, A = Insert an A if the child is absent on the date of service, R= Insert an R on the day of service if child refuses treatment.

Indicate the source of the referral: □ Initial reevaluation/Re-evaluation □ Hearing Officer Determination/Settlement Agreement

**Intervention (Individual)** - Individual counseling or therapy to a related service provider in a child.

**Intervention (Group)** - Group counseling or therapy by a related service provider to a minimum of three and a maximum of six children.

**Consultation** - A consultation is a type of service provided by a related service provider whose opinion or advice is requested by another related service provider and/or professional regarding evaluation and/or management of specific problems.

**Family Training or Conference** - Assisting Parents/Guardians in understanding the special needs of their child; with information about child development; and helping to acquire the necessary that will allow them to support the implementation of their child's IEP.

**Clinical Psychological Evaluation** - Consists of standardized personality, projective testing to determine the child's social-emotional functioning and/or emotional status. DSM-IV diagnosis should be given if the child is found to have a mental disorder. (The Clinical Psychologist designated by DCPS can only use this service code.)

**Neuropsychological Evaluation** - Consists of standardized instruments to measure the child's major intellectual functions in all significant modalities including but not limited to: auditory and visual attention, graphic and constructional response modalities, receptive modalities, and spoken... all perceptual functions, visual-motor functions and manual dexterity, memory, and socio-emotional functioning. ability, academic achievement, v...

**Assistive Technology Service** - (The Neuropsychologist designated by DCPS can only use this service code. This service includes interpretation and report.) Assesses the functional ability of children with perceptual impairments and significant physical and sensory disabilities with recommendations regarding the potential use of assistive technology, including devices for augmentative communication and powered mobility.

**Therapeutic Integration Service** - The components of this service include but not limited to: Art therapy, Music therapy, Dance therapy, Socialization Groups, Psychodrama or Therapeutic Recreation. This service code is limited to the Extended School Year only.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS - ENCOUNTER DATA TRACKING FORM
SPECIAL EDUCATION SERVICES

School Name: Woodrow Wilson HS
School Code: 0463
Student Name: Last, First: Gibson, DeAngelo
Service Type: PT OT SP SW AD [circle]

Provider Name: Last, First: Proctor, Tina
Student Id: 037844
Month, Year: Feb/02
IEP Date:
DOB: 11-4-85    SSN: 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

Please circle the appropriate service provider specialty.

Service Type Key: PT=PHYSICAL THERAPY, OT=..., SW=SOCIAL WORK, AD=AUDIO...
...IONAL THERAPY, SP=SPEECH SVCS, PMD=PSYCHIATRIC MD, PS=PSYCHOLOGICAL SVCS,
...AL SVCS, OM=ORIENTATION AND MOBILITY, VS=VISION SVCS

Days of Service

| Service Description | | 1 | 2 | 3 | 4 | 5 | ... | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intervention (Individual) | IT | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | |
| Intervention (Group) | GT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Consultation | CN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Family Training or Conference | FC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clinical Psych Evaluation | PE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Neuropsychological Evaluation | NT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Assistive Technology Service | AT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Therapeutic Integration Service | TI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Evaluation: | EV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

* Insert an X on the days services were provided, A = Insert an A if the child is absent on the day of service, R= Insert an R on the day of service if child refuses treatment.

Indicate the source of the referral: ☐ Initial referral/Re-evaluation ☐ Hearing Officer Determination/Settlement Agreement

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS - ENCOUNTER DATA TRACKING FORM
## SPECIAL EDUCATION SERVICES

**School Name:** Woodrow Wilson Hs

**School Code:** 0463l

**Student Name:Last, First** Gibson, DeAngelo

**Service Type:** PT OT SP SW ADL

**Service Type Key:** PT=PHYSICAL THERAPY, OT=..., SP=SPEECH SVCS, PMD=PSYCHIATRIC MD, PS=PSYCHOLOGICAL SVCS, SW=SOCIAL WORK, AD=AUDIOLOGICAL SVCS, OM=ORIENTATION AND MOBILITY, VS =VISION SVCS

**Provider Name:Last,First** Proctor, Tina

**Student Id:** D37894

**IEP Date:** March/02

**DOB:** 11-4-85

**SSN:** 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

Please circle the appropriate service provider specialty.

| Service Description | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intervention (Individual) IT | | | | | | | R | | | | | | | | | | | | | | | | | | | | | | | | |
| Intervention (Group) GT | | | | | | | | | | | | | | | | | | | | | | RA | | | | | | | | | |
| Consultation CN | | | | | | | | | | | | | | | | | | | | | | | | | | A | | | | | |
| Family Training or Conference FC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clinical Psych Evaluation PE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Neuropsychological Evaluation NT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Assistive Technology Service AT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Therapeutic Integration Service TI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Days of Service**

Insert an X on the days services were provided, A = Insert an A if the child is absent on the day of service, R= Insert an R on the day of service if child refuses treatment

**Evaluation:**   EV

**Indicate the source of the referral:** □ Initial recv'al/Re-evaluation □ Hearing Officer Determination/Settlement Agreement

**Intervention (Individual)** - Individual counseling or therapy to a related service provider in a child.

**Intervention (Group)** - Group counseling or therapy by a related service provider to a minimum of three and a maximum of six children.

**Consultation** - A consultation is a type of service provided by a related service provider whose opinion or advice is requested by another related service provider and/or parent of specific problems.

**Family Training or Conference** - Assisting Parents/Guardians in responding to the special needs of their child, with information about child development, and helping to acquire the necessary skills that will allow them to support the implementation of their child's IEP.

**Clinical Psychological Evaluation** - Consists of standardized personal/projective testing to determine the child's social-emotional functioning and/or emotional status DSM-IV diagnosis should be given if the child is found to have mental disorder. (The Clinical Psychologist designated by DCPS can only use this service code).

**Neuropsychological Evaluation** - Consists of standardized instruments to measure the child's major intellectual functions in all significant modalities including but not limited to auditory and visual receptive modalities, and spoken, written, graphic and constructional response modalities. The test battery shall include instruments of verbal and nonverbal reasoning ability, academic achievement, all perceptual functions, visual-motor functions and manual dexterity, memory, and socio-emotional functioning.

(The Neuropsychologist designated by DCPS can only use this service code.)

**Assistive Technology Service** - Assesses the functional ability or use of assistive technology, including devices for augmentative communication and significant physical and sensory disabilities with recommendations regarding the use of assistive technology, including devices for augmentative communication and improved mobility.

**Therapeutic Integration Service** - The components of this service include but not limited to: Art therapy, Music therapy, Dance therapy, Socialization Groups, Psychodrama or Therapeutic Recreation. This service code is used in the Extended School Year only.