# EXHIBIT 14

# PUBLIC SCHOOLS
## DISTRICT OF COLUMBIA
# WOODROW WILSON HIGH SCHOOL
## PUPIL'S PERMANENT RECORD

LAST NAME OF PUPIL: GREGORY
FIRST NAME: ANGELO
MIDDLE NAME:

PARENT OR GUARDIAN: CHERYL RIVAS
OCCUPATION:
TEL: 2/726-4628

RESIDENCE: 1358 SPRING RD, NW
RESIDENCE: WASHINGTON DC 20010
TEL:

PLACE OF BIRTH:
DATE OF BIRTH: 11/04/86
SEX: M X

### WILSON SENIOR HIGH SCHOOL
7722341   GREGORY, ANGELO          01/02
YOG: 09 GRA:        PR. CREDS:
A05  ART/DESIGN FOUN      CARVAL  B-  0.50
A25  INTRO DRAWING        BARNES  D+  0.50
E03S ENGLISH I            KEYS    B   1.00
H46S US HISTORY           BOLLIN  B   1.00
M14S MAT REV I SE         WILLIA  C+  0.50
M15S MAT REV II SE        WILLIA  C   1.00
N11S RESOURCE I           SCOTT-  D   1.00
N11S RESOURCE I           WONGUS  F   0.00
P16  HEALTH & PE II       COSS    C   1.00
S21S BIOLOGY I            GRIGGS  C-  1.00

### WILSON SENIOR HIGH SCHOOL
7722341   GREGORY, ANGELO          03/04
YOG: 11 GPA:        PR. CREDS:
B52  BANKING&CREDIT       ROMANA  C   0.50
E05S ENGLISH III          PARKER  A-  1.00
H36S WORLD HISTORY        BOLLIN  B+  1.00
H99  PEER MEDIATION       KASAT   A   0.50
L61  SPANISH I            SKVIRS  C-  1.00
M31S GEOMETRY SPED        PARKER  B   1.00
P65  TEAM SPORTS          FLEMIN  A   0.50
S03S ENVIRONMENT SCI      WELCH   B   1.00
V02S COMP APPS I SPE      THOMPS  C   0.50

TOTAL CREDITS: 7.000

### WILSON SENIOR HIGH SCHOOL
7722341   GREGORY, ANGELO          02/03
YOG: 10 GPA:        PR. CREDS:
A09  ART I                HUBERM  D-  1.00
E04  ENGLISH II           ALLEYN  F   0.00
H21S HIST/GOV OF DC       KEYS    C   0.50
H23S WORLD GEOGRAPHY      KEYS    C-  0.50
L66S CONV SPANISH I       CHI     D   1.00
M21S ALGEBRA I            WILLIA  C   1.00
P15  HEALTH & PHY ED      MOTEN   C   0.50
S06S ZOOLOGY              PARKER  A-  0.50
S19S BOTANY SE            PARKER  B-  0.50
U13  GENERAL MUSIC        BROWN   D   0.50

TOTAL CREDITS: 6.000

**ROOSEVELT STAY HIGH SCHOOL**
**FIRST SEMESTER 2003-2004**
E04 ENGLISH II        B       1.00

Roosevelt STAY High School
2003-2004
Course:         Grade:      Credit
EARTH SCI        B          1.00
ENGLISH IV       A-         1.00

COPY CERTIFIED BY _____
PRINCIPAL _____    DATE _____
DATE OF GRADUATION _____    RANKED _____ IN A CLASS OF _____

PUBLIC SCHOOLS
DISTRICT OF COLUMBIA

# WOODROW WILSON HIGH SCHOOL

## PUPIL'S PERMANENT RECORD

| LAST NAME OF PUPIL | FIRST NAME | MIDDLE NAME | DATE OF ENTRY FROM |
|---|---|---|---|
| GREGORY | ANGELO | | |
| PARENT OR GUARDIAN: CHERYL RIVAS | | OCCUPATION | DATE OF WITHDRAWAL TO |
| RESIDENCE: 1358 SPRING RD. NW | | TEL. 2/726-4628 | DATE OF RE-ENTRY FROM |
| RESIDENCE: WASHINGTON DC 20010 | | TEL. | DATE OF WITHDRAWAL TO |
| PLACE OF BIRTH: | DATE OF BIRTH: 11/04/86 | SEX: M X F | DATE OF RE-ENTRY FROM |

WILSON SENIOR HIGH SCHOOL
7722341 GREGORY, ANGELO 01/02
YOG: 09 GPA: PR. CREDS:

| | | | | |
|---|---|---|---|---|
| A05 | ART/DESIGN FOUN | CARVAL | B | -0.50 |
| A15 | [illegible] DRAWING | BARNES | D+ | 0.50 |
| E03S | ENGLISH I | KEYS | B | 1.00 |
| H14S | US HISTORY | BOLLIN | B | 1.00 |
| M14S | MAT REV I SE | WILLIA | C+ | 0.50 |
| M15S | MAT REV II SE | WILLIA | C | 1.00 |
| N11S | RESOURCE I | SCOTT- | I | 0.00 |
| N11S | RESOURCE I | WONGUS | I | 0.00 |
| P16 | HEALTH & PE II | COBB | C | 1.00 |
| S21S | BIOLOGY I | GRIGGS | C- | 1.00 |

