# EXHIBIT 15

# Woodrow Wilson Senior High School
## REPORT TO PARENTS ON STUDENT PROGRESS

STUDENT ID: 7722341    STUDENT NAME: GREGORY, ANGELO
GRADE:      12         HOMEROOM:     B14                                1229

| COURSE SEC TEACHER | SUBJECT COMMENTS | ADV 1 | ADV 2 | ADV 3 | ADV 4 | FINAL | EARN CRED | CLASS ABSENCE ADV YTD |
|---|---|---|---|---|---|---|---|---|
| 5  01 ARVALHO | PHOTO TECH | I | I | | | I | | 26 |
| 3  02 MANASKI | FIN PLANNING | | | B | B | B | 0.50 | 0 |
| 01 CARTHY | ALT VIOL II | I | C | | | C | 0.50 | 0 |
| S  01 VIER | US GOVERNMENT | C+ | C | | | C | 0.50 | 0 |
| 01 ONSO | CON.SPAN 2 SPED  EXCELLENT BEHAVIOR  GOOD PARTICIPATION | B | A- | A- | B+ | A | 1.00 | 5  17 |
| 01 SON | INDIVIDUAL SP I | C | C | | | C | 0.50 | 0 |
| 01 ISON | BODY COND/FIT I | C- | C- | | | C- | 0.50 | 0 |
| 01 ER | CONCERT CHOIR I | C | A | A | A | A | 1.00 | 0 |
| 01 SON | MARCH BAND I | A | A | A | A | A | 1.00 | 0 |
| 01 UGH | COMP APPS II SP | | | D- | F | F | | 0 |

HOMEROOM ABSENCES: 0.0    EXCUSED: 0.0    UNEXCUSED: 0.0    TARDY: 0

To the Parent/Guardian of:
ANGELO GREGORY
1358 SPRING RD. NW

WASHINGTON, DC 20010

07/01/05
**Woodrow Wilson Senior High School**
REPORT TO PARENTS ON STUDENT PROGRESS

STUDENT ID: 7722341   STUDENT NAME: GREGORY, ANGELO
GRADE:    12          HOMEROOM:     B14                                1229

| COURSE SEC TEACHER | SUBJECT / COMMENTS | ADV 1 | ADV 2 | ADV 3 | ADV 4 | FINAL | EARN CRED | CLASS ABSENCE ADV YTD |
|---|---|---|---|---|---|---|---|---|
| 145   01 CARVALHO | PHOTO TECH | I | I | | | I | | 26 |
| 53    02 ROMANASKI | FIN PLANNING | | | B | B | B | 0.50 | 0 |
| 42    01 MCCARTHY | ALT VIOL II | I | C | | | C | 0.50 | 0 |
| 51S   01 LANIER | US GOVERNMENT | C+ | C | | | C | 0.50 | 0 |
| 7S    01 LFONSO | CON.SPAN 2 SPED  EXCELLENT BEHAVIOR  GOOD PARTICIPATION | B | A- | A- | B+ | A | 1.00 | 5   17 |
| )     01 ILSON | INDIVIDUAL SP I | C | C | | | C | 0.50 | 0 |
|       01 HNSON | BODY COND/FIT I | C- | C- | | | C- | 0.50 | 0 |
|       01 JVER | CONCERT CHOIR I | C | A | A | A | A | 1.00 | 0 |
|       01 IISON | MARCH BAND I | A | A | A | A | A | 1.00 | 0 |
|       01 DAUGH | COMP APPS II SP | | | D- | F | F | | 0 |

HOMEROOM ABSENCES: 0.0    EXCUSED: 0.0   UNEXCUSED: 0.0    TARDY: 0

To the Parent/Guardian of:
ANGELO GREGORY
1358 SPRING RD. NW

WASHINGTON, DC 20010