# EXHIBIT 16

DCPS

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last Gregory-Rivas First Angelo MI

Student ID 772341 Soc. Sec. No. 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 Age: 17 Grade 11

Gender ☐ M ☐ F Date of Birth 11-4-86 Ethnic Group African-American

Address 1358 Spring Rd N.W.
House No. Street Name Quadrant Apartment #
Washington DC 20010
City State Zip Code

☐ Non-attending
Attending School Wilson SHS Home School

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS/

Parent Cheryl Rivas (2) 726-4628

Address of (if different from student): ☐ Parent ☐ Guardian ☐ Surrogate

House No. Street Name Quad Apt. No. City State Zip Code

Telephone: Home Work

## II. CURRENT INFORMATION

Date of IEP Meeting: 5/4/04
Date of Last IEP Meeting: 4/16/03
Date of Most Recent Eligibility Decision: 4/7/03

Purpose of IEP Conference:
☐ Initial IEP ☒ Review of IEP
☐ Requested Eval. ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: II

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| | | | |
|---|---|---|---|
| ☒ | BEHAVIOR | ☐ | TRANSPORTATION |
| ☐ | ESY | ☒ | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | | | |
| Parent | English | | | |
| Home | | | | |

To be completed by Office of Bilingual Education
English and Math Proficiency Assessment

Oral
Rdg./ Written
Instrument:
Date:

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SETTING SpEd | SETTING Total | FREQUENCY Hr./Min | FREQUENCY D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | DURATION wks./mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruc. | | 22.5 | 22.5 | H | W | Spec Ed Tchr | 5/4/04 ~~5/4/04~~ | 10 | M |
| Counseling | | 1.5 | 1.5 | H | W | psychologist Social Worker | 5/4/04 | 10 | M |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | | | Hours Per Week | 24.00 | | | | |

## V. Disability(ies)

MH - ED/LD

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20% ☒ 21-60% ☐ 61-100%

Percent of time NOT in a Regular Education Setting 74%

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Robin Keys / [signature] KSA
Cheryl Rivas
* [signature]
[signature]
[signature] (LEA)

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature x Cheryl Rivas Date 5/4/04



DCPS - 01

**IEP Attachment B Transportation**

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

**TRANSPORTATION DIVISION**

**STUDENT TRANSPORTATION DATA FORM**

2004-2005
School Year

STUDENT IDENTIFICATION NUMBER

(MDT must first determine if student meets the requirements for transportation services and has it included in the IEP.)

Person Making Request: A. Randall

Date of Request: ______

Status of Request: ______

Date Request Received: ______

Person Receiving Request: ______

Cheryl Rivas
Parent / Guardian (Print legibly or type)

Telephone (H)

Telephone (W)

Emergency Contact

Relationship

Telephone No.

Pager / Cell No.

Students will be taken to a central location until 6:00 p.m. if the bus attendants are unable to deliver them to the designated location. After 6:00 p.m. the police will be contacted. This year's central location is ______

Gregory-Rivas Angelo
Student Last Name First Name MI

1358 Spring Rd N.W.
House No. Street Name Quad. Apt.

Washington DC 20010
City State Zip Code

11-4-85 M English
DOB Gender Primary Language Submitting School and Telephone Number

Multi Handicapped
Disability Classification Medical Issues

**MODE OF TRANSPORTATION** ☐ *Bus ☒ Tokens ☒ Farecards

* SPECIAL ACCOMMODATIONS FOR BUS

Height ______ Weight ______

☐ Oxygen ☐ Tracheotomy tube ☐ Seizures ☐ Helmet

☐ Harness ☐ 1:1 Aide ☐ Behavioral issues ______

Medication ______ Specific allergies ______

Dosage required during transportation :

☐ Yes ☐ No Dosage ______ ☐ PM ☐ AM

☐ Mobility ☐ Ambulatory ( ☐ Cane, ☐ Crutch, ☐ Walker)

☐ Ambulatory w/ assistance ( ☐ Cane, ☐ Crutch, ☐ Walker)

☐ Non Ambulatory ( ☐ Standard, ☐ Motorized, ☐ Oversized w/ lap tray ☐ Yes ☐ No)

☐ Car Seat ☐ Positioning Device ______

☐ Special Restraint ☐ Other, Describe: ______

Parent / Guardian / Surrogate Signature: ______ Date: ______

*If parent contact is by phone, the following information must be provided:

Name of Contact: ______ Telephone No.: ______

Relationship: ______

Click one of the following:

☐ AM Pick-up & PM Drop-off is the same as the student address.

