# EXHIBIT 17

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS
Additional

## I. IDENTIFICATION INFORMATION

Student Name: Last **Gregory-Rivas**  First **Angelo**  MI ___
Student ID **0378946**  Soc. Sec. No. ___  Age: ___  Grade **9th**
Gender ☒ M ☐ F  Date of Birth **11-6-95**  Ethnic Group ___
Address **358 Spring Rd N.W.**
House No.  Street Name  Quadrant  Apartment #
**Washington DC**
City  State  Zip Code
☐ Non-attending
Attending School **Wilson SHS**  Home School ___
☐ Elem. ☐ Mid/JHS ☒ SHS ☐ CWS /
Parent **Cheryl Rivas**
Address of (if different from student):  ☐ Parent ☐ Guardian ☐ Surrogate

House No.  Street Name  Quad  Apt. No.  City  State  Zip Code
Telephone: Home ___  Work ___

### II. CURRENT INFORMATION
Date of IEP Meeting: ___
Date of Last IEP Meeting: ___
Date of Most Recent Eligibility Decision: ___
Purpose of IEP Conference:
☐ Initial IEP  ☐ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment ___

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | | | |
| Parent | English | | | |
| Home | | | | |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment
Oral ___
Rdg./Written ___
Instrument ___
Date: ___

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr./Min D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|
| Special Ed Individual Coun'd | ✓ | 22.50 | Spec Ed Teacher | | |
| | | | | | |
| TOTAL | - | Hours Per Week | | | |

**V. Disability(ies)** ___
☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☐ 61-100%
Percent of time NOT in a Regular Education Setting

**VI. IEP TEAM** (Participants in the development of the IEP)    Print and sign your name below.

___ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature ___  Date ___

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 1 of 4

DRAFT

**District of Columbia Public Schools**
**Washington, D.C.**

| | I.E.P. Attachment A |
|---|---|
| | Intervention Behavior Plan |

**INTERVENTION BEHAVIOR PLAN**

Date Developed: _____

Student Name: _Angelo Gregory_   ID# _____   DOB _____   Grade ____

Address _____
       Street #   Street Name.   Quadrant   Apartment #   City,   State.   Zip Code

Telephone (H) _____ (W) _____   Counselor _____

Attending School _____   Teacher _____   Room ____   Section ____

**TARGETED BEHAVIOR(S):**    Additional Comments: ☐

1. Angelo will increase class attendance
2. Angelo will increase punctuality

**POSITIVE INTERVENTION STRATEGIES: Student Objective –**

(teacher tasks) (1) Allow enough time to process information (2) Provide frequent feedback concerning appropriateness of behavior (3) Verbal reminders

**Implementation description –**

Angelo will be given a attendance form to be signed by each class teacher. He will earn rewards monthly when each target behavior is met

**POSITIVE INTERVENTION STRATEGIES: Teacher Strategies**

(student reinforcers) Angelo will keep track of daily points. Angelo will choose reward wkly from variety provided by teacher such as journal, pens, etc.

**MONITORING SYSTEM: Responsible Teacher –** R. Keys

**Describe System –**

Daily chart (sign sheet) that each teacher will sign off on when he has been in attendance and punctual

**Data collection timeline –**

Weekly

**FOLLOW-UP MEETING: Date –** _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS  07-02-2001  DIVISION OF SPECIAL EDUCATION   IEP ATTACHMENT A   INTERVENTION BEHAVIOR PLAN

Student Name: Angelo Grajeres Rivas
Student ID Number: 008
Managing School: _____
Attending School: _____

OCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**  Additional Comments: _____   Goal Number: ☐

Area addressed by goal: _____

ANNUAL GOAL: (including mastery criteria.)

to increase math operations ability

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① Angelo will expand his ability to do mental math by completing a series of 1 minute math drills. Mastery will be determined on a trial basis beginning with 4 out of 10 and increasing to 10/10. Angelo's progress will be charted on a probe. | | Daily Wkly |
| ② Angelo will review math reasoning skills by completing drills that focus on completing a variety of math concepts: multiplication, division, addition, subtraction. Mastery will be determined by use of a probe. | | Daily Wkly |

