# EXHIBIT 18

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES



STUDENT: Angelo Gregory     SCHOOL: Wilson SHS     DATE: 3/14/02

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Alonzo Randall | [signature] | SPED Coord. |
| Cheryl Rivas | Cheryl Rivas | mother |
| Angelo Gregory | [signature] | STUDENT |
| Martin Cherry | [signature] | DCPS |
| John K[?] | [signature] | Teacher |
| Kevin Carter | [signature] | Ed. Advocate |
| Toni Atkinson-Williams | Toni Atkinson-Williams | School Psychologist |
| Pauline Maria Imbrigata, PhD | Pauline Maria Imbrigata PhD | Clinical Psychologist |
| Diann T. Hendricks | Diann T. Hendricks | Special Ed Teacher/transition |
| Karla Griggs | [signature] | Sp. ed Biology |

Introduction of Parties / Passing out of Parent Manual

Review of Report by Toni-Atkinson Williams

Report written by Mrs. Harris
- Gave WISP 3 to determine his disabilities
Functioning in the low range of average intelligence
- Scored average on verbal
- test date SEPT. 17ᵀᴴ 2000
On test of ability (average) no gap between ability and what he should be

Gregory, Angelo
cont'd

Accomplishing:
- [illegible]
- High average range in writing w/ some of I.?.
- Spelling was average
- Reading in low average
- Math low average range
- Language — can express himself much better than written test

Question

Any more recent scores? (Cherry)
— Because of Angelo's mood it effected his performance
(asking for consideration)

Dr. Imbrigato (Read report from outside Doctor)
Recommended individual counseling and counseling w/ teacher at least 1x month.

Ms Keys
Observed that Angelo needs to have real relationships w/ teachers.
Has self advocacy; very mature
When upset he will write (poetry, short story)
Working on skills to begin to understand passages, main ideas and themes.

wk. 1

Requested diagnosis prior to comprehensive contact—

— Recommended —

- Male staff (therapist)
- SPED class
- Individual counseling (1x week)
- Participation in Wilson Male Initiative
- Participation in a club that enhances creative talents (writing)
- Outside mentor / family therapy
- Remedial instruction
- Referral for vocational assessment
- Constant monitoring of on going SPED.

Ms. Key
Very high-functioning processing skills
A reg. teacher was very impressed w/ writing and recommended he be in English (Reg. ed.)
- Trying to get work published.

Ms. Hendricks
Suggested upward-bound program @ Catholic University
Paid at end of week

Gregory, Angelo
Confd.

Ms. Rivas

Had to leave @ 11:25

Angelo-Gregory
- Looking for educational/vocational
- Looking to become a man for his family
Feels he is behind from being a "MAN" for him and his family.

Mr. Cheney

can arrange after-school tutoring.

IEP

Completed and Reviewed by Robin Keys (case manager)

Wilson SHS
MDT/IEP Mtg 3/14/02
Anjuli Gregory-Raines
Advocates AITES IC [illegible]  Ed. Advocate

1) This advocate concurs with the Team's belief that the clinical and S-L assessments on record raise questions/concerns about the existence of S-L deficits and the need for S-L services. Hence, the Team recommends that an S-L assessment be conducted to assess current S-L needs (Team will reconvene to review this)

2) This advocate concurs with the Team's decision that a cognitive assessment needs to be conducted to ascertain current levels of cognitive functioning.

3) This advocate has concerns about the Team's recommendation that this student's social-emotional needs can be met at Wilson SHS. This student has had 3 evaluations (Psychiatric; Dr Vally - 5/11/01; Psychological; Alice Hannah-Thomas Ph.D, 5/23/01, and Clinical Review; Dr. Belton Wilder, 5/11/01) which all either explicitly recommend or allude to

MDI/LP
Angelo Gregory Rivas
Advocates Notes/Concerns

3) cont. The need for a separate special education program (small class size) which addresses his emotional problems. Dr. Imbregado expressed that she agreed with the recommendations of the aforementioned reports except for recommendations for a separate special education program. (ED)

This advocate recommends that discussion about the appropriateness of placement be revisited when the team reconvenes to discuss the results of cognitive testing and a S-L assessment on 4/25/0.

4) Advocate concurs with teams' recommendation that individual counseling be rendered 2x weekly. Angelo shall continue to receive counseling services during summer months at Wilson. Student shall be a participant in the Upward Bound (College Prep program) this summer. (Advocate endorses students participation in Upward Bound with the provision that individual counseling services remain in place.

IEP 3/14/02

Angelo Gregory-Rivas

Advocates Notes/Concerns

5) Advocate concurs with the Team's recommendation that Angelo participate in Wilson SHS's Male Initiative mentoring group (1x weekly)

Kevin Carter
Education Advocate