# EXHIBIT 19

D.C. Public Schools
Division of Special Education
Educational Re-Evaluation Report

CONFIDENTIAL
This report contains confidential information and is the property of D.C. Public Schools.

Name:                Gregory, Angelo
Reevaluation Date:   4/19/2005
Date Of Birth:       11/4/1985
Chronological Age:   16 - 5
Gender:              Male
Grade:               09
Attending School:    Woodrow Wilson Senior High School
Examiner:            Toni Atkinson-Williams, M.Ed., NCSP
Title:               School Psychologist

EVALUATION PROCEDURES:
Angelo's primary language, racial, and ethnic background were considered prior to
selection and interpretation of evaluation procedures and measures. All assessment
procedures measure a limited sample of a person's total repertoire. The selected measures
should only be interpreted within the limits of their measured validity.
The following procedures were components of the evaluation:

| PROCEDURES | DATE |
|---|---|
| Interview and Observation of Student | |
| Wechsler Individual Achievement Test II | 4/19/2002 |

BEGAVIORAL OBSERVATIONS:
Angelo is a male who is 16 - 5 years old. Regarding his body build, he is average. His
manner of dress was typical for age. He wore glasses and his hearing appeared to be
within the normal limits.

Angelo's attention, concentration and vigilance during testing were average. His
motivation for successful completion of the testing was average. His persistence on
difficult tasks was fair and his effort throughout the testing was average. Angelo's
response style when attempting tasks or answering questions appeared typical of children
his age.

Angelo's performance during formal testing did not appear to be adversely affected by
failure or frustration. Modification or adaptation to the standardized procedures were not
required due to any sensory, motor, or communication limitations. He did not require an
excessive amount of reinforcement and praise. Overall, the results of the present testing
and evaluation procedures appear to be valid for the purpose of addressing the reason for
referral.

Gregory, Angelo - Psycho-.    cational Evaluation Report

## ACADEMIC ACHIEVEMENT ASSESSMENTS:

Wechsler Individual Achievement Test II -- Results:

| SUBTEST | SS | Comp SS | Conf. | %ILE | NCE | Stan | A.E. | G.E. |
|---|---|---|---|---|---|---|---|---|
| Word Reading | 98 | | | 45 | | | | 9.8 |
| Reading Comprehension | 73 | | | 4 | | | | 4.4 |
| Pseudoword Decoding | 109 | | | 73 | | | | >12.9 |
| Composite | | 91 | | 27 | | | | |
| Numerical Operations | 77 | | | 6 | | | | 5.8 |
| Math Reasoning | 70 | | | 2 | | | | 5.4 |
| Composite | | 71 | | 3 | | | | |
| Spelling | 96 | | | 39 | | | | 8.8 |
| Written Expression | 100 | | | 50 | | | | 10.4 |
| Composite | | 97 | | 42 | | | | |
| Listening Comprehension | | | | | | | | |
| Oral Expression | | | | | | | | |
| Composite | | | | | | | | |

| Supplemental Scores | Quartile | | Quartile |
|---|---|---|---|
| Reading Comprehension | | Alphabet Writing | |
| Target Words | 4 | Word Fluency | 1 |
| Reading Speed | 3 | Word Count | |
| | | | |
| Word Fluency | | | |

Toni Atkinson-Williams administered the Wechsler Individual Achievement Test - II (WIAT-II) to Angelo on 04/19/02. The WIAT-II is an individually administered, comprehensive academic achievement test. Composite scores in Reading, Mathematics, Written Language and Oral Language may be obtained depending upon the subtests administered.

Reading:
The Composite Reading score provides a measure of an individual's reading decoding (word attack skills), lexical access of sight words, reading comprehension, oral reading accuracy, and silent reading rate. Angelo obtained a Reading Composite standard score of 91, which is in the average range and at the 27th percentile when compared to his age peers.

The Word Reading subtest measures letter identification, the ability to focus on and manipulate phonemes in spoken words (phonemic identity, phonemic categorization, phonemic blending) and awareness of larger spoken units such as syllables and rhyming words (phonological awareness). The Word Reading subtest score represents word-reading accuracy. Angelo obtained a Word Reading standard score of 98, which is at the 4th percentile of his age peers and in this, is in the average range.

Page 2

Gregory, Angelo - Psycho-    .cational Evaluation Report

The Reading Comprehension subtest measures skills such as matching pictures with words, recognizing stated and implied detail, predicting events, drawing conclusions, using context to determine meaning and recognizing stated and implied cause and effect. Angelo's Reading Comprehension subtest standard score of 73 is in the borderline range and reflects performance at or better than 4th percent of his age peers.

The Pseudoword Decoding subtest requires the individual to read a list of nonsense words representative of the phonetic structure of words in the English language. This subtest measures the ability to apply phonetic decoding skills. Angelo obtained a standard score of 109 on the Pseudoword Decoding subtest, which is at the 73rd percentile of his age peers. His mastery of the alphabet principle and ability to decode unfamiliar words is in the average range.

Mathematics:
The Composite Mathematics score provides a measure of an individual's numerical operations and math reasoning skills. Through numerical writing, calculation, and counting, Angelo obtained a Mathematics Composite standard score of 71, which is in the borderline range and at the 3rd percentile when compared to his age peers.

The Numerical Operations subtest the ability to identify and writer numbers, count using 1:1 correspondence and solve written calculation problems and simple equations involving the basic operations of addition, subtraction, multiplication and division. He obtained a Numerical Operations standard score of 77, which is at the 6th percentile compared to his age peers and in the borderline range. On the computation subtest he made careless errors when adding and subtracting multi-digits with regrouping. He was able to divide using a single digit divisor with regrouping and multiply multi-digit and single digit numbers. He could not subtract simple fractions with different denominators, but was able to multiply simple fractions. He was unable to calculate with exponents, calculate square roots, add negative integers, and subtract decimals with regrouping.

The Math Reasoning subtest presents the examinee with a series of problems with both verbal and visual prompts that assess the ability to reason mathematically. Angelo's Math Reasoning is in the borderline range with a standard score of 70 and reflects math reasoning skills at the 2nd percentile. On this subtest he was able to use grids and graphs to make comparisons and draw conclusions; use patterns to solve problems; create and solve addition problems using money; and use geometric and spatial reasoning to solve problems. He was inconsistent in his attempts to create and solve division and multiplication problems using whole numbers. He was unable to use non-standard and standard units to measure; use quantities less than a whole; use patterns to solve problems; and tell time and use time to compare and order events.

Written Language:
The Composite Written Language score provides a measure of an individual's spelling and written expression skills. The Written Language Composite is assessed through the alphabet principle, written spelling of regular and irregular words, and descriptive writing

Gregory, Angelo - Psycho-. ational Evaluation Report

and narrative writing. Angelo obtained a Written Language Composite standard score of 97, which is in the average range and at the 42nd percentile when compared to his age peers. The Spelling subtest assesses the examinee's ability to spell dictated letters, letter blends and words. He obtained a spelling standard score if 96 which is in the average range and at the 39th percentile. The Written Expression subtest assesses the writing process at the subword, word, sentence and text level. Dependent upon the grade level of the examinee five sections (alphabet writing, word fluency, Sentences, Paragraph and Essay) are included. Angelo demonstrates average Written Expression skills with a standard score of 100, which is at the 50th percentile.

SUMMARY:
As indicated on the WIAT-II Angelo is average in reading recognition skills and written expression. He demonstrated weaknesses in mathematics and reading comprehension. Thus, he continues to require academic remediation.


Toni Atkinson-Williams, M.Ed., NCSP