# EXHIBIT 20

Case 1:06-cv-00563-HHK   Document 1-21   Filed 03/24/2006   Page 1 of 3



Government of the District of Columbia
Department of Human Services
Income Maintenance Administration

| For DHS Use Only |
| --- |
| Worker: _____ |
| Case #: _____ |
| MRT Doctor Reviewer: _____ |

## MEDICAL EXAMINATION REPORT

**To be completed by the customer/patient:**

Customer/Patient Name: Angelo Rugony   Date of Birth: 11/4/65   SSN: 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
Address: 1358 Spring Rd NW WDC 20010   Phone: (202) 726-4628
Alternative Contact (Optional): Trudy Gregory
Address: 1201 Clifton St NW   Phone: (202) 546 5588

I authorize my alternative contact to provide information about me to representatives of the Income Maintenance Administration.

Signed: _____ (Customer/Patient)

**To be completed by the medical professional:**

Physician's Name: Ricardo Galbis MD   Address: 1400 Decatur St NW DC 20011
Agency: Andromeda Transcultural Health   Phone: (202) 291 4707

The information provided in this form will be used to determine eligibility for benefits requiring a finding of disability under the Social Security disability criteria. Please focus your responses on the patient's ability to perform work functions.

**Physical Examination Report**

Date of exam: 03/15/05   Height: 5'8"   Weight: 197 pounds

**Medical Conditions, Clinical Manifestations, and Diagnosis:**
(Please include ICD-9 Codes or DSM-IV Codes and avoid abbreviations as much as possible):

296 & 304.80
Major depression & substance dependence
Both in treatment, patient compliant to treatment.

**Describe Objective Findings, Clinical Findings and your treatment recommendations:**
(Especially since we do not see the individual, we need your observations. Please include all of the patient's positive test results and signs found during examination.):

Mini mental examination with total score of 24, mental exam: poor judgement & reasoning, dysthymic mood, sad facial expression, content of thought relevant, speech is concrete, low & poor insight, poor appetite, trouble falling asleep & self depreciation & worthlessness in his thought content.

(over)

| Functional Limitations | Degree of Limitation | | | | |
|---|---|---|---|---|---|
| | None | Mild | Moderate | Marked | Extreme |
| Restrictions of Activities of Daily Living | ☐ | ☒ | ☐ | ☐ | ☐ |
| Difficulties in maintaining Social Functioning | ☐ | ☐ | ☐ | ☒ | ☐ |
| Difficulties in maintaining Concentration, Persistence, and/or Pace | ☐ | ☐ | ☐ | ☒ | ☐ |
| Repeated episodes of decompensation in work or work like settings, each of an extended duration | ☐ | ☐ | ☒ | ☐ | ☐ |

| Physical Capacities | Less than 2 hours | At least 2 hours | About 6 hours |
|---|---|---|---|
| Sit | | X | |
| Stand | X | | |
| Walk | X | | |

Check the heaviest weight the patient can lift/carry:
☐ Less than 10 lbs   ☐ 10 lbs   ☐ 20 lbs   ☐ 25 lbs   ☐ 50 lbs   ☒ 100 lbs   ☐ more than 100 lbs

Check the weight the patient can lift/carry frequently:
☐ 10 lbs   ☐ 25 lbs   ☒ 50 lbs   ☐ more than 50 lbs

Evaluation: Based upon your evaluation, has your patient's medical condition lasted, or can it be expected to last, at least 12 months? Yes ☒  No ☐
Is the patient's medical condition expected to result in death? Yes ☐  No ☒
Does the patient's medical condition prevent him/her from working? Yes ☒  No ☐
If yes, please give the duration: Day _18_ Month _3_ Year _05_ to Day _18_ Month _3_ Year _06_

Remarks: (Please provide any additional information clarifying how the patient's condition limits his or her ability to work. If possible, include a description of any restrictions in Activities of Daily Living, and/or Social Functioning, and/or Concentration, Persistence, and/or Pace due to the patient's condition):

Pte Has MAJOR Depression with a poor self-steem with self Deprecration & worthlessness. He also has a deficit of attention & a lot of problems in concentration all this prevent him of doing or keeping a Job.

Please attach records or other additional medical or mental health evidence.

_____        Ricardo Galbis M.D.  03/18/2005
Signature of Medical Provider            Printed Name of Medical Provider     Date

(proposed rev. 08/04)