# EXHIBIT 21

ALBERTA M. VALLIS, M.D., P.C.
1846 PARK ROAD, NORTHWEST
WASHINGTON, D.C. 20010

(202) 234-5713

## Psychiatric Evaluation

Name of Child:  **Angelo Gregory Rivas**

Date of Birth:  **11-4-85**

Name of Evaluator:  **Alberta M. Vallis, M.D.**

Date of Evaluation:  **5-11-01**

---

### Reason for Evaluation:

To assess Angelo's emotional status and help make treatment plans for him. Angelo is a behavior problem at school. He has been suspended 3 times.

### Brief Social History:

Angelo gave the following history about himself. He said he was born in Washington, D.C. He is one of 3 children. He has a 13 year old sister and a 17 year old brother. Angelo lives at home with his mother and sister. His brother lives with the maternal grandmother. His father is deceased. Angelo was 10 years old when his father died. Angelo described his father as, "my best friend." He described his mother a 35 year old person who is a good parent but just does not understand him. Angelo said his father was Hispanic, but he does not know any Spanish.

Angelo said that he goes to The New Vista Prep Charter School on Peabody Street in N.W. Washington, D.C. (in the Rebault School building). He said he likes the school but the "behavior" is bad, i.e. "they sell drugs and fight." He would like to attend another school. Angelo said he often does not want to go to school because of the confusion there. He said his sister goes there and she likes it. She is getting all A's while Angelo is getting all F's.

Angelo said he wants to finish school. He thinks he would like to be a lawyer. Currently Angelo is on suspension from school. He said he works every Saturday at St. Stevens Church in D.C.

## MENTAL STATUS EXAMINATION

**1. APPEARANCE AND BEHAVIOR:** (grooming, posture, eye contact, physical characteristics, facial expression, motor activity)

    Angelo is a large teenager. He weighs 183 pounds. He is 5'7" tall. He made good eye contact and showed a slight skewed deviation of the eyes. He wears glasses. He was appropriately dressed and groomed. He was not motoric.

**2. SPEECH:** (pitch, volume, clarity, rate, abnormalities, specific aphasia)

    Angelo showed a good pitch, volume and rate of speech. He showed some weakness in syntax and needed questions repeated often, exhibiting weakness in Receptive Language skills.

**3. EMOTION:** (mood, predominant affect, lability, appropriateness)

    Labile.

**4. THOUGHT PROCESS:** (rate/flow of ideas, associations)

    In tact, but sluggish with ease of confusion and anger especially if he does not understand other people's motives or meaning.

**5. THOUGHT CONTENT:** (delusions, ideas of reference, obsessional thinking, phobias, suicidal/homicidal ideation)

    None of the symptoms listed were observed. He talked of his family, school and a desire to have fun with his girlfriend. He denied suicidal or homicidal ideas.

**6. PERCEPTION:** (illusions, hallucinations, circumstances, content)

    No psychosis was presented. Angelo is a left handed teenager and showed weak visual motor perceptual skills. He does not perceive his role as a teenager well. He has poor spatial judgment.

2

**7. SENSORIAL & INTELLECTUAL FUNCTIONS:** (orientation x's three concentration, memory, fund of knowledge, judgment/insight, abstractions/proverbs/similarities)

He was oriented to all 3 spheres. He concentrated well one to one. He showed a limited fund of knowledge with poor judgment. He lacks good insight into his problems. He is very concrete and is easily angered.

**8. FANTASY ORGANIZATION:** (three wishes, baby bird story, desert island story, draw a person)

Angelo's 3 wishes were: 1. for his father to be alive; 2. to go to heaven when he dies; 3. to change the world to a better place. He would take his girlfriend to the deserted island and start a family.

**DIAGNOSIS:**

| | |
|---|---|
| Axis I: | – 312.9 – Disruptive Behavior Disorder |
| | – 315.31 – Receptive Language Disorder |
| Axis II: | V71.09 |
| Axis III: | Meds. for Allergies; Glasses |
| Axis IV: | Stressors– Educational environment; Support System (father died of AIDS) |
| Axis V: | GAF 40; suspended often |

**MEDICATION PRESCRIBED:**

None

**TREATMENT RECOMMENDATIONS:** (include patient preferences and hours of availability)

1. Enroll in a Special Ed. School to meet his emotional needs
2. Weekly individual therapy
3. Anger Management
4. Understanding of family dynamics and teenage needs

3

## SUMMARY:

Angelo is a large 15.6 year old adolescent who has been showing emotional and academic problems since he was in 5th grade. He has never been in Special Ed. classes nor has he ever been in therapy for his explosive and disruptive behavior.

Angelo talked positively about his future. He wants to go to a good school in Maryland and become a lawyer.

Angelo is an AT RISK adolescent due to his temper and inability to separate from "negative" peers. He, however, has several strengths. He is a strong Right Brain synthetic person with creative skills. He needs a school that would promote his talents. He is concrete and often misinterprets what others mean.

*Alberton. Vallis, M.D.*

Alberta M. Vallis, M.D.
Child Psychiatrist

4