# EXHIBIT 22



**Mildred J. Brown, Ph.D.**
**Educational Consultant**
**2443 Good Hope Road, SE**
**Washington, DC, 20020**

**Socio-Cultural Report**

| | |
|---|---|
| **Name of Student:** | **Angelo Maurice Gregory-Rivas** |
| **DOB:** | **11-4-85** |
| **Address:** | **1358 Spring Road N. W.** |
| **Telephone:** | **(202) 726-4628 Home** |
| **School:** | **Lincoln M. S.** |
| **Grade:** | **Eight (8)** |
| **Date of Interview:** | **09-25-2000** |
| **Informant:** | **Ms. Cheryl L. Gregory-Rivas, Mother** |
| **Date of Report:** | **10-20-00** |

**Reason for Referral:**

**Angelo Maurice Gregory- Rivas is an adolescent of 14 years, 10 months of age. He is a student who is presently experiencing educational difficulties in Lincoln M. S., a school in the District of Columbia Public School System. According to his mother, Ms. Rivas, Angelo has never been evaluated for special education services. Ms. Rivas stated that when Angelo began to fail in school, she requested the school to evaluate him to determine if he needed special services. When the District of Columbia Public School System failed to evaluate Angelo, she sought assistance from the Law Office of Attorney Donovan W. Anderson who referred the student for the evaluation. This report is a part of the evaluation and will be used to assist in determining the educational programming and subsequent appropriate placement for the student.**

SENT BY:                          4-16-1 ; 0:23PM ;                    7                    202 265 8084;# 4/28

2

Background Information:

Angelo Rivas is a native Washingtonian of African-Hispanic heritage. His mother, Ms. Cheryl Gregory Rivas, is African-American and his biological father, Mr. Adilio Rivas, an Hispanic who was born and reared in El Salvador, Central America. Ms. Gregory is a product of the District of Columbia Public Schools. She did not complete high school, dropping out of Wilson S.H.S. in the eleventh grade. Ms. Rivas explained that she was not successful in school and experienced learning difficulties but, never received the help that she needed. Angelo's father, Mr. Adilio Rivas was able to receive only 6 years of schooling in El Salvador due to the necessity of helping the family on the farm. However, he studied here in this country and received his American citizenship in 1994. Ms. Cheryl Rivas met and married Mr. Adilio Rivas at the age of 18 years. At the time, she was pregnant with her son Johnny Matthew Williams. Johnny was born when Ms Rivas was approximately 18 years of age. It was at this time that Ms. Rivas dropped out of school. Her mother, Ms Trudy M. Gregory, cared for Johnny who is now 17 years of age and still residing with his maternal grandmother and attending high School in the D.C. Public Schools. Johnny's father, Mr. Johnny Matthew Williams, an African- American, has not been in his son's life due to earlier serious crimes involving the Justice System and requiring a long period of incarceration. Ms. Rivas severed all relationship with Mr. Williams, after which she met and married Adilio Rivas while pregnant with Johnny. Today, Johnny is in a positive relationship with his half-brother, Angelo. They are very close and get along well together.

Mr. Adilio Rivas, who was 46 years of age at the time of his death in 1996 was born in La Union, El Salvador. He comes from a large family. His father, Reno Rivas, 70, and mother, Ms. Tima Garcia presently reside in the state of Florida with the eldest son Reno Rivas, 55. Other brother Mario Rivas and sister, Marian Rivas also reside in Florida. One sister, Reina Aguilar, is married and lives in the state of Maryland. Mr. Adilio Rivas, father of Angelo died of complications arising from HIV infection. At that time, Angelo was approximately 9 years of age. Mr. Adilio Rivas had been abusive to the family, often in the presence of the children. The mother reports that these incidents were traumatic for Angelo who reacted to them, emotionally. Mr. Rivas was a man who was not stable for the family. Often, he did not return home and caused the family much distress. When he was

3

confronted about his absences, infidelities, gambling, alcoholism, and other indiscretions, the discussions ended in physical attacks on the mother who also indulged in alcohol, often resulting in her flight from the home, to leave with the children from the home of her husband, to her mother. The family was severely affected by this dysfunction, especially, Angelo. Mr. and Ms. Rivas separated of when Angelo Maurice Rivas was about 6 years of age. Ms. Rivas believes this to be a major part of Angelo's emotional issues. Although Mr. Rivas had been cruel to Ms. Rivas, when he became ill, he confided in her and asked for her help. Ms. Rivas returned to his home and cared for him until his death in 1996. During this time, the violence continued. Ms. Rivas left the home and returned many times during Mr. Rivas' illness. According to his mother, Angelo was approximately 9-11 years of age at the time of his father's illness and death and is thought to be severely affected by these events.

Ms. Cheryl Louise Gregory Rivas, biological mother of Angelo Rives is African-American who was born and reared in Washington, District of Columbia. Her parents, Ms. Trudy Gregory, Caucasian and father, Joseph Lewis Gregory, African-American were born in Virginia and Washington, D. C. respectively. Both parents presently reside in Washington, D.C. Mr. Gregory is gainfully employed and Ms. Gregory is a homemaker. The parents enjoy good health. Of this union, 6 offspring were born. Jo Ann, Theresa, Robert Gregory, Cheryl, and Joseph Gregory Jr. all reside in D.C. A sister, Martina Gregory Arias is married and lives in the area. Ms. Lillian Heisman and Mr. Russel Heisman, maternal grandparents of Ms. Rivas are decendant from a large family of educated members. Mr. Heisman was a World War II veteran and farmed for a living. Ms. Heisman was a homemaker. The Heismans are the parents of Ms. Trudy Gregory. Mr Robert Heisman, is presently on probation for a serious crime committed in the Washington Metropolitan Area. Ms. Rivas stated that he was working as an automobile mechanic and was doing well , however, his probation has been revoked following another law-breaking event.

