# EXHIBIT 23

# CAMILLE M. HARRIS

## EDUCATIONAL CONSULTANT

1550 Hamlin Street N.E.
Washington, DC 20017
202-635-4714

---

## PSYCHO-EDUCATIONAL EVALUATION

NAME:               Angelo Rivas-Gregory
DATE OF BIRTH:      11-4-85
DATES OF TESTING:   9-17 & 9-30-00
SCHOOL:             New Vista Preparatory Charter School
GRADE:              8th
TESTING AGE:        14-10

### REFERRAL INFORMATION:

Angelo was referred by Attorney Brown due to reported academic concerns. The purpose of this evaluation is to assist in gathering information necessary for determining present educational needs and plan for an appropriate educational program.

Angelo resides with his mother, Ms. Cheryl Rivas-Gregory, and his younger sister, Anita Rivas-Gregory. According to information provided by mother, she had an uneventful pregnancy and delivery with Angelo, and no difficulties in areas of eating, sleeping, sitting, walking, or talking, were present. His medical history is positive for eye problems, frequent colds, allergies, and a dietary problem. Angelo suffered burns from a fire at the age of three, and was hospitalized for three months. An additional trauma in his life was the death of his father. Ms. Rivas-Gregory describes her son as having a nice personality sometimes, and one who enjoys and excels at basketball. He is also described as artistic, outgoing, and musical. Mother also reveals that Angelo sometimes has an attitude problem, lacks self-control, and can be uncooperative.

### EVALUATION TESTS & TECHNIQUES:

Wechsler Intelligence Scale for Children-Third Edition (WISC-III)
Bender Gestalt Test (Bender)
Bender Test of Recall (Bender)
Wechsler Individual Achievement Test (WIAT)
Trail-Making Test (Trails)
Children's Category Test (CCT)
Child Behavior Checklist (Achenbach)
Youth Self-Report (Achenbach)
Parent Questionnaire & Interview

### BEHAVIORAL OBSERVATIONS:

Angelo was a pleasant and friendly boy who nonetheless had difficulty at the onset accepting the structure and parameters of the testing. Angelo asked numerous questions about the purpose of the testing, what the testing would entail, how the testing would impact his grades, and whether the testing involved some type of "competition." Despite the examiner's prior and continual attempts to explain this in detail, he seemed to maintain a sense of suspicion, anxiety, and defensiveness. Angelo was not hostile or defiant, but his level of anxiety about the testing was initially acute. He went to great lengths to explain to this examiner

that he was not "dumb," was perfectly capable of doing his work in school when he wanted (he felt the choice was his and no one else's), and did not need any help with his school work. Once Angelo became comfortable with this examiner, he exhibited good effort on most test items. He required a moderate degree of redirection and prodding to persist on items of difficulty.

Angelo demonstrated significant signs of difficulty sustaining his attention throughout the two session testing. He asked for numerous repetition of directions that did not seem related to a language processing problem but rather to his lack of concentration, and he had some difficulty following directions. An additional indicator of attentional problems was the high level of internal scatter within single tasks.

Angelo responded readily when asked about his school experience. He indicated that all his subjects are easy, especially English, while he is somewhat weak in Computer Technology.

**TEST RESULTS & DISCUSSION:**

(please refer to appendix for complete listing of WISC-III test scores)

The WISC-III was administered to Angelo in order to obtain an estimate of his current intellectual abilities. This test is a nationally normed intelligence test for children Angelo's age and is used to estimate a child's potential level of academic functioning. The test is made up of Verbal and Performance sections. The Verbal section or Verbal Scale IQ measures language and verbal skills, whereas the Performance section or Performance Scale IQ measures non-verbal problem-solving and perceptual motor skills. Added together, these Verbal and Performance Scales result in an overall quotient of intelligence. In general, subtests on the Verbal Scale reflect more overlearned or stable knowledge than Performance subtests. Generally speaking, Performance Scale subtests measure new problem solving skills which do not require a verbal response, and a student's score often reflects both speed of performance as well as the ability to complete the task. The Full Scale IQ and the Verbal and Performance IQs all have an average or mean score of 100 and a standard deviation of 15. This means that 68% of the standardization sample scored between 85 and 115, 95% between 70 and 130, and 98% between 55 and 145. The Verbal section is made up of six subtests (one supplementary subtest), and the Performance section is made up of seven subtests (two supplementary subtests). Angelo was given all six subtests from the Verbal Scale, and six of the seven subtests from the Performance Scale. The subtest scores have an average of 10 and a standard deviation of 3.

