# EXHIBIT 24

## SPEECH AND LANGUAGE EVALUATION REPORT

**Name:** Angelo Gregory Rivas
**Date of Birth:** 11-4-85
**Chronological Age:** 14.11
**Current School:** New Vista Charter School
**Grade:** 8
**Primary Language:** English
**Examiner:** Diana Figueroa-Lockett, M.Ed.
**Title of Examiner:** Bilingual Speech Language Pathologist
**Informant for History:** Ms. Cheryl Rivas
**Date of Testing:** 10-6-2000
**Date of Report:** 10-10-2000
**Authorization for assessment given by:** Ms. Cheryl Rivas (mother)

### Reason for Referral:

Angelo is a 14 year, 11 month old male who was referred for a speech and language evaluation in order to assess his current levels of receptive and expressive speech and language performance. The need for speech and language services will be determined. Angelo was referred for an individual assessment due to poor academic performance.

### Background Information:

Angelo lives in Washington, D.C. with his mother and younger sister (Anita, 13). His father is deceased. Ms. Rivas reported pregnancy and delivery as unremarkable. Angelo attended Lincoln Jr. High last year and repeated the seventh grade. Ms. Rivas stated that she wanted him tested because he is having problems with math, social studies and English and may need special education services.
Ms. Rivas describes Angelo as friendly, obedient, sometimes a loner with a serious attitude problem.

### Testing Observations:

Angelo was pleasant and very cooperative during the evaluation. He was able to concentrate and remained focused throughout the test items even when they became too difficult. He appeared comfortable throughout the evaluation.

### Assessment Techniques and Analysis:

Formal and informal measures were used to assess speech and language skills.
Peabody Picture Vocabulary Test-Revised Form-L
The Word Test-Adolescent

Clinical Evaluation of Language Fundamentals-3
Goldman Fristoe Test of Articulation

## Oral Language:

### Peabody Picture Vocabulary Test-Revised: Form L

This test measures single word receptive vocabulary by having the student point to one of four pictures named by the examiner.

Mean = 100; Standard Deviation = +/-15
Raw Score: 107
Standard Score: 73
Percentile Rank: 4
Stanine: 2
Language Age: 10.1

### Interpretation/Comments:

Angelo obtained a standard score of 73, which falls within two standard deviations below the mean. Compared to age expectations, single word receptive vocabulary falls in the moderately low range of performance. His age equivalent score of 10 years 1 month, indicates a receptive vocabulary delay of 4 years 10 months.

### The Word Test-Adolescent:

The Word Test-Adolescent is a diagnostic test of expressive vocabulary and semantics for secondary students. Using common as well as unique contexts, it examines the child's ability to categorize, define, verbal reasoning, and choose appropriate words. The test surveys four semantic and vocabulary tasks reflective of school assignments, as well as language usage in everyday life.

Mean = 100            Standard Deviation = +/- 15

| Subtest | Standard Score | Age Equivalency | Percentile Rank |
|---|---|---|---|
| Brand Names | 115 | 17.10 | 83 |
| Synonyms | 75 | 10.0 | 75 |
| Signs of Times | 111 | 17.5 | 75 |
| Definitions | 76 | <10.6 | 6 |
| Total Test | 93 | 12.9 | 28 |

**Interpretation/Comments:**

Compared to age expectations of a 14 year, 11 month old, Angelo's overall ability to express word meanings was within the average range. Angelo demonstrated above average range performance in the ability to explain why a semantically descriptive name of a product or company is appropriate (Name Brand) and the ability to tell what a sign or message means and tell its importance (Signs of Times). However significant weaknesses were demonstrated in the ability to recognize the critical semantic attributes of words and to think of words with similar meaning (Synonyms) and to recognize and describe the critical semantic attributes of words (Definitions). His <u>Total Test Score</u> was within the average age level norms.

**Clinical Evaluation of Language Fundamentals-3**

This assessment examines receptive and expressive language skill deficits in the areas of semantics (word meaning), syntax (word order), morphology (word and sentence structure), and memory (recall and retrieval).

Subtest Mean = 10             Standard Deviation = +/-3
Language Score Mean = 100     Standard Deviation = +/- 15

| Subtest | Standard Score | Percentile Rank |
|---|---|---|
| Concepts and Directions | 9 | 37 |
| Word Classes | 9 | 37 |
| Semantic Relationships | 7 | 16 |
| **RECEPTIVE LANGUAGE SCORE** | 90 | 25 |
| Formulated Sentences | 9 | 37 |
| Recalling Sentences | 9 | 37 |
| Sentence Assembly | 5 | 5 |
| **EXPRESSIVE LANGUAGE SCORE** | 86 | 18 |
| **TOTAL LANGUAGE SCORE** | 87 | 19 |

**AGE EQUIVALENT**    11.10

### Interpretations/Comments

Angelo's **Receptive Language Score** of 90, indicates that he is functioning within the average range for his chronological age. He was able to interpret, recall, and execute spoken directions of increasing length and complexity, and understand basic linguistic concepts (Concepts and Directions); and interpret different semantic relationships presented in sentence form (Semantic Relationships). His ability to perceive the relationships in the meaning of words and form word associations (Word Classes) was slightly below average. Angelo's **Expressive Language Score** of 86, indicates that he is functioning within age expectancy. Areas of strength were in his ability to use specific words to formulate simple and complex sentences (Formulated Sentences) and in the ability to recall sentences of increasing length and complexity verbatim (Recalling Sentences).. Area of weakness was in his ability to rearrange words to construct syntactically correct sentence structures (Sentence Assembly) His **Total Language Score** of 87 fell within the average range (one standard deviations below the mean).

### Pragmatics:

Angelo's pragmatic language skills (e.g., turn taking, topic maintenance, willingness to communicate) are judged to be age appropriate in conversation. Direct eye contact was maintained.

### Articulation:

The Goldman Fristoe Test of Articulation was administered. There were no errors noted. Phonological skills were found to be age appropriate.

### Oral Motor:

Examination of the oral peripheral speech mechanism revealed adequate structure and function for speech production.

### Voice:

Areas of vocal quality, intensity, pitch, and inflection appeared to be developing normally.

### Fluency:

Informal observations during conversation indicated that fluency skills are within normal limits.

**Summary and Recommendations:**

Based on the assessment information, Angelo exhibits a mild oral language disorder characterized by both receptive and expressive language weaknesses. These deficit areas are characterized by his inability to use receptive and expressive vocabulary skills which include synonyms, antonyms, and multiple definitions. Also noted were deficits in his ability to rearrange words to construct declarative, imperative, and interrogative sentence structures. These deficits have an impact on educational performance, especially, when Angelo is required to comprehend and express curriculum vocabulary.

Therefore, Angelo meets the standard for Special Education services according to the guidelines of the District of Columbia Public Schools as Speech Language Impaired. Given the areas of weakness, and the lack of compensatory skills, Angelo would benefit from a speech language therapy program. Services should address the following:

1. Improve expressive and receptive vocabulary skills including synonyms, antonyms, multiple meaning words.

2. Improve syntax/morphology skills to enhance ability to formulate sentence structures orally.

The program components should include a small group setting (2-4 students), 2x45 minutes. A culturally and technology enriched environment is needed where Angelo would have access to a computer and various educational programs/materials that reinforces language learning. The input and support of teachers, family, and other specialist is needed to address Angelo's language skills.

*Diana Figueroa-Lockett*
Diana Figueroa-Lockett, M.Ed.
Bilingual Speech Language Pathologist