# EXHIBIT 25

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | John A. Straus |
| Roberta Gambale | Suite 700 | Dolores S. McKnight |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers |
| Christopher L. West | Telephone: (202) 742-2000 | |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

December 1, 2005

**Via Facsimile Only**

Ms. Sharon Newsome, Hearing Coordinator
Student Hearing Office
District of Columbia Public Schools
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002

**Re: Request for a copy of the tape recording of the Administrative Due Process Hearing that took place on August 15, 2005 at 9:00 am before Hearing Officer Ruff regarding Angelo Gregory-Rivas, DOB: 11/4/85**

Dear Ms. Newsome:

Please accept this letter as official notice that the parent, by and through counsel, pursuant to 34 C.F.R. Sec. 300.509(a)(4) of the Individuals with Disabilities Education Act and Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(h)(3), as well as the applicable rules and regulations of the District of Columbia Public School's Board of Education, hereby requests **a copy of the audio record and** a *written transcript* of the record from the administrative due process hearing referenced above. The matter was before Hearing Officer Ms. Ruff on 8/15/05 at 9am. Please notify my office as soon the Audio Copy of the Hearing Record is available so that I can have it picked up from your office.

Please *also* notify me when you have the written transcript prepared and it is available so that I can have it picked up from your office. You can contact me at 202-742-2016. As always, I look forward to working with you and the rest of your staff at the District of Columbia Public Schools in ensuring that this student is provided a Free and Appropriate Public Education under the law.

Sincerely,

Marshall Lammers, Esq.

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8): Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | John A. Straus |
| Roberta Gambale | Suite 700 | Dolores S. McKnight |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers |
| Christopher L. West | Telephone: (202) 742-2000 | |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

December 1, 2005

**Via Facsimile Only**

Ms. Sharon Newsome, Hearing Coordinator
Student Hearing Office
District of Columbia Public Schools
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002

**Re: Request for a copy of the tape recording of the Administrative Due Process Hearing that took place on June 24, 2005 at 1:00 pm before Hearing Officer Ruff regarding Angelo Gregory-Rivas, DOB: 11/4/85**

Dear Ms. Newsome:

Please accept this letter as official notice that the parent, by and through counsel, pursuant to 34 C.F.R. Sec. 300.509(a)(4) of the Individuals with Disabilities Education Act and Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(h)(3), as well as the applicable rules and regulations of the District of Columbia Public School's Board of Education, hereby requests **a copy of the audio record** and a *written transcript* of the record from the administrative due process hearing referenced above. The matter was before Hearing Officer Ms. Ruff on 6/24/05 at 1pm. Please notify my office as soon the Audio Copy of the Hearing Record is available so that I can have it picked up from your office.

Please *also* notify me when you have the written transcript prepared and it is available so that I can have it picked up from your office. You can contact me at 202-742-2016. As always, I look forward to working with you and the rest of your staff at the District of Columbia Public Schools in ensuring that this student is provided a Free and Appropriate Public Education under the law.

Sincerely,

*Marshall Lammers*
Marshall Lammers, Esq.

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                4118
CONNECTION TEL                          94425556
CONNECTION ID
ST. TIME                12/01 15:51
USAGE T                 00'29
PGS. SENT                  3
RESULT                  OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Student Hearing Office
    Attn: Sharon Newsome

FROM: Marshall Lammers, Esq.

DATE: December 1, 2005

FAX NO: 202-442-5556

SUBJECT: Request for Transcript

NUMBER OF PAGES, INCLUDING FAX COVER SHEET:

COMMENTS: Request for A.G-A. DOB: 11/4/85

Ms. Newsome:
Please note that there are three separate recordings being requested the hearings of 6/24/05, 8/15/05 and 12/1/05.