UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELO GREGORY-RIVAS : | |
| : | |
| Plaintiff : | |
| : | Civil Action No. 06–0563 (HHK) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA : | |
| : | |
| Defendant : | |
| : | |
| : | |

**JOINT RULE 16.3 REPORT**

COME NOW the parties, Plaintiff Angelo Gregory-Rivas and Defendant District of Columbia, by their respective counsel and pursuant to Local Rule 16, file the Joint 16.3 Report.

The counsel for the parties conferred via e-mail on July 3, 2006 and telephonic conference on July 5, 2006. Consistent with the said conferences, the parties respectfully submit the following:

**I.    Statement of the case**

The Plaintiff is appealing the December 2005 Hearing Officer's Determination(HOD) where the Hearing Officer failed to find that the Defendant violated a previous HOD and further failed to award the Plaintiff with compensatory education services.

**II.   Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1. Based on the information available, the parties believe that this case can be decided by dispositive motion.

2. The parties do not anticipate the need for joining parties or amending the pleadings. At this time, the parties do not believe that the factual and legal

issues can be agreed upon or narrowed.

3. The parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The parties do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

   a. The Defendant will file the administrative record on or before September 6, 2006.

   b. The Plaintiff will file its Motion for Summary Judgment on or before November 6, 2006.

   c. The Defendant will file its Cross Motion for Summary Judgment and its Opposition on or before January 8, 2007.

   d. The Plaintiff will file its Opposition and Reply on or before February 8, 2007.

   e. Defendants will file its Reply on or before March 8, 2007.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require inclusion in a scheduling order.


Dated this 5th day of July 2006.


| /s/ | /s/ |
|---|---|
| Roxanne D. Neloms [478157] | Maria Merkowitz[312967] |
| James E. Brown & Associates, PLLC | Office of the Attorney General for the |
| 1220 L Street, N. W., Suite 700 | District of Columbia |
| Washington, D.C. 20005 | 441 4th Street, N. W., 6th Floor South |
| 202.742.2000 | Washington, D.C. 20001 |
| Attorney for Plaintiff | 202.442.9842 |
| | Maria.merkowitz@dc.gov |
| | Attorney for Defendant |