UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANGELO GREGORY-RIVAS** : | |
| : | |
| Plaintiff : | |
| : | Civil Action No. 06–0563 (HHK) |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| : | |
| **Defendant** : | |
| : | |
| : | |

**PRAECIPE**

To the Clerk of the Court:

Plaintiff's counsel inadvertently excluded the scheduling order in connection with the Joint Rule 16.3 Motion filed on July 5th, 2006. Please find attached a copy of said order.

Respectfully submitted,

_____
Roxanne D. Neloms
D.C. Bar No. 478157
James E. Brown & Associates, PLLC
1220 L. Street, NW, Suite 700
Washington, DC 20005
(202)742-2000 (Tele.)

1