UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELO GREGORY-RIVAS : | |
| : | |
| Plaintiff : | |
| : | Civil Action No. 06–0563 (HHK) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA : | |
| : | |
| Defendant : | |
| : | |
| : | |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Rule 16.3 Report, it is this 5th day of July 2006, hereby,

**ORDERED,** that the parties stipulate to dispense with initial disclosures required by rule 26(a)(1); and it is further,

**ORDERED,** that the following schedule will govern this case:

(a). The Defendant will file the Administrative Record on or before September 6, 2006;

(b). The Plaintiff will file its Motion for Summary Judgment on or before November 6, 2006;

(c). The Defendant will file its Opposition to Plaintiff's Motion for Summary Judgment and its Cross Motion for Summary Judgment on or before January 8, 2007;

(d). The Plaintiff will file its Opposition to the Defendant Cross Motion for Summary

1

Judgment and its Reply on or before February 8, 2007;

(e).    The Defendant will file its Reply by September 11, 2006, and is hereby further

**ORDERED,** that this matter is set for further status on January 22, 2007.

**SO ORDERED.**

_____
HON. HENRY H. KENNEDY
UNITED STATES DISTRICT COURT