UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELO GREGORY-RIVAS : | |
| : | |
| Plaintiff : | |
| : | Civil Action No. 06–00563 (HHK) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA : | |
| : | |
| Defendant : | |
| : | |
| : | |

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Rule 16.3 Report, it is this 7th day of July 2006, hereby,

**ORDERED,** that the parties need not provide initial disclosures as is otherwise required by rule 26(a)(1); and it is further,

**ORDERED,** that the following schedule will govern this case:

(a)   Defendant will file the Administrative Record on or before September 6, 2006;

(b)   Plaintiff will file his Motion for Summary Judgment on or before November 6, 2006;

(c)   Defendant will file its Opposition to Plaintiff's Motion for Summary Judgment and its Cross Motion for Summary Judgment on or before January 8, 2007;

(d)   Plaintiff will file his Opposition to the Defendant's Cross Motion for Summary Judgment and his Reply on or before February 8, 2007;

(e)    Defendant will file its Reply by March 8, 2007.

**ORDERED,** that this case is set for a status hearing on April 6, 2007.


                    Henry H. Kennedy, Jr.
                    United States District Court