```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


_____
                              )
Angelo Gregory-Rivas          )
                              )
        Plaintiff,            )
                              )
        v.                    )    Civil Action No. 06-563
                              )    (HHK)
District of Columbia, et al.  )
                              )
        Defendants.           )
_____)
```

## NOTICE OF FILING ADMINISTRATIVE RECORD

Defendants herewith submit for filing a copy of the administrative record in the above captioned case.

```
                    Respectfully submitted,

                    ROBERT J. SPAGNOLETTI
                    Attorney General for the
                    District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General for the
                    District of Columbia

                    /s/ Edward P. Taptich
                    EDWARD P. TAPTICH [012914]
                    Chief, Equity, Section 2

                    /s/ Maria L. Merkowitz
                    MARIA L. MERKOWITZ [312967]
                    Senior Litigation Counsel
                    441 4th Street, N.W.
                    Sixth Floor South
                    Washington, DC 20001
                    (202) 442-9842
                    Email – maria.merkowitz@dc.gov
August 31, 2006
```