UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
Angelo Gregory-Rivas                                )
                                                    )
       Plaintiff,                    )
                                                    )
       v.                            )     Civil Action No. 06-563 (HHK)
District of Columbia, et al.    )
                                                    )
       Defendants.                   )
_____)

## INDEX OF RECORD

| | | |
|---|---|---|
| Certification of Record | - | 1 |
| Hearing Officer's Determination (HOD) issued 12/23/05 | - | 2 |
| Due Process Hearing Attendance sheet | - | 9 |
| Administrative Due Process Notice dated 10/1/05 | - | 10 |
| Facsimile copy of Hearing Notice dated 11/4/05 | - | 18 |
| Plaintiff's 5-day disclosure letter dated 11/23/05 w/att. | - | 19 |
|     Hearing Notice dated 11/4/05 | - | 21 |
|     Administrative Due Process Complaint Notice | - | 22 |
|     Settlement Agreement signed 2/16/05 | - | 30 |
|     HOD issued 6/28/05 | - | 37 |
|     HOD issued 8/30/05 | - | 42 |
|     Request for Re-evaluations dated 3/17/05 | - | 50 |
|     Letter to Office of Mediation dated 5/12/05 | - | 54 |

| | | |
|---|---|---|
| Letter to Office of Mediation dated 9/22/05 | - | 58 |
| MDT Letter of Invitation dated 10/6/05 | - | 60 |
| Letter to Sonya Lee dated 10/7/05 | - | 66 |
| MDT Letter of Invitation dated 10/11/05 | - | 68 |
| Letter to Sonya Lee dated 10/12/05 w/att. | - | 72 |
| Letter to Sonya Lee dated 10/12/05 w/att. | - | 77 |
| Letter to Sonya Lee dated 11/8/05 w/att. | - | 91 |
| Letter to Sonya Lee dated 11/17/05 w/att | - | 95 |
| Letter to Sonya Lee dated 11/18/05 w/att | - | 100 |
| Psychological Evaluation dated 5/23/01 | - | 103 |
| Speech and Language Evaluation dated 3/29/02 | - | 106 |
| Medical Examination Report dated 3/18/05 | - | 108 |
| Education Re-evaluation Report dated 4/19/05 | - | 110 |
| IEP dated 5/4/04 | - | 114 |
| DCPS Disclosure Statement dated 11/23/05 w/att. | - | 134 |
| MDT Meeting Notes dated 11/30/05 | - | 136 |
| Pupil's permanent record Woodrow Wilson H.S. dated 7/26/05 | - | 143 |
| Report to parents on Student progress dated 7/1/05 | - | 144 |
| Notice to appear as a witness dated 11/23/05 | - | 145 |
| Transcript of Hearing dated 12/1/05 | - | 148 |