WILSON SENIOR HIGH SCHOOL
7722341 GREGORY, ANGELO 02/03
YOG: 10 GPA: PR. CREDS:

| | | | | |
|---|---|---|---|---|
| A09 | ART I | HUBERM | D- | 1.00 |
| E04 | ENGLISH II | ALLEYN | F | 0.00 |
| H21S | HIST/GOV OF DC | KEYS | C | 0.50 |
| H23S | WORLD GEOGRAPHY | KEYS | C | -0.50 |
| L66S | CONV SPANISH I | CHI | [illegible] | 1.00 |
| M21S | ALGEBRA I | WILLIA | C | 1.00 |
| P15 | HEALTH & PHY ED | MOTEN | C | 0.50 |
| S06S | ZOOLOGY | PARKER | A- | 0.50 |
| S19S | BOTANY SE | PARKER | B- | 0.50 |
| U13 | GENERAL MUSIC | BROWN | D | 0.50 |

TOTAL CREDITS: 6.000

WILSON SENIOR HIGH SCHOOL
7722341 GREGORY, ANGELO 03/04
YOG: 11 GPA: PR. CREDS:

| | | | | |
|---|---|---|---|---|
| B52 | BANKING&CREDIT | ROMANA | C | 0.50 |
| E05S | ENGLISH III | PARKER | A- | 1.00 |
| H36S | WORLD HISTORY | BOLLIN | B+ | 1.00 |
| H99 | PEER MEDIATION | KASAT | A | 0.50 |
| L61 | SPANISH I | SKVIRS | C- | 1.00 |
| M31S | GEOMETRY SPED | PARKER | B | 1.00 |
| P65 | TEAM SPORTS | FLEMIN | A | 0.50 |
| S08S | ENVIRONMENT SCI | WELCH | B | 1.00 |
| V02S | COMP APPS I SPE | THOMPS | D- | 0.50 |

TOTAL CREDITS: 7.000

ROOSEVELT STAY HIGH SCHOOL
FIRST SEMESTER 2003-2004
E04 ENGLISH II B 1.00

Roosevelt STAY High School
2003-2004

| Course: | Grade: | Credit |
|---|---|---|
| EARTH SCI | [illegible] | 1.00 |
| ENGLISH IV | A- | 1.00 |

WILSON SENIOR HIGH SCHOOL
7722341 GREGORY, ANGELO 04/05
YOG: 12 GPA: 2.692 PR. CREDS:

| | | | | |
|---|---|---|---|---|
| A45 | PHOTO TECH | CARVAL | I | 0.00 |
| B53 | FIN PLANNING | ROMANA | B | 0.50 |
| H42 | ALT VIOL II | MCCART | C | 0.50 |
| H51S | US GOVERNMENT | LANIER | C | 0.50 |
| L67S | CON. SPAN 2 SPED | ALFONS | A | 1.00 |
| P40 | INDIVIDUAL SP I | NELSON | C | 0.50 |
| P51 | BODY COND/FIT I | JOHNSO | C- | 0.50 |
| U51 | CONCERT CHOIR I | GLOVER | A | 1.00 |
| U86 | MARCH BAND I | ADDISO | A | 1.00 |
| V03S | COMP APPS II SP | MEDDAU | F | 0.00 |

TOTAL CREDITS: 5.50

COPY CERTIFIED BY [signature] PRINCIPAL

JUL 2 6 2005 DATE

Gregory Angelo
DATE OF Date of Graduation: June 6, 2005
GPA: 2.247

```
                                                                                              03/24
                                          Student History                                    08:58
Student ID: 7722341      GREGORY, ANGELO                                               M-12-A-04/05-E

   Grd Year ----------Crse------------ -Grade- --In Cum-- --Term 1-- --Term 2-- --Term 3-- --Term 4-- Exm Avg
            Abbr   Sec      Text       Lvl Cnt GPA  Cred Mrk Credit Mrk Credit Mrk Credit Mrk Credit Mrk Mrk  M
3. 12 04/05 H42    01  ALT VIOL II      11  Y   Y    Y   I   0.000  C   0.250      0.000      0.000            C
4. 12 04/05 H51    01  US GOVERNMENT    12  Y   Y    Y   C+  0.250  C   0.250      0.000      0.000            C
5. 12 04/05 L67S   01  CON.SPAN 2 SPED  09  Y   Y    Y   B   0.250  A-  0.250      0.000      0.000
6. 12 04/05 P40    01  INDIVIDUAL SP I  11  Y   Y    Y   C   0.250  C   0.250      0.000      0.000            C
7. 12 04/05 P51    01  BODY COND/FIT I  10  Y   Y    Y   C-  0.250  C-  0.250      0.000      0.000
8. 12 04/05 U51    01  CONCERT CHOIR I  09  Y   Y    Y   C   0.250  A   0.250      0.000      0.000
9. 12 04/05 U88    01  MARCH BAND I     10  Y   Y    Y   A   0.250      0.000      0.000      0.000
0. UN 03/04 E04    01  ENGLISH II       10  Y   Y    Y   A-  0.500  B   0.500      0.000      0.000            B
1. UN 03/04 E06    04  ENGLISH IV       12  Y   Y    Y       0.000      0.000  A-  0.500  B-  0.500            A
2. UN 03/04 S45    02  EARTH SCIENCE    10  Y   Y    Y       0.000      0.000  C   0.500  B   0.500            C

SE SPECIAL KEYS TO SCROLL OR EXIT
```