☐ ______ AM Pick-up Address ______ Telephone No.

☐ ______ PM Drop-off Address ______ Telephone No.

**Transportation will NOT be provided without confirmed placement through the proper procedures. Justification for other than neighborhood settings must be explained on the back by the school official requesting the transportation services.**

A Randall
School Official requesting transportation service:

Woodrow Wilson Senior High School
3950 Chesapeake St, NW
Washington, DC 20016

9-20-04
Date

Wilson
School to Attend:

Address of School

282-0487
Telephone No.

**Questions may be directed to the Special Education Transportation Liaison.**

## EVALUATION TO JUSTIFY TRANSPORTATION

Student Angelo Gregory-Rivas ID# 772234 DOB 11-4-86

Attending School Wilson SHS Neighborhood School ______

Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐ Medical reports document a severe health condition that prevents the student from walking to school. Specify ______
2. ☐ Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify ______
3. ☐ A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify ______
4. ☐ A visual and/or hearing disability interferes with the student's ability to arrive at school independently. Documentation source ______
5. ☐ A severe communication disability prevents the student from communicating for his/her own safety Documentation source ______
6. ☐ A behavior /emotional disability is so severe or erratic that there is concern for the safety of the student and/or others. Documentation source ______
7. ☐ The student is eligible for the preschool special education program and could not participate without special transportation.
8. ☒ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.
9. ☐ The student is medically fragile. Documentation source ______
10. ☐ The student requires assistance to get on and off the bus. Documentation source ______
11. ☐ The student is unable to function independently due to the severity of the disability. Documentation source ______
12. ☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain ______
13. ☐ Medical reports document that the student has a physical disability and/or severe health condition that prevents him/her from walking to school. Documentation source ______
14. ☐ A documented severe cognitive disability prevents the student from walking to school. Documentation source ______
15. ☐ Other (Specify)

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT Angelo Gregory-Rivas SCHOOL Wilson SHS DATE: 5/4/04

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Robin Keys | [signature] | Spec Ed Tchr Caseworker |
| x Cheryl Rivas | [signature] | Mom |
| x Angelo Gregory | [signature] | Student |
| Romanoski | [signature] | Business |
| Alonzo Randall | [signature] | Spec. Ed Coord |

Ms Rivas discussed Angelo's progress and plans for the future.
Ms. Rivas stated that Angelo doesn't talk w/ her much about his plans.
She also stated she wanted him to have a full assessment (vocational parts II, III) and what ever programs we have to offer him at this time.
She also stated she was pleased w/ Angelo's progress and she wanted him to go to college.

District of Columbia Public Schools
Division of Special Education
Washington, D.C.

IEP Continuation Page

IEP CONTINUATION PAGE

Student Name Angelo Gregory Rivas DOB ______ DATE ______

Student ID Number ______ Managing School Wilson

Attending School Wilson

INSTRUCTIONS: Use this addendum when additional space is needed on an IEP section or part. Enter the *section/part, page number or addendum to identify each item being continued. Attach this addendum to the form.

Page 4 of 4 or Addendum ______

Angelo stated he wanted to go to college out of state if possible However he was amenable to exploring schools in the Washington metropolitan area

Angelo also expressed a desire to register w/ Voc rehab to try and get money to go to school. He also will go to 1133 N Capitol to apply for Housing assistance to help him defray the cost of college tuition-
[illegible].