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   Test   Documented Observation   Report   Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix A    IEP Page 3 of 4

| Student Name | Managing School | DCPS - IEP |
|---|---|---|
| Student ID Number    DOB | Attending School | Page 3 of 4 |

**VIII SPECIALIZED SERVICES**   Additional Comments: _____   Goal Number: [ ]

Area addressed by goal: _____

**ANNUAL GOAL:** (including mastery criteria.)

Expressive lang

Angelo will improve is expressive & receptive lang skills

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① Angelo will learn to use self-talk or private talk silently or in a whisper to help himself think or direct his thinking, so that he is able to stay focused on the topic to be addressed. Mastery of this skill will be determined by use of teacher made rubric. | | |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   Test   Documented Observation   Report   Other _____

| Student Name | Angelo Gregory | Managing School | | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**  Additional Comments:  Goal Number: [ ]

Area addressed by goal: _____

**ANNUAL GOAL:** (including mastery criteria)

Expressive / receptive Language

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① Angelo will learn to translate a literal proverb into a figurative proverb. Mastery will be 80% as determined by teacher made probes & rubrics. | | |
| ② Angelo will interpret "proverbs" into a literal translation w/ 90% accuracy as determined by teacher probes. ex. When the cat's away the mice will play. | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other _____

| Student Name | Angelo Gregory [Lim] | Managing School | | OCPS - IEP |
|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**  Additional Comments:  Goal Number:

Area addressed by goal: _____

**ANNUAL GOAL:** (including mastery criteria)

> Increase Reading Comprehension

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① Angelo will read 2 novels & short stories and identify the themes in the story as they relate to the main idea of the story. Mastery & Comprehension achievement will be determined according to teacher made Rubrics. | | Quarterly |
| ② Angelo will be able to restate/summarize theme of story in written/oral form with 90% accuracy based on teacher made Rubric + rules. | | Weekly |

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   Test   Documented Observation   Report   Other _____

Student Name: Angelo Gregory-Rio
Student ID Number: _____  DOB: _____
Managing School: _____
Attending School: _____

OCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**  Additional Comments:

Goal Number: ☐

Area addressed by goal: _____

**ANNUAL GOAL:** (including mastery criteria.)

> Expressive/receptive lang

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Angelo will use a thesaurus to rewrite a 1 to 3 paragraph passage. He will substitute words as outlined by his teacher w/ 80% accuracy as demonstrated by use of a probe. | | |
| Angelo will correctly identify word analogies as given in a morning warm up. He will identify these analogies w/ 80% accuracy as demonstrated by use of a probe. | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   Test   Documented Observation   Report   Other _____

Student Name: Angelo Gregory Rivas
Student ID Number: _____ DOB: _____
Managing School: _____
Attending School: _____

OCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Goal Number: ☐

Area addressed by goal: _____

ANNUAL GOAL: (including mastery criteria.)

Express / recept / Writing

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① Angelo will write defensive & oppositional speeches a semester to be read orally in class on a topic selected by the teacher. He will demonstrate correct word usage, fluency and organizational skills w/ 90% accuracy as determined by use of teacher made rubrics & probes. | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other _____

| Student Name | Angelo Gregory-Rivas | Managing School | | OCPS - IEP |
|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES** | Additional Comments: | Goal Number:

Area addressed by goal: _____

**ANNUAL GOAL:** (including mastery criteria.)

> Improve expressive/receptive language skills

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① Angelo will complete activities using the thesaurus to locate synonyms, antonyms to be used correctly in a sentence with 75% initial accuracy and mastery completion at 100% the Teacher will use probes to determine his progress. | | |
| ② To develop morphological reasoning and language. Angelo will be taught to use analogies in explaining "Cause and effect" relationships as as they relate to each other. Mastery will be determined by Teacher probes w/ 85% accuracy | | |

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   Test   Documented Observation   Report   Other _____

Goal Number: [ ]

Area addressed by goal: __Speech + Lang__

ANNUAL GOAL: (including mastery criteria.)