Angelo's maternal great-grandparents are members of a long line of successful family. The remaining Heisman family members are educated people who are presently engaged in constructive and professional endeavors. The great uncles, Rusty and Ike Heisman still reside in West Virginia and are proprietors in the construction and automobile repair businesses. The Aunts, Beatrice, Stacy, and Penny Heisman live in Arlington, Va., South Carolina, and Winchester, Va. Respectively.

4

Angelo Rivas' paternal grandfather, Mr. Joseph L. Gregory's and grandmother Ms. Trudy Martina Gregory's offspring, Robert Gregory and Eugene Gregory are gainfully employed in the Washington Metropolitan Area. Ms Ernestine Gregory is now deceased.

Ms. Ada Gregory, paternal grandmother is currently residing in a nursing home in Washington, D.C. The grandchildren are in contact with several of the family and spend time together during the holidays and special occasions.

## Family Data:

Angelo Gregory-Rivas, an adolescent of 14years, 10 months of age, presently resides with his family in a house in the Northwest Quadrant of the city of Washington, District of Columbia. His immediate family consists of his mother, Ms. Cheryl Gregory Rivas, younger sister, Anita Gregory-Rivas, and a friend, Ms. Rosie McGriff, who is retired due to a disability. Ms. Rivas reports that the family is comfortable. The family subsists on the Social Security, both from her own and that provided for by Mr. Rivas. The children have their own private space and are provided for adequately. The home was reported to be relatively peaceful and tranquil. However, the fights between the siblings seem to have increased beyond what is thought to be normal rivalry. Angelo is becoming harder to manage. The fighting between the siblings have reached such an intensity that it was necessary to have police intervention. Additionally, his mother reports that he is beginning to engage in behavior injurious to his health and possible leading down a pathway to undesirable activities. Ms. Rivas has one serious complication which is being shared by the family which is her health. She is aware that she is HIV infected and is receiving treatment. The children are aware of this situation, but do not speak of it to their mother. Ms. Rivas explained that when Mr. Rivas informed her of his illness, it was already too late, as she had already contacted the virus. She believes this to be a source of anxiety to which her children are reacting. Additionally, the school is complaining of Angelo's behavior in school. He has been excluded due to questions related to his behavior toward females in school. Counseling has been suggested to assist him in dealing with his emotional issues.

5

**Developmental History:**

Angelo Rivas was the product of a full term, uncomplicated pregnancy. He was not a planned baby. The teen-aged mother stated that she had the help of her mother with the baby. Angelo was a healthy, happy baby who slept most of the time. The mother denied the use of alcohol, drugs, or nicotine during the gestation period. There were no significant problems with the birth of the child. Anthony weighed 7lbs., 15 Ozs. at birth. He was a beautiful normal baby with uncomplicated eating and sleeping habits. He began to crawl at about 7 months, walked at 12 months, toilet trained at about 12 months, and talked at 1 year of age. His mother reports that there was one accident in the early years. When Angelo was 3 years of age, he and 12 other youngsters were being watched by his Ms. Rivas, Angelo set the house on fire. He and the other children were saved by Adilio Rivas. Angelo sustained third degree burns on his face legs and arms requiring intensive care in the burns unit of the hospital. He was hospitalized for 2-3 months. The burns have healed with no scarring. There have been no other serious injuries or illnesses. Angelo enjoys excellent health, presently.

**SCHOOL HISTORY:**

Angelo began his formal schooling at four years of age in Headstart at Garrison Elementary School. He rose to kindergarten and continued at Garrison to the first grade. He began the first grade at Brightwood E. S. During the first grade, his family moved and continued his enrollment in the first grade at Peabody E. S. Because of the trauma in the family, the Ms. Rivas moved back with her mother, Ms. Gregory and re-entered Angelo in Garrison E.S., where he completed the 3rd and part of the 4th grades. During the 4th grade year, another move of the family resulted in a change of schools to Ross Elementary School through grade 5. Angelo rose to grade 6 and was sent to Lincoln M. S. through grade 7 and 8. His first failure was realized at Lincoln M. S. in 1999. Although, Angelo was moved from school to school in the formative years, he was able to perform in his classes so that he was promoted each year of his early school years. He has begun to fail in his classes. His mother reports that he seems to have lost some of his interest in school. She believes that he is having emotional problems that are impacting on his ability to succeed in school.

6

**Summary:**

Angelo Maurice Gregory-Rivas is a young adolescent of 14 years, 10 months of age. His academic deficits surfaced in the 8th grade, according to his mother, Ms. Rivas. Angelo has had a series of traumas in his life due to dysfunction in the family. He has been subjected to several interruptions to his educational process due to these issues. Additionally, his mother reports that the illness and death of his father, Mr. Adilio Rivas has had a detrimental effect on his well-being. Complicating this is the present serious illness of the mother, Ms. Rivas who is being treated for HIV infection. Angelo's academic failure and unacceptable behaviors reached a level that Ms. Rivas requested the District of Columbia Public School System to evaluate Angelo and determine if he has serious learning or emotional problems. When this request was not forthcoming, she requested the services of the Law Office of James E. Brown to assist her securing a comprehensive evaluation and an appropriate educational program for Angelo. This evaluation is a part of this requested evaluation and will be used to assist in the ultimate educational program and appropriate placement for Angelo Gregory-Rivas.

Report Prepared By:

*Mildred J. Brown*

Mildred J. Brown, Ph.D.

Date of Report:

10-20-00