On the WISC-III Angelo obtained a Verbal Scale IQ of 84, a Performance Scale IQ of 81, and a Full Scale IQ of 81. Angelo's overall intellectual ability, as well as his ability to think with words (verbal) and his ability to reason without the use of words (performance) are comparable, falling in the "low average" range of ability. Index scores, which represent scores based on factor analysis and help identify areas of processing strength and weakness, yield similar findings. Thus, Angelo's Verbal Comprehension Index score of 83 and his Perceptual Organization Index score of 85, both fall in the "low average" range consistent with his "low average" scores on the Verbal Scale and the Performance Scale, respectively. Angelo's ability to sustain attention and concentrate is higher, in the "average" range. He performed better than approximately 32% of his age-mates in this area (Freedom from Distractibility Index = 93; 90% confidence interval = 86-102). Angelo's ability in processing simple or routine visual material without making errors is "low average." He performed better than approximately 9% of his age-mates on the processing speed tasks (Processing Speed Index = 80; 90% confidence interval = 75-91).

Analysis of specific strength and weakness across subtests indicates that Angelo's profile of specific abilities is evenly developed. Thus, no relative strengths or weaknesses are present, with Angelo's skills showing little scatter of ability. On the Verbal Scale, Angelo scored in the "average" range on the Arithmetic subtest, a measure in which he used mental computation to solve word problems given orally by the examiner. Although he seemed to be paying attention, Angelo had difficulty remembering the numbers given in the problem. His short-term rote auditory memory seemed weak. This same problem caused him to score at the lowest end of the "average" range on the Digit Span subtest, a supplemental measure in which he repeated a series of numbers both forward and backward. Angelo also scored at the lowest end of the "average" range on the Similarities subtest, a measure of verbal reasoning in which he had to explain

how two words were alike or the same. There was an uneven pattern with Angelo missing items he was expected to know and then succeeding with more difficult items. On the Vocabulary subtest, another measure of expressive language similar to Similarities, Angelo earned a score in the "borderline" or poor range. On the Comprehension subtest, his score was "low average" on this measure of his ability to use practical judgement to solve social situations. Again, Angelo exhibited an uneven pattern of responses, with some easier items failed and more difficult items passed. Often, Angelo's responses lacked detail, resulting in his earning a one point score instead of the maximum two points. Angelo had difficulty with elaboration when asked by the examiner to explain himself further, and he also asked for numerous repetition of questions. On the Information subtest, a measure of his fund of general knowledge, Angelo earned a "low average" score as well. His pattern of correct responses also showed an uneven pattern of correct responses.

Within the Performance Scale, Angelo's scores fell primarily in the "low average" range. On measures of ability to perform the non-verbal reasoning needed for visual motor construction tasks on the Block Design and Object Assembly subtests, Angelo scored in the "average" to "low average" range. Angelo's higher ability on the Block Design subtest suggests that his ability in this area is stronger when he is required to analyze and synthesize "abstract" information, than when he is asked to assemble puzzles of "familiar" objects as on the Object Assembly subtest. Angelo's scores on two subtests that required attention to visual detail were consistent. He scored in the "low average" range on the Picture Arrangement subtest which required him to sequence pictures so that they tell a logical story, and on the Picture Completion subtest in which he was expected to identify essential missing details in pictures. Angelo's "low average" scores on the Coding subtest and on the Symbol Search subtest combine to indicate a weakness in his psychomotor speed and accuracy, and visual scanning.