Student Name Angelo Gregory
Student ID Number ______ DOB ______
Managing School Wilson SHS
Attending School Wilson SHS

DCPS - IEP
Page 2 of 4

**VII. Present Educational Performance Levels in Areas Affected by the Disability**

**Additional Comments:** ☐

**Academic Areas: (Evaluator)**

Math Strengths:
Angelo is able to preform math skill

Impact of disability on educational performance in general education curriculum:
impacts on his ability to preform Complex higher order math operations

Reading Strengths:
able to decode, sentences, reading Passage

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**

Math Cal. 5.8 6E.
Math Rea. 5.4 6E.
See goal page:
Date:
Rdg. Com 4.4 6E.
Rdg. Basic
Written Ex. 10.4 6E
See goal page:
Date:

**Communication (Speech & Language) (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**

Exp.Lang.
Rec- Lang.
Artic
Voice
Fluency
Exp. Voc.
Rec. Voc.
See goal page:
Date:

**Motor/Health (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) /Results When Available**

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)**

Strengths:
able to verbalize his thoughts / feelings

Impact of disability on educational performance in general education curriculum:
impacts on his ability to effectively function resolve conflict appropriately, deal w/emotions ~~appropriately~~

**Score(s) When Available**

See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)**

Strengths:
understands consequences of negative beh.

Impact of disability on educational performance in general education curriculum:
impacts on his ability to make appropriate choices as they relate to abilities & peer relations

**Score(s) When Available**

See goal page:
Date:

**Prevocational Skills: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**

See goal page:
Date:

Student Name Angelo Gregory-Rivas Managing School Wilson SHS

Student ID Number DOB Attending School Wilson SHS

DCPS - IEP Page 3 of 4

**VIII. SPECIALIZED SERVICES** Additional Comments: ☐ Goal Number: ☐

Area addressed by goal: Transition

**ANNUAL GOAL:** (including mastery criteria.)

Angelo will continue to develop pre-vocational & vocational transition skills.

Provider(s): Special Education Tchr / General Ed Tchr.

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) Angelo will develop a resume that list is work experience with 80% mastery | | Monthly |
| (2) Angelo will apply to at least 6 colleges/university he will complete 80% of the application before he request assistance. | | monthly |
| | | |
| (3) Angelo will complete his Fafsa and DC Caps application w/ 80% accuracy before he requests help | | monthly |
| (4) Angelo will write a 500 word essay and a 750 word essay with 80% accuracy he will use the essay for his college applic | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio ☐ Log ☐ Chart ☒ Test ☐ Documented Observation ☐ Report ☐ Other

Student Name: Angelo Gregory-Rivas
Student ID Number: DOB
Managing School: Wilson SHS
Attending School: Wilson SHS

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES** **Additional Comments:** ☐ **Goal Number:**

**Area addressed by goal:** Writing

**ANNUAL GOAL:** (including mastery criteria.)

Angelo will develop his formal/informal. Writing skills to 80% mastery.

**Provider(s):** General Education/Special Education

**Consider audience, behavior, condition, degree and evaluation.**

| SHORT-TERM OBJECTIVES (Include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) Angelo will write a 5 page persuasive paper on a content related topic w/ 80% mastery | | monthly |
| (2) Angelo will write a defensive paper and a opposition paper based on content related topics w/ 80% mastery. | | monthly |
| (3) Angelo will research a topic in literature as described/outlined by his teacher. he will take notes relevant to topic sequence + organize the notes with 80% mastery. | | monthly |
| (4) Angelo will read and then write a 2 page critical analysis of a poem sonnet, short story with 80% mastery | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio ☐ Log ☐ Chart ☐ Test ☐ Documented Observation ☐ Report ☐ Other ________

Student Name: Angelo Bugory-Rivas
Student ID Number: DOB:
Managing School: Wilson SHS
Attending School: Wilson SHS

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES** Additional Comments: ☐ Goal Number: ☐

Area addressed by goal: Reading / English

**ANNUAL GOAL:** (including mastery criteria.)

Angelo will continue to increase his comprehension skills across the content area in an inclusion English class.

Provider(s): Special Ed Tchr / General Ed Tchr

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) When given a content specific reading passage. Angelo will identify whether the writing is figurative or literal in 8/10 trials | | Monthly |
| (2) Angelo will read 2 classic novels / series of short stories. he will then complete a 5 page critical analysis of each story with 80% accuracy. | -- | Monthly |
| (3) Angelo will develop a journal w/ SAT words he will study 20 words per week w/ 80% accuracy | | monthly |
| (4) Angelo will write a research paper using technical language with 80% accuracy. | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio ☐ Log ☐ Chart ☐ Test ☐ Documented Observation ☐ Report ☐ Other ______

Student Name: Angelo Rivers-Gregory
Student ID Number: 03778946 DOB: 11-9-85
Managing School: Woodrow Wilson SHS
Attending School: Woodrow Wilson SHS
DCPS - IEP Page 3 of 4

VIII. SPECIALIZED SERVICES Additional Comments: Goal Number: 1

Area addressed by goal: Social Emotional

ANNUAL GOAL: (including mastery criteria.)