Angelo will improve his expressive and receptive language skills

Provider(s): __Special Ed Teacher__

Consider audience, behavior, condition, degree and evaluation.

| Expressive SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) Angelo will use a thesaurus to rewrite a 1 to 3 paragraph passage. He will substitute words as outlined by his teacher. With 80% accuracy as demonstrated by use of a probe. | | weekly |
| (2) Angelo will correctly identify word analogies as given in a daily warm up. He will identify these analogies w/ 80% accuracy as demonstrated by use of a probe. | | 2-3 times a week |
| (3) Angelo will write 4 defensive speeches and 4 opposition speeches/rebuttals to be read orally in class on a topic selected by teacher. He will demonstrate 90% accuracy in correct word usage, fluency and organizational skills by use of teacher developed Rubric and Probes. | | quarterly |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other __Probes, graphs, rubrics__

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix-A    IEP Page 3 of 4

| Student Name |  | Managing School |  | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number |  DOB | Attending School |  | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:   Goal Number: [  ]

Area addressed by goal: _____

ANNUAL GOAL: (including mastery criteria)

Angelo w/ Increase reading Comprehension skills

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1) To Develop morphological knowledge Angelo will review suffixes, prefixes and correctly define words or word meanings when given as a single word or in a phrase or sentence. Mastery will be determined on a probe scale with 2 out of 10 correct and ending w/ 10 out of 10 correct progress will be charted by teacher probes and graphs. |  | Weekly |
| 2) Angelo will define words using both the subordinate + abstract category to which the word belongs mastery will be determined by 10/10 scale correct on a probe. |  | Weekly |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other _____

NOTICE TO PARENT OF INTENT TO EVALUATE/REEVALUATE     | INTENT Page 2 |

Student **Angelo Rivas** *Gregory-*   DOB **11/4/85**   Age ____   Grade ____   ID **037894/6**

- ☐ **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15. 11 years.
- ☐ **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents.
- ☐ **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement.
- ☐ **Kaufman Test of Educational Achievement (KTEA)** - an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation.
- ☐ **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
- ☐ **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
- ☐ **Peabody Individual Achievement Test-Revised (PIAT-R)** - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics.
- ☐ **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
- ☐ **Preschool Language Scale** - measures auditory comprehension and verbal ability skills.
- ☐ **Receptive One Word Picture Vocabulary Test** - assesses the child's single word receptive vocabulary.
- ☐ **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older.
- ☐ **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills.
- ☐ **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills.
- ☐ **Thematic Apperception Test** - a projective story-telling technique for personality evaluation in older children and adolescents.
- ☐ **Wechsler Adult Intelligence Scale-III (WIAS III)** - an individually administered test designed to measure the intelligence of individuals ages 16 and over.
- ☒ **Wechsler Individual Achievement Test (WIAT)** *-II* - a commonly used individually administered instrument designed assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression.
- ☐ **Wechsler Intelligence Scale for Children-III (WISC III)** - commonly employed individually administered test designed to measure the intelligence of individuals ages 6 1/2 to 16 1/2 years.
- ☐ **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years.
- ☐ **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests.
- ☐ **Classroom Observation** - assesses present functioning of the student within the classroom environment.
- ☐ **List other tests with descriptions:**

**Other factors that are relevant to be included:**

| DISTRICT OF COLUMBIA PUBLIC SCHOOLS | | INTENT Page 1 |
|---|---|---|

NOTICE TO PARENT OF INTENT TO EVALUATE/REEVALUATE

Date: 3/14/02

To: Angelo Rivas — Gregory

Ref: _____
DOB: 11/4/85
ID #: 0378946

Telephone: (H) 576-6235    (W) _____

Dear Ms. Rivas

The District of Columbia Public Schools is requesting that Angelo Gregory-Rivas be available for testing for the following tests, on the indicated date, at the school.

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TEST DATE ASSIGNED | ADMINISTERED |
|---|---|---|---|---|
| ☐ Psychological | | | | |
| ☒ Speech/Language | Thelma Boykin | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☒ Educational | Toni Attanor-Williams | WIAT-II | 3/20/02 | |
| ☐ Hearing Screening | | | | |
| ☐ Other | Other: | Other: | Other: | |

### LIST OF TESTS WITH DESCRIPTIONS

☐ **Bayley Scales of Infant Development-II** - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age.