On the WIAT, a comprehensive test of academic achievement, Angelo obtained a total standard score of 94, placing his overall achievement in the "average" range. When compared to his overall Full Scale IQ score of 81 on the test of ability, no significant discrepancy exists between overall ability and achievement. An analysis of ability and achievement discrepancy using his Full Scale IQ of 81 as the ability measure indicates the following information. On tasks involving Oral Expression, Angelo achieved a much higher score (actual score = 122, "superior") than expected (predicted score = 92, "average"). This significant difference is highly unusual and indicates a specific strength in tasks that required him to describe scenes, give directions, and explain steps.

Angelo also achieved better than anticipated in Writing. His Writing Composite score of 111 ("high average") is much higher than anticipated for a student with his general intellectual ability (predicted score = 90, "average"). This highly unusual and significant difference suggests that this is an area of considerable strength for Angelo. Angelo performed particularly well on tasks that required him to compose and write a clearly organized and complete letter as well as on tasks that assessed his ability to correctly spell verbally presented words. Again, Angelo achieved a much higher score on the Written Expression subtest (actual score = 114, "high average") than expected, based on his predicted score of 91 ("average"). Similarly, he obtained a higher score on the Spelling subtest (actual score = 107, "average") than anticipated (predicted score = 90, "average"). These significant differences are highly unusual and indicate his specific strengths in these skill areas. Angelo's strength in Oral Expression combined with his lowered performance on the WISC-III verbal subtests (Verbal Scale IQ = 84, "low average") indicates that he can communicate basic information well but not information that involves higher order verbal reasoning.

Angelo performed in the "low average" range in overall reading skills, as indicated by his standard score of 87 on the Reading Composite. He performed comparably on tasks that required him to correctly read a series of printed words (Basic Reading score = 89) and to read paragraphs and answer questions (Reading Comprehension score = 88).

In overall mathematics skills, Angelo performed in the "low average" range as indicated by his Math Composite score of 81. His achievement is better than that of only approximately 10% of students his age. Angelo's performance on tasks that required him to understand number and consumer math concepts, geometric measurement, basic graph usage, and single-step and multi-step word problems (Math Reasoning standard score = 79) is comparable to his performance on tasks that required him to add, subtract, multiply,

and divide numbers up to three digits, fractions, and decimals, and solve simple linear operations (Numerical Operations standard score = 91).

Angelo presents a diverse set of skills on different aspects of language. As mentioned earlier, he performed much better than expected on tasks that required him to describe scenes and give directions (Oral Expression = 122). However, his score on this aspect of language was significantly better than on tasks that required him to answer questions pertaining to orally presented passages (Listening Comprehension standard score = 81, "low average"). Thus, Angelo's standard score of 107 on the Language Composite may not be the most accurate in which to summarize his language skills. His Listening Comprehension subtest score is higher than only approximately 10% of his peers, placing these skills in the "low average" range as compared to his "above average" performance on the Oral Expression subtest and exceeding those of approximately 93% of students his age.

In summation, the WIAT Oral Expression and Written Expression are areas of relative strength for Angelo. His scores on these subtests are significantly greater than his mean or average WIAT score. His skills in these areas are also considered strengths in relation to those of other students his age. Angelo performed better than approximately 93% and 82% of his peers on these two subtests, respectively. Math reasoning is a relative weakness for Angelo, as his score is significantly less than his mean or average score for all WIAT subtests. He performed better than only approximately 8% of his peers on this subtest, and he would be expected to have difficulty keeping up with his schoolmates in this area.

Angelo's Bender results indicated that he has no significant problems in the area of visual motor integration. The Bender is a paper and pencil test in which Angelo was asked to copy geometric like designs. The test measures perceptual organization or how well one perceives or mentally grasps concepts and presents them in an orderly way, and perceptual motor coordination or how well one perceives or mentally grasps concepts and performs a manual task based on their perception. Angelo executed the nine individually administered designs without error, and his performance was above that of what would be expected based on his "low average" perceptual organization on the WISC-III. However, when his Bender performance is compared to his score on the Block Design subtest of the WISC-III Performance Scale, which is the only subtest on the Perceptual Organization Index that contains abstract or symbolic information, the results can be considered to be commensurate. Angelo's total recall of eight of the nine designs and his precise recall of seven of the nine designs, represents "average" short term visual memory.