TO decrease depression

Provider(s): Social Worker/Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1. Angelo will identify and verbalize his emotions to others 80% of the time | | 3/02 to 3/03 |
| 2. Angelo will discuss the precipitants of negative emotions and assess the validity of negative cognitions 80% of the time | | 3/02 to 3/03 |
| 3. Angelo will address unresolved issues related to the loss of his father | | 3/02 to 3/03 |
| 4. Angelo will examine familial concerns which impact emotional state | | 3/02 to 3/03 |
| 5. Angelo will identify 5 situations which cause angry emotions and list current coping mechanisms | | 3/02 to 3/03 |
| 6. Angelo will assess current coping mechanisms for handling anger in terms of responses from others and outcomes | | 3/02 to 3/03 |

(Individual psychological counseling once week

**EVALUATION PROCEDURE(S)**

Portfolio Log Chart Test (Documented Observation) Report Other ______

Student Name: Angelo Rivas Gregory
Student ID Number:
DOB: 11-4-85
Managing School: Woodrow Wilson SHS
Attending School: Woodrow Wilson SHS

DCPS - IEP
Page 3 of 4

VIII. SPECIALIZED SERVICES

Additional Comments:

Goal Number: 1

Area addressed by goal: Social emotional

ANNUAL GOAL: (including mastery criteria.)

To decrease depression

Provider(s): Social Worker/Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 7. Angelo will display an understanding of social cues and language in interactions with others and interpret them accurately 80% of the time | | 3/02 to /0 |
| 8. Angelo will examine peer relationships and their impact on his behavior, choices, etc. | | 3/02 to /0 |
| 9. Angelo will examine his self perception self-esteem in relationships with others | | 3/02 to 3/03 |
| 10. Angelo will identify methods to achieve his ideal self + assess progress once monthly | | 3/02 to 3/03 |
| 11. Angelo will identify anxiety precipitants and develop effective coping techniques to decrease it. | | 3/02 to 3/03 |
| 12. Angelo will display a positive sense of self, decreased anxiety and depression in interactions with others 80% of the time | | 3/02 to 3/03 |

EVALUATION PROCEDURE(S)

Portfolio Log Chart Test **Documented Observation** (circled) Report Other ____

Student Name: Angelo Gregory Rivas | Managing School: Wilson SHS | DCPS - IEP Page 3 of 4
Student ID Number: | DOB: | Attending School: Wilson SHS

**VIII. SPECIALIZED SERVICES** Additional Comments: ☐ Goal Number: ☐

Area addressed by goal: Receptive / Expressive lang skills

**ANNUAL GOAL:** (including mastery criteria.)

Angelo will improve his expressive/receptive language skills.

**Provider(s):**

**Consider audience, behavior, condition, degree and evaluation.**

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) To develop morphological reasoning and language, Angelo will be taught to use analogies in explaining "cause & effect" | | monthly |
| relationships as they relate to each other mastery will be determined at 80% | | |
| (2) Angelo will correctly identify word analogies as given in a daily warmup he will identify these analogies w/80% | | monthly |
| accuracy | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio ☐ Log ☐ Chart ☐ Test ☐ Documented Observation ☐ Report ☐ Other ____

| Student Name | | Managing School | | DCPS - IEP Page 3 of 4 |
|---|---|---|---|---|
| Student ID Number | DOB | Attending School | | |

**VIII. SPECIALIZED SERVICES** **Additional Comments:** ☐ **Goal Number:** ☐

**Area addressed by goal:** Math

**ANNUAL GOAL:** (including mastery criteria.)

Angelo will increase higher order math operations skills by 85%

**Provider(s):**

**Consider audience, behavior, condition, degree and evaluation.**

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) Angelo will continue practice exam of the SAT to prepare for the SAT test w/85% mastery | | monthly |
| (2) Angelo will complete remedial through advanced Barrons math arithmetic book. | | monthly |
| (3) Angelo will score 8/10 on a review arithmetic timed test | | monthly |
| (4) Angelo will score 8/10 on a time pre-algebra test | | monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio ☐ Log ☐ Chart ☐ Test ☐ Documented Observation ☐ Report ☐ Other

Student Name ____ Managing School ____
Student ID Number ____ DOB ____ Attending School ____

DCPS – IEP
Page 4 of 4

Additional Comments: [ ]

**IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES**

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education? [ ] Yes [ ] No

Explanation for removal out of regular education classroom.