☐ **Bender Visual Motor Gestalt Test** - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System.

☐ **Children's Apperception Test** - a projective story-telling technique for personality evaluation in ages 5 to 10 years.

☐ **Clinical Evaluation of Language Functions - III** - assesses the child's language functioning including processing and production.

☐ **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate caregiver.

☐ **Developmental Test of Visual Motor Integration (VMI)** - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format.

☐ **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary.

☐ **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.

☐ **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts.

| Student Name | Angelo Rivas-Gregory | Managing School | Woodrow Wilson SHS | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 0378946  DOB 11-9-85 | Attending School | Woodrow Wilson SHS | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES** | Additional Comments: | Goal Number: 1

Area addressed by goal: _Social Emotional_

ANNUAL GOAL: (including mastery criteria.)

To decrease depression

Provider(s): Social Worker / Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1. Angelo will identify and verbalize his emotions to others 80% of the time | | 3/02 to 3/03 |
| 2. Angelo will discuss the precipitants of negative emotions and assess the validity of negative cognitions 80% of the time | | 3/02 to 3/03 |
| 3. Angelo will address unresolved issues related to the loss of his father | | 3/02 to 3/03 |
| 4. Angelo will examine familial concerns which impact emotional state | | 3/02 to 3/03 |
| 5. Angelo will identify 5 situations which cause angry emotions and list current coping mechanisms | | 3/02 to 3/03 |
| 6. Angelo will assess current coping mechanisms for handling anger in terms of responses from others and outcomes | | 3/02 to 3/03 |

(Individual psychological counseling 2x weekly 45 minutes)

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   Test   (Documented Observation)   Report   Other _____

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix A   IEP Page 3 of 4

Student Name: Angelo R. es-Gregory
Managing School: Woodrow Wilson SHs
Student ID Number: _____  DOB: 11-4-85
Attending School: Woodrow Wilson SHs

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Goal Number: 1

Area addressed by goal: Social Emotional

**ANNUAL GOAL:** (including mastery criteria.)

To decrease depression

Provider(s): Social Worker/Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 7. Angelo will display an understanding of social cues and language in interactions with others, and interpret them accurately 80% of the time | | 3/02 to 3/03 |
| 8. Angelo will examine peer relationships and their impact on his behavior, choices, etc. | | 3/02 to 3/03 |
| 9. Angelo will examine his self-perception, self-esteem in relationships with others | | 3/02 to 3/03 |
| 10. Angelo will identify methods to achieve his ideal self + assess progress once monthly | | 3/02 to 3/03 |
| 11. Angelo will identify anxiety precipitants and develop effective coping techniques to decrease it. | | 3/02 to 3/03 |
| 12. Angelo will display a positive sense of self, decreased anxiety and depression in interactions with others 80% of the time | | 3/02 to 3/03 |

(Individual psychological counseling 2x weekly, 45 minutes)

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   Test   (Documented Observation)   Report   Other _____

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix A   IEP Page 3 of 4

| Student Name | Angelo Rivas Gregory | Managing School | Woodrow Wilson | DCPS - TRANSITION SERVICES PLAN PAGE 1 OF 2 |
|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | Woodrow Wilson |

Date Developed: 2-26-02

## DCPS TRANSITION SERVICES PLAN

Note: The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of the IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

I. *Record student's post-secondary goals and interests.*

Employment: Angelo has worked doing construction painting, house repairs, camp counselor and gardner

Community Participation:

Post-Secondary Education and Training: Angelo expresses a desire to be a writer and rapper. He would like to be a defense lawyer

Independent Living: Angelo would like to attend school and move away from home

II. *Courses of study leading to student's post-high school goals.*

| Grade or School Year | Courses of Study |
|---|---|
| 2002-2003 | |
| | |
| | |
| | |