Angelo was given the Children's Category Test (CCT), which is designed to assess non-verbal learning, memory, concept formation, and problem-solving ability. His task on this untimed measure was to identify the idea or principle within each subtest and apply it to succeeding items (the principle is the same within each subtest but usually varies across subtests). Angelo was given immediate feedback as to the correctness of each response but no further assistance was provided. The last subtest required him to remember and apply principles from the previous subtests. With a mean or average of 50 and a standard deviation of 10, Angelo's standard T-score of 60 and percentile rank of 84 placed him at an "above average" level of performance. This result reflected a significantly better performance than would be expected on the basis of his ability scores on the WISC-III.

Angelo's scores on the Trails test, a measure of visual scanning and set shifting, were not indicative of any significant problems in this area. This suggests that his flexibility of learning (ability to make alternating conceptual shifts efficiently) is intact, and consistent with his performance on the CCT.

Angelo and his mother were asked to complete the Achenbach behavior checklists in an effort to help ascertain his levels of behavior in attention, thought problems, anxiety/depression, aggressive behavior, social problems, delinquent behavior, and somatic complaints (efforts to obtain information from teacher checklists were unsuccessful). T-scores of 60 and above are considered to be in the clinical or problem range for behavior. The Externalizing Composite consists of the Aggressive Behavior and Delinquent Behavior Scales, and is commonly referred to as "undercontrolled" behavior, while the Internalizing Composite consists of the Withdrawn, Somatic Complaints, and Anxious/Depressed Scales, and is commonly referred to as "overcontrolled" behavior. Angelo completed the Youth Self-Report while Ms. Rivas-Gregory completed the Child Behavior Checklist. Results are as follows:

5

| RATER | COMPOSITE & SCALE | RESULT |
|---|---|---|
| Angelo | Internalizing = 67 | significant |
| | Scales: Withdrawn | significant |
| | Somatic Complaints | borderline significant |
| | Externalizing = 70 | significant |
| | Scales: Delinquent Behavior | significant |
| Ms. C. Rivas-Gregory | Internalizing = 68 | significant |
| | Scales: Withdrawn | significant |
| | Externalizing = 69 | significant |
| | Scales: Aggressive Behavior | significant |

These scores indicate that both Angelo and his mother report difficulties in areas of withdrawn behavior (keeping things to himself, shy or timid, preferring to be alone). It is noteworthy that Angelo revealed his desire to be alone and listen to music and have peace and quiet both through his writing sample and through interview. Angelo reports concerns in his eating too much, feeling overtired, having headaches, problems with blurry vision, and feeling physically sick (somatic complaints), and his lack of guilt feelings following something he has done that he should not have done, hanging around kids who get in trouble, cutting classes or skipping school, and using alcohol (delinquent behavior). Angelo's mother reports her concerns about Angelo in such things as his screaming a lot, showing off or clowning, having a hot temper, and demanding a lot of attention (aggressive behavior). Both Angelo and his mother report borderline concerns in the area of thought problems (difficulty keeping his mind off certain thoughts, repeating certain acts over and over, doing things other people think are strange such as punching walls and fighting indiscriminately).

## SUMMARY, & RECOMMENDATIONS:

Angelo is a friendly and likeable boy whose current evaluation indicates evenly developed overall ability and overall achievement. Analysis of scores and behavioral observations are not indicative of a specific learning disability but there are significant indicators consistent with a finding of attentional deficit disorder. The pattern of uneven development within individual tasks, along with his difficulty following directions, difficulty on a measure of listening comprehension, and his wavering concentration and persistence, combine to suggest such an attentional disorder. The pattern of uneven development also suggests that there are gaps in Angelo's knowledge base that may be directly related to his school experience.