Angelo behavior (learning disability) greatly impacts on his ability to focus and function appropriately in a regular Ed classroom through extended courses.

**X. Supplementary Aids and Services**

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| Calculator | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Check and list modifications and/or accommodations for testing:** [ ] None needed

Timing/Scheduling: extended time
Setting: Small Classroom, groups
Presentation: all venues / pre-written notes
Response: all venues
Equipment: calculator

**XI. STATE AND DISTRICT ASSESSMENTS:**

[ ] Level I Tested with non-disabled peers under standard conditions without accommodations.

[X] Level II (Describe accommodations for level II) Tested under standard conditions with special accommodations.

[ ] Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

[ ] Level IV (Describe the alternative assessment)

[ ] Level V Portfolio: ____

**XII. Areas Requiring Specialized Instruction and Related Services:**

[X] Reading
[X] Mathematics
[X] Written Expression
[ ] Other: ____
[ ] None
[ ] Physical/Sensory
[X] Social Emotional
[ ] Physical Development
[X] Transition
[ ] Vocational
[ ] Independent Living
[ ] Speech/Language

**Modifications:**

[ ] Language Arts/English
[ ] Social Sciences
[ ] Biological & Physical Sciences
[ ] Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

**XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION**

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

| Student Name | Angelo Gregory | Managing School | | DCPS - TRANSITION SERVICES PLAN PAGE 1 OF 2 |
|---|---|---|---|---|
| Student ID Number | DOB | Attending School | | |

Date Developed: ____________

## DCPS TRANSITION SERVICES PLAN

Note: The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of tile IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

I. ***Record student's post-secondary goals and interests.***

Employment: College - work study

Community Participation:

Post-Secondary Education and Training: going to major in Business

Independent Living: will live at home / then save for apartment

II. ***Courses of study leading to student's post-high school goals.***

| Grade or School Year | Courses of Study |
|---|---|
| 2004/2005 | academic Diploma |
| | |
| | |
| | |
| | |

III. ***Transition Services Needed.***

*Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel. Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.*

lamaminade
Nw is Horshack
Florida Dale
oppin
nort College
26 Cmn

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| Employment<br>If service is not needed, provide explanation. | Has worked Summer Job is registered going on Job interview | |
| Community Participation<br>If service is not needed, provide explanation. | has completed 25 hours of Comm Service | |
| Post - Secondary Education and Training<br>If service is not needed, provide explanation. | Angelo would like involvement in Business entrepenurialship | |
| Independent and Adult Living<br>If service is not needed, provide explanation. | will register for ~~[illegible]~~ ~~[illegible]~~ RSA Program | |

| Student Name | | Managing School | | DCPS - TRANSITION SERVICES PLAN PAGE 2 OF 2 |
|---|---|---|---|---|
| Student ID Number | DOB | Attending School | | |

Date Developed: ____________

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills** If service is not needed, provide explanation. | | |
| **Functional Vocational Evaluation** If service is not needed, provide explanation. | Register w/ voc. rehab. services | |
| **Other** | | |

**IV.**

| Projected Exit Category *(check one)* | | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|---|
| X | DC High School Diploma | 21 | # Credits Earned toward graduation | |
| | High School Certificate at age 21 | | | |
| | High School Certificate prior to age 21 | | # Community Service Hours Completed | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| | | |
| | | |
| | | |

**V.** *Identify any other agencies likely to be responsible for providing or paying for specific transition services.*

Examples of Agency Linkages Needed for Transition

- Rehabilitation Services Administration (RSA)
- Mental Retardation and Developmental Disabilities Administration (MRDDA)
- Commission on Mental Health Services (CMES)
- UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