III. *Transition Services Needed.*
 Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| Employment *If service is not needed, provide explanation.* | Participate in structured career experience + or einforce appropriate job skills/resume writing, job application, interviewing skills | D.C.P.S. |
| Community Participation *If service is not needed, provide explanation.* | Complete 100 hours of community service; volunteerism | D.C.P.S |
| Post - Secondary Education and Training *If service is not needed, provide explanation.* | Explore career interest by attending job fairs and career and school fairs, PSAT and SAT Prep, | D.C.P.S |
| Independent and Adult Living *If service is not needed, provide explanation.* | Locate resources in community and at school to assist in finding a job. Managing personal finances, funding for post secondary training. | D.C.P.S |

District of Columbia Public Schools   07-02-2001   Division of Special Education   IEP Attachment C   Transition Services Plan   Page 1 of 2

| Student Name | Angela Rivas Gregory | Managing School | Woodrow Wilson | DCPS - TRANSITION SERVICES PLAN PAGE 2 OF 2 |
|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | Woodrow Wilson | |

Date Developed: 2/28/02

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills** *If service is not needed, provide explanation.* | N/A Student is independent in this area. | |
| **Functional Vocational Evaluation** *If service is not needed, provide explanation.* | Vocational Assessment Evaluation completed 5/29/01 | |
| **Other** | Self advocacy skills, conflict management, and social development skills | D.C.PS. |

IV.

| Projected Exit Category *(check one)* | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|
| DC High School Diploma | # Credits Earned toward graduation | | |
| High School Certificate at age 21 | | | |
| High School Certificate prior to age 21 | # Community Service Hours Completed | | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| | | |
| | | |
| | | |

V. Identify any other agencies likely to be responsible for providing or paying for specific transition services.

  Examples of Agency Linkages Needed for Transition
  - Rehabilitation Services Administration (RSA)
  - Mental Retardation and Developmental Disabilities Administration (MRDDA)
  - Commission on Mental Health Services (CMES)
  - UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

| Student Name | Angelo Rius Gregory | Managing School | Woodrow Wilson | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | DOB | Attending School | Woodrow Wilson | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:                                                                                      Goal Number:

Area addressed by goal: Transition / Vocational

ANNUAL GOAL: (including mastery criteria.)

Angelo will demonstrate the abilities in the following areas; independent and adult living, problem solving strategies and self advocacy skills by mastering 80% of the follow short-terms goals.

Provider(s): Transition Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Angelo will research scholarships and financial opportunities to finance post secondary education and training | | |
| Angelo will use problem solving strategies to recognize the nature of problems, develop and evaluate alternatives and anticipate consequences. | | |
| Angelo will independently and effectively act as an advocate on behalf of his own needs. | | |
| Angelo will keep an agenda book of classroom assignment, daily schedules of school, personal and individual appointments. | | |
| | | |
| | | |

EVALUATION PROCEDURE(S)

(Portfolio)   Log   Chart   Test   (Documented Observation)   (Report)   Other Written Journal by student.

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix A   IEP Page 3 of 4

Student Name: Angelo Rivas Gregory
Managing School: Woodrow Wilson
Attending School: Woodrow Wilson
Student ID Number: ___
DOB: ___

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**  Additional Comments:  Goal Number: ___

Area addressed by goal: Transition / Vocational

**ANNUAL GOAL:** (including mastery criteria)

Angel will develop career goals and participate in community activities by Mastering 80% of the following short-term goals.

Provider(s): Transition Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Angelo will be given specific career choices and will follow the step necessary to search for opportunities via the internet, school guidance resources and community resources. | | |
| Having discussed post-secondary options (4 year colleges, 2 year colleges and trade schools) Angelo will keep a portfolio of documents of career interest research and career activities | | |
| Angelo will utilize community resources to assist in career education activities Career Fairs, Job Fairs, College Fairs and College Tours | | |
| Angelo will volunteer in his community by locating and using community resources to complete community service hours. | | |
| Angelo will participate in job development workshop/or class, Skills in resume writing, Interviewing, job search, and job readiness, Job Shadowing. | | |

**EVALUATION PROCEDURE(S)**
Portfolio  Log  Chart  Test  (Documented Observation)  Report  Other: Written Journal by student

District of Columbia Public Schools  07-02-2001  Division of Special Education  Appendix A  IEP Page 3 of 4