Given Angelo's rather flat profile of abilities, it is noteworthy that he has relative strengths in achievement areas of written expression and oral expression. Angelo is achieving better than expected based on his tested ability in these areas which is an asset for him, and should be utilized to help him in his academic program. Angelo can communicate basic information very well but struggles with higher order more complex verbal reasoning. Math reasoning is a relative weakness for him, and he will need specialized programming to assist him in keeping up with his classmates in this area.

There are significant concerns in the area of emotional and behavioral functioning that warrant a more extensive consultation. Results from the behavioral checklists and observations from this assessment suggest that Angelo is experiencing some anxious, social-behavioral, and possibly depressive symptomatology. A medical consultation to rule out possible medically related concerns may also be warranted given the number of somatic complaints reported by Angelo.

Angelo's profile clearly places him at academic risk. Specifically, his difficulties in the area of attention and behavior suggest that he is at continued risk for inattentiveness and distractibility in an academic environment. He is at risk for working less systematically than his peers, and for having trouble maintaining a consistent level of performance. These difficulties will probably become especially apparent as he transitions to higher grades which bring along increasing organizational demands and expectations for independent work. It should be noted that some of Angelo's academic difficulties may be due to his own

resistance in doing what is expected of him, suggesting that he may require some individual counseling to help him with making appropriate choices.

Based on these findings and impressions the following recommendations are offered:

1. It is recommended that consideration be given to coding Angelo for services under the category of Other Health Impaired, or at minimum providing a 504 plan for accommodations, if he receives a diagnosis of Attention Deficit Disorder. Given the gaps in his knowledge, and the relative weakness in math reasoning and lackluster reading achievement, Angelo will benefit the most from special education programming to help him achieve optimum academic success.
2. In school, because of his relative difficulty with higher order verbal reasoning, Angelo will require specific help. Angelo will need direct assistance with associative thinking and understanding abstract verbal concepts.
3. Angelo should benefit from clear and consistent rules regarding academic and behavioral expectations. These rules will need to be reinforced through ongoing monitoring, and the provision of concrete and salient consequences.
4. Angelo's attentional difficulties will require adult-provided structure, direction, and supervision. He will need intermittent yet discrete prompting to remain on task. He may benefit from being encouraged to work methodically and without concern for the amount of time it takes to work towards completion. His work must be monitored to insure that he is attending to relevant material, and is using appropriate and specific strategies. He will need to be encouraged to emphasize the means by which he completes tasks and not simply the accuracy of his responses. Metacognitive strategies for self-monitoring and improving his attention may be useful for Angelo.
5. Angelo's deficit in math reasoning may in part be due to trouble attending to details. Teaching him to visualize and reconstruct the "story" when doing word problems, having him draw a picture or illustration for a word problem, and having him highlight or underline important details in word problems may help. Because of Angelo's difficulty handling abstract language, having a chart available that converts words into symbols, and using direct instruction to teach math language may prove helpful.

It was a pleasure working with both Angelo and his mother, and I hope that this report facilitates his ongoing development and academic success. Any questions or concerns may be directed to me at the telephone number listed on the front page of this report.

Respectfully submitted,

*Camille M. Harris* (signature)

Camille M. Harris, M.Ed., NBS, NCSP
Neuro-behavioral specialist & nationally certified school psychologist
10-15-00

*Frederick Oeltjen* (signature)

Frederick J. Oeltjen, PhD.
Licensed D. C. Psychologist PSY964

Angelo Gregory-Rivas                              10/10/00                                            7

## DIFFERENCES BETWEEN SUBTEST SCORES AND MEAN OF SUBTEST SCORES

| SUBTEST | SCALED SCORE | DIFF. FROM MEAN | SIGNIF. OF DIFF. | FREQ. | S/W |
|---|---|---|---|---|---|
| **VERBAL** | | | | | |
| Information (IN) | 7 | -0.33 | ns | >25% | |
| Similarities (SM) | 8 | 0.67 | ns | >25% | |
| Arithmetic (AR) | 9 | 1.67 | ns | >25% | |
| Vocabulary (VO) | 5 | -2.33 | .15 | 25% | |
| Comprehension (CO) | 7 | -0.33 | ns | >25% | |
| (Digit Span DS) | 8 | 0.67 | ns | >25% | |