# EVALUATION TO JUSTIFY TRANSPORTATION

Student ______________________ ID# ______________ DOB ______________

Attending School ______________________ Neighborhood School ______________

Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐ Medical reports document a severe health condition that prevents the student from walking to school. Specify ______________________
2. ☐ Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify ______________________
3. ☐ A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify ______________________
4. ☐ A visual and/or hearing disability interferes with the student's ability to arrive at school independently. Documentation source ______________________
5. ☐ A severe communication disability prevents the student from communicating for his/her own safety Documentation source ______________________
6. ☐ A behavior /emotional disability is so severe or erratic that there is concern for the safety of the student and/or others. Documentation source ______________________
7. ☐ The student is eligible for the preschool special education program and could not participate without special transportation.
8. ☐ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.
9. ☐ The student is medically fragile Documentation source ______________________
10. ☐ The student requires assistance to get on and off the bus. Documentation source ______________________
11. ☐ The student is unable to function independently due to the severity of the disability. Documentation source ______________________
12. ☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain ______________________
13. ☐ Medical reports document that the student has a physical disability and/or severe health condition that prevents him/her from walking to school. Documentation source ______________________
14. ☐ A documented severe cognitive disability prevents the student from walking to school. Documentation source ______________________
15. ☐ Other (Specify)

IEP Attachment - D
ESY Services
Page 2 of 2

## Special Education Goal and Objective for ESY

**Goals and objectives from the IEP which are to be specifically addressed during ESY are:**

| Annual Goal(s) | Skills Area(s) |
|---|---|
| | |
| | |
| | |
| | |

| Special Education Services for ESY | | RELATED SERVICES | | | | |
|---|---|---|---|---|---|---|
| Skills Area(s) | * Setting | Time to be Provided Amount | Unit ( Hours/ Mins ) | Period ( D/ W/ M ) | Projected Date of Initiation | Number of Weeks |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* **Setting : A** - Full Time General Education; **B** - Combo. General Education / Resources Classroom ; **C** - Out of Regular Education

| ESY Least Restrictive Environment (LRE) | | |
|---|---|---|
| ☐ Placement as in regular school year | Hours/Week | |
| ☐ Placement different from regular school year | | |

**Placement**

Specify placement (setting and alternate) of ESY service:

Explain why options selected above are the most appropriate and the least restrictive.

Describe any other options considered, and provide reasons those options rejected.

| Parent Name | Date | Signature |
|---|---|---|
| | | |

STEP SEVEN

## Explanation of Transition Services for Parents and Guardians

Transition Services are a coordinated set of activities for students with disabili that promote movement from school to post-school activities. The "Individuals with Disabilities Education Act (IDEA), amendments of 1997, Public Law 105-17" mandat that the Individualized Education Program (IEP) must include:

(I.) beginning at age 14, an updated annually, a statement of the Transition Service of the child under the applicable components of the child's IEP that focuses on child's courses of study.

(II.) beginning at age 16 (or younger if determined appropriate by the IEP Team), a statement of needed Transition Services for the child, including, when appropri statement of inter-agency responsibilities or any needed linkages; and

(III.) beginning at least one year before the child reaches the age of majority under st law, a statement that the child has been informed of his or her rights under this if any, that will transfer to the child on reaching the age of majority under Sect 615(m).

The IEP Team, including the student, parent, local agencies, and community organizations (if/when appropriate), should annually develop goals, objectives, and activities in preparation for transition into adult life as they relate to:

- career and employment
- post-secondary and continuing education
- community participation
- independent and adult living

**Role and Responsibilities of the Parent**

- participate in the IEP/Transition Planning meeting
- express expectations of student outcomes
- provide insight into the student's needs and abilities
- participate in parent training opportunities

---

**Parent/Guardian Statement of Understanding**

Transition Planning has been explained and I understand how it relates to the provision of services for my child ______________________________
(Student Name)

X Cheryl Prior
(Parent/Guardian Signature)

5-4-05
(Date)

X [signature]

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, Cheryl Rivas (Parent/Guardian Name), received a copy of *A Procedural Manual for Parents* from Robin Keys (Person Issuing Document) /Title Casemanager at Wilson SHS (School).

5/20/04
(Date)

X Cheryl Rivas
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)