Mean of Six Verbal Subtest Scaled Scores = 7.33
Scatter = 4  ($p < .05$, Freq = 82.9%)

| | | | | | |
|---|---|---|---|---|---|
| **PERFORMANCE** | | | | | |
| Picture Completion (PC) | 6 | -0.83 | ns | >25% | |
| Coding (CD) | 6 | -0.83 | ns | >25% | |
| Picture Arrangement (PA) | 7 | 0.17 | ns | >25% | |
| Block Design (BD) | 9 | 2.17 | ns | >25% | |
| Object Assembly (OA) | 7 | 0.17 | ns | >25% | |
| (Symbol Search SS) | 6 | -0.83 | ns | >25% | |

Mean of Six Performance Subtests Scaled Scores = 6.83
Scatter = 3  ($p < .15$, Freq = 97.0%)

No differences significant at the .05 level

## SUMMARY OF WIAT SUBTEST, COMPOSITE, AND TOTAL SCORES

| | RAW | STD | 90% CONF INTERVAL | PR | NCE | S9 | AGE EQU | GRADE EQU |
|---|---|---|---|---|---|---|---|---|
| **SUBTESTS*** | | | | | | | | |
| Basic Reading | 42 | 89 | 81- 97 | 23 | 35 | 4 | 11:6 | 6:4 |
| Math Reasoning | 29 | 79 | 71- 87 | 8 | 21 | 2 | 10:3 | 4:6 |
| Spelling | 41 | 107 | 98-116 | 68 | 60 | 6 | 16:0 | 9:2 |
| Reading Comprehen. | 25 | 88 | 78- 98 | 21 | 33 | 3 | 11:0 | 5:6 |
| Numerical Operations | 32 | 91 | 82-100 | 27 | 37 | 4 | 12:3 | 7:4 |
| Listening Comprehen. | 21 | 81 | 70- 92 | 10 | 23 | 3 | 9:3 | 3:9 |
| Oral Expression | 36 | 122 | 115-129 | 93 | 81 | 8 | >17:0 | >12:9 |
| Written Expression | 20 | 114 | 104-124 | 82 | 70 | 7 | >17:0 | >12:9 |

Anita Rivas                                                                10/01/00

## IQ SCORES SUMMARY

| SCALE | IQ | 90% CONFIDENCE INTERVAL | PR | CLASSIFICATION OF INTELLECTUAL FUNCTIONING |
|---|---|---|---|---|
| Verbal | 76 | 72-82 | 5 | Borderline |
| Performance | 108 | 101-114 | 70 | Average |
| Full Scale | 90 | 86-95 | 25 | Average |

Difference Between VIQ and PIQ = 32 ($p < .05$, Freq =1.0%)

## INDEX SCORES SUMMARY

|  | INDEX | 90% CONFIDENCE INTERVAL | PR |
|---|---|---|---|
| Verbal Comprehension | 77 | 73-84 | 6 |
| Perceptual Organization | 113 | 105-119 | 81 |
| Freedom from Distractibility | 81 | 76-91 | 10 |
| Processing Speed | 101 | 93-109 | 53 |

## SUBTEST SCORES SUMMARY

| VERBAL SUBTESTS | RAW SCORE | SCALED SCORE | PR |
|---|---|---|---|
| Information (IN) | 11 | 3 | 1 |
| Similarities (SI) | 17 | 8 | 25 |
| Arithmetic (AR) | 16 | 6 | 9 |
| Vocabulary (VO) | 23 | 5 | 5 |
| Comprehension (CO) | 20 | 7 | 16 |
| (Digit Span DS) | 12 | 7 | 16 |

GRAPH OF SUBTEST STANDARD SCORES

| | BR | MR | SP | RC | NO | LC | OE | WE |
|---|---|---|---|---|---|---|---|---|
| STD. SCORE | 89 | 79 | 107 | 88 | 91 | 81 | 122 | 114 |
| SEM | 4 | 5 | 5 | 5 | 6 | 6 | 5 | 7 |