08/30/2005  14:37    2024425556              STUDENT HEARINGS OFF              PAGE  09/09

(In the Matter of AG-R   DOB: ▓▓85  HOD: August 29, 2005)

## INDEX OF NAMES

### In the MATTER OF A▓▓ G▓▓▓-R▓▓ V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Coordinator | Ms. Sonya Lee |
| School Psychologist | |
| Regular Education Teacher | |
| Principal | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | Mr. A▓▓ G▓▓▓ R▓▓ |
| Child's Parent(s) (specific relationship) | |
| Child/Parent's Representative | Domiento C.R. Hill, Esq. Roberta Gambale, Esq. |
| School System's Representative | Katherine Rodi, Esq. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

7



# James E. Brown & Associates, PLLC
### A Professional Limited Liability Company

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!◊
Christina R. Busso
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus

----------------------------------
* Admitted in Maryland Only
◆ Admitted in New York Only

----------------------------------
! Admitted in Bolivia Only
△ Member of the DC Federal Bar

March 17, 2005

<u>Via Facsimile 202-282-1171 or First Class Mail</u>
Ms. Sonya Lee, Special Education Coordinator
Woodrow Wilson Senior High School
3950 Chesapeake Street, NW
Washington, D.C.  20016

> Re:    <u>**Request for Reevaluations**</u>
>          <u>**Student: A█████ G██████-R████ / DOB: ███85 / Student ID: 0378946**</u>

Dear Ms. Lee:

On behalf of my client, **Cheryl Gregory-Rivas**, I hereby request that student A████ G█████-R████ / DOB: ███85, be reevaluated for special education services pursuant to the Individuals with Disabilities Education Act, 34 C.F.R. Sec. 300.536(b).  A comprehensive reevaluation of the student would include, but is not limited to: 1) **psycho-educational**, and a 2) **clinical psychological**.

In deference to the District of Columbia Public Schools' efforts to conduct the reevaluations, the parent will wait sixty (60) calendar days from today for DCPS to complete the reevaluations of the student.  However, if the reevaluations are not completed by (5-16-05), the parent will take the appropriate steps to secure independent reevaluations at public expense. Finally, I also request that proper notice of all proposed tests, observations, and evaluations be provided to me pursuant to 34 C.F.R. Sec. 300.505.

**This request by the parent does not waive her rights to contest, at an administrative due process hearing, DCPS' failure to have already conducted any evaluations/reevaluations this student may have been entitled to receive.**

I may be reached on 202-742-2000 to schedule the reevaluations, and thank you for your prompt attention to this matter.

Sincerely,

*Dem Hill*                    DH/KO

Domiento C.R. Hill, Esquire

Attachment:  Consent for Evaluation – Initial or Reevaluation
cc:   Office of the General Counsel, District of Columbia Public Schools w/out attachments
      Cheryl Gregory-Rivas, Parent
      Donte Davis, Educational Advocate

◊ "Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."

03/17/2005 15:14 FAX 202 742 2098          Brown & Associates                                    ☒001

```
                    *********************
                *** TX REPORT   ***
                    *********************

        TRANSMISSION OK

        TX/RX NO              3172
        CONNECTION TEL
        CONNECTION ID                    92022821171
        ST. TIME             03/17 15:13
        USAGE T              00'52
        PGS. SENT            5
        RESULT               OK
```

## James E. Brown & Associates, PLLC
### A Professional Limited Liability Company

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West♦◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!◊
Christina R. Busso
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus

* Admitted in Maryland Only
♦ Admitted in New York Only

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

March 17, 2005

**Via Facsimile 202-282-1171 or First Class Mail**
Ms. Sonya Lee, Special Education Coordinator
Woodrow Wilson Senior High School
3950 Chesapeake Street, NW
Washington, D.C.  20016

Re:    **Request for Reevaluations**
       **Student: A▇▇ G▇▇▇-R▇▇ / DOB: ▇▇85 / Student ID: 0378946**

Dear Ms. Lee:

On behalf of my client, **Cheryl Gregory-Rivas**, I hereby request that student A▇▇ G▇▇▇-R▇▇ / DOB: ▇▇85, be reevaluated for special education services pursuant to the Individuals with Disabilities Education Act, 34 C.F.R. Sec. 300.536(b).  A comprehensive reevaluation of the student would include, but is not limited to: 1) **psycho-educational**, and a 2) **clinical psychological**.

In deference to the District of Columbia Public Schools' efforts to conduct the reevaluations, the parent will wait sixty (60) calendar days from today for DCPS to complete the reevaluations of the student.  However, if the reevaluations are not completed by **(5-16-05)**, the parent will take the appropriate steps to secure independent reevaluations at public expense. Finally, I also request that proper notice of all proposed tests, observations, and evaluations be provided to me pursuant to 34 C.F.R. Sec. 300.505.

51

03/17/2005 15:27 FAX 202 742 2098          Brown & Associates                                    ☒001

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

        TRANSMISSION OK

        TX/RX NO              3176
        CONNECTION TEL                        92024425517
        CONNECTION ID        DCPS SPECIAL EDU
        ST. TIME             03/17 15:26
        USAGE T              00'52
        PGS. SENT            5
        RESULT               OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊△ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊△ | Suite 700 | Tilman L. Gerald△ |
| Roberta Gambale | Washington, D.C. 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

# *FAX COVER SHEET*

DATE:          17 MARCH 2005

TO:            Office of Special Education, DCPS/Monitor of W. Wilson Senior High School

PHONE:

FAX NO:        202-442-5517/5518

FROM:          Domiento Hill, Esquire / Kelly Dau, Legal Assistant

SUBJECT:       Re-Evaluations Request to W. Wilson SHS re Angelo Gregory-Rivera, DOB: ████85

               FAX INCLUDES EVALUATION CONSENT FORM SIGNED BY PARENT

NUMBER OF PAGES INCLUDING COVER SHEET:   _5_

COMMENTS:

52

03/17/2005 15:26 FAX 202 742 2098          Brown & Associates          ☑001

```
                    *********************
                ***   TX REPORT   ***
                    *********************

        TRANSMISSION OK

        TX/RX NO                3177
        CONNECTION TEL                        92024425097
        CONNECTION ID
        ST. TIME                03/17 15:25
        USAGE T                 00'43
        PGS. SENT               5
        RESULT                  OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull ·
Christopher L. West♦◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, D.C. 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina R. Busso
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:        17 MARCH 2005

TO:          Office of the General Counsel, DCPS/Monitor of W. Wilson Senior High School

PHONE:

FAX NO:      202-442-5097/5098

FROM:        Domiento Hill, Esquire / Kelly Dau, Legal Assistant

SUBJECT:     Re-Evaluations Request to W. Wilson SHS re A█████ G██████-R████, DOB: ███/85

             FAX INCLUDES EVALUATION CONSENT FORM SIGNED BY PARENT

NUMBER OF PAGES INCLUDING COVER SHEET:  5

COMMENTS:

53



# James E. Brown & Associates, PLLC
### A Professional Limited Liability Company

James E. Brown
Domiento C.R. Hill*◊
Brenda McAllister*◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Dolores S. McKnight
Marshall Lammers°

* Admitted in Maryland Only

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

May 12th, 2005

**Via Facsimile Only**
Acting Executive Director
Office of Mediation and Compliance
District of Columbia Public Schools
825 North Capitol Street, NE
Washington, DC 20002

Re:    A█████ G█████-R█████
DOB:   █████, 1985

To whom it may concern:

I hope this letter finds you in good health.

Please accept this letter as official notice that the parent, Ms. Cheryl Rivas, hereby intends to file an administrative due process hearing request as a result of the District of Columbia Public Schools ("DCPS") failure to comply with the terms of the settlement agreement of February 15th, 2005.

As always, both the parent and myself look very forward to working with you and the District of Columbia Public Schools to ensure that A█████ is provided a Free and Appropriate Public Education. If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

Sincerely,

Roxanne Neloms, Esq.

Cc: Cheryl Rivas, Parent
    Domiento C.R. Hill, Esq.
    Donte Davis, Educational Advocate
    File

◊ Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.

° Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar., D.C. Court of Appeals.

54

05/12/2005 08:35 FAX 202 742 2097          James Brown and Associat                    ☒001

```
***********************
***    TX REPORT    ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2087 |
| CONNECTION TEL | 92024425524 |
| SUBADDRESS | |
| CONNECTION ID | MED&COMP/DCPS |
| ST. TIME | 05/12 08:35 |
| USAGE T | 00'23 |
| PGS. SENT | 2 |
| RESULT | OK |

## James E. Brown & Associates, PLLC
### A Professional Limited Liability Company

| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
|---|---|---|
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West | Facsimile: (202) 742-2098 | Marshall Lammers° |

* Admitted in Maryland Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

TO:    Acting Executive Director, Office of Mediation and Compliance, DCPS

FROM: Roxanne Neloms  Esq.

DATE:  May 12th, 2005

FAX NO: 202-442-5524

SUBJECT:  A.G.R., DOE: ▮▮/85

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: Notice of noncompliance. Thank you for your assistance.

55

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Dolores S. McKnight
Marshall Lammers°

* Admitted in Maryland Only
◆ Admitted in New York Only

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

May 12th, 2005

Via Facsimile Only
Ms. Sonya Lee, Special Education Coordinator
Woodrow Wilson Senior High School
3950 Chesapeake Street, NW
Washington, DC 20016

   Re: A████ G█████ R███
   DOB: █████████, 1985

Dear Ms. Lee:

   I hope this letter finds you in good health.

   I write as a follow-up to the parent's March 17th, 2005 request that the student be reevaluated. Please fax to my attention, at 202-742-2097, copies of the student's new psycho-educational and clinical psychological evaluations by the close of business Monday, May 16th, 2005.

   As always, both the parent and myself look very forward to working with you and the DCPS to ensure that the student is provided a Free and Appropriate Public Education. If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

     Respectfully,

     Donte Davis, Educational Advocate

Cc: Cherly Rivas, Parent
  Office of Special Education, DCPS
  Domiento C.R. Hill, Esq.
  Roxanne Neloms, Esq.
  File

◊ "Practice is limited solely to matters before the D.C. Public Schools' Office of Student Hearings under D.C. Court of Appeals Rule 49(c) (5)."

° Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar. D.C. Court of Appeals.

56

05/12/2005 08:36 FAX 202 742 2097          James Brown and Associat                    @001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    2088
CONNECTION TEL                      92022821171
SUBADDRESS
CONNECTION ID
ST. TIME                 05/12 08:35
USAGE T                  00'23
PGS. SENT                   2
RESULT                   OK
```

## James E. B+rown & Associates, PLLC
### A Professional Limited Liability Company

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Brenda McAllister*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores S. McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only<br>◊ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

# FAX COVER SHEET

TO: Sonya Lee, Special Education Coordinator, Wilson Senior High School

FROM: Donte Davis, Educational Advocate

DATE: May 12th, 2005

FAX NO: 202-282-1171

SUBJECT: A.G.R., DOB: ▬/85

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: Thank-you for your assistance.

57

EXHIBIT
AGR-8

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

--------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

--------------------------------

! Admitted in Bolivia Only

September 22nd, 2005

**Via Facsimile Only**

Acting Director, Office of Mediation and Compliance
District of Columbia Public Schools
825 North Capitol Street, NE, Sixth Floor
Washington, DC 20002

Re:     A████ G█████-R████
DOB:   N██████████, 1985

To Whom It May Concern:

    Please accept this letter as official notice that the District of Columbia Public Schools ("DCPS") has yet to comply with the order of the independent hearing officer issued on August 30th, 2005.  If DCPS fails to reconvene the MDT/IEP Meeting by the close of business September 30th, 2005, the parent intends to file an administrative due process hearing request.

Respectfully,

Domiento C.R. Hill, Esq.

Cc:   Cheryl Rivas, Parent
      File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

58

09/22/2005 15:46 FAX 202 742 2097        James Brown and Associat                    ☑001

```
                          *********************
                          ***  TX REPORT  ***
                          *********************

        TRANSMISSION OK

        TX/RX NO              3777
        CONNECTION TEL                92024425524
        SUBADDRESS
        CONNECTION ID         MED&COMP/DCPS
        ST. TIME              09/22 15:46
        USAGE T               00'21
        PGS. SENT             2
        RESULT                OK
```

## James E. Brown & Associates, PLLC
### A Professional Limited Liability Company

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ○ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Acting Director, Office of Mediation and Compliance, DCPS

FROM: Domiento C R. Hill, Esq.

DATE: September 22nd, 2005

FAX NO: 202-442-5524/5527

SUBJECT: A.G.R.

NUMBER OF PAGES: 2

COMMENTS: Notice of non-compliance. Thank you for your assistance.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the
addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown

59



EXHIBIT
AGR-9

# JUST THE FAX FROM

## WOODROW WILSON
## SENIOR HIGH SCHOOL

### OFFICE TELEPHONE (202)282-0120
### FAX NUMBER          (202)282-____ 1171

NUMBER OF PAGES INCLUDING COVER SHEET __3__

DATE: __10-6-05__

TO: __Roxanne Neloms, Esq__

_____

_____

area code
PHONE# __20 2   742 - 20 00__
area code
FAX# __20 2   742 - 20 97__

FROM: __SONYA LEE__
Coordinator of Special Education

COMMENTS: _____ Re: A____-G_____ R_____

_____

_____

_____

_____

OC    06-2005 17:01 FROM:                                    TO:202 742 2098        P.2/3

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
**Meeting Notice**

Date: 10/06/2005

**Letter of Invitation**          Re : ~~Angelo~~        ~~Gregory~~

Dear  Ms. Rivas

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

| | |
|---|---|
| Woodrow Wilson Senior High School<br>Room 123D | **Please check ONE date for confirmation, SIGN and return this form to the school by :** 10/16/2005<br><br>☐ Date: 10/17/2005    Time: 1:00 pm  ; or<br>☐ Date: 10/18/2005    Time: 8:45 am  ; or<br>☐ Date: 10/19/2005    Time: 9:00 am<br>(Meeting date and time has already been confirmed with the parent ☐)<br>Confirmation will be sent with this Invitation. |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

*The purpose of this meeting is to:

☐ **develop/review IEP (including consideration of extended school year (ESY) services       ☒ **discuss CompEd
☐ **review evaluation or reevaluation information       ☐ *discuss placement       ☐ *consider transition services needs
☐ develop the student evaluation plan (SEP)       ☐ determine manifestation       ☐ discuss quarterly review
☐ discuss documented levels of service       ☐ discuss eligibility       ☐ behavior plan review
☐ discuss consent for evaluations       ☐ discuss transfer       ☐ discuss request for evaluation(s)
☐ discuss termination of service(s)       ☐ discuss Personal Health Information (PHI)

☐ **review records to support the completion of services as follows:

☐ Graduated       ☐ Certification of IEP       ☐ Aged Out       ☐ Deceased       ☐ Moved out of Jurisdiction
☐ Completion of IEP Requirements       ☐ Dropped Out       ☐ Other:

**Placement will be discussed.

MDT Members:    ☒ Principal or Designee       ☒ General Education Teacher       ☐ Psychologist
☒ Parent       ☒ Special Education Teacher       ☐ Other:
☒ LEA Representative       ☐ Speech and Language
☒ Student       ☒ Social Worker

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent:

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact
Sonya Lee                    at (202) 282-0120                    (school telephone number).
If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

* N/A

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

2nd Notice Date:          Notice Type:                    Details                    Respond By

3rd Notice Date:          Notice Type:                    Details                    Respond By

*After the third attempt to contact the parent, the meeting will be held without further notice.
........................................................................................................................................
Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature  _____          Date  _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).    ☐ Yes    ☐ No

District of Columbia Public Schools       03-31-2004       Division of Special Education       MDT Letter of Invitation to the Parent - Page 1 of 3

61

06-2005 17:01 FROM:                                TO:202 742 2098          P.3/3

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## SPECIAL EDUCATION
## MULTIDISCIPLINARY TEAM
## (MDT)
### Meeting Notice

Student ▰▰▰▰▰        ▰▰▰▰▰        DOB ▰▰▰▰1986 Age 18   Grade 12  ID 7722341

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

**Student Hearing Office**
D.C. Public Schools
825 North Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

### EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

## Free or Low Cost Legal Services

Neighborhood Legal Services
701 4th Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal Services
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc.
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588
(fax) 703-267-6992

MDT Letter of Invitation to the Parent
03-30-2004

2

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**Meeting Notice**                                          Date: 10/06/2005

**Letter of Invitation**              Re :  ~~Angela~~        ~~George~~

Dear  Ms. Rivas

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

| | |
|---|---|
| **Woodrow Wilson Senior High School**<br>**Room 123D** | Please check ONE date for confirmation, SIGN and return this form to the school by :  10/16/2005<br><br>☐ Date: 10/17/2005  Time: 1:00 pm ; or<br>☐ Date: 10/18/2005  Time: 8:45 am ; or<br>☐ Date: 10/19/2005  Time: 9:00 am<br>( Meeting date and time has already been confirmed with the parent.  ☐<br>Confirmation will be sent with this Invitation. ) |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☐ \*\*develop/review IEP (including consideration of extended school year (ESY) services        ☒ \*\*discuss CompEd
☐ \*\*review evaluation or reevaluation information          ☐ discuss placement             ☐ \*consider transition services needs
☐ develop the student evaluation plan (SEP)               ☐ determine manifestation       ☐ discuss quarterly review
☐ discuss documented levels of service                    ☐ discuss eligibility           ☐ behavior plan review
☐ discuss consent for evaluations                         ☐ discuss transfer              ☐ discuss request for evaluation(s)
☐ discuss termination of service(s)                       ☐ discuss Personal Health Information (PHI)

☐ \*\*review records to support the completion of services as follows:

☐ Graduated        ☐ Certification of IEP       ☐ Aged Out        ☐ Deceased        ☐ Moved out of Jurisdiction
☐ Completion of IEP Requirements                 ☐ Dropped Out     ☐ Other: _____

**\*\*Placement will be discussed.**

**MDT Members:**  ☒ Principal or Designee     ☒ General Education Teacher     ☐ Psychologist
                 ☒ Parent                   ☒ Special Education Teacher     ☐ Other: _____
                 ☒ LEA Representative        ☐ Speech and Language           _____
                 ☒ Student                  ☒ Social Worker                 _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact
  Sonya Lee                                  at  (202) 282-0120                   (school telephone number).
If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate
    \* N/A                                    \* _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

| 2nd Notice Date: | Notice Type: | Details | Respond By |
|---|---|---|---|
| 3rd Notice Date: | Notice Type: | Details | Respond By |

**\*After the third attempt to contact the parent, the meeting will be held without further notice.**

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____    Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).    ☐ Yes    ☐ No

District of Columbia Public Schools     03-31-2004     Division of Special Education     MDT Letter of Invitation to the Parent - **Page 1 of 3**

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**
**Meeting Notice**

Student Angela         G███████      DOB █████1986 Age 18    Grade 12  ID 7722341

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an
impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION
or DUE PROCESS HEARING form and mail it to the address listed below:

> Student Hearing Office
> D.C. Public Schools
> 825 North Capitol Street, N.E. 8th floor
> 202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

**Free or Low Cost Legal Services**

| Neighborhood Legal Services | Neighborhood Legal Services | University Legal Services | The Children's Law Center Inc. | National Coalition for Students |
|---|---|---|---|---|
| 701 4th Street, N.E. | 1213 Good Hope Road, S.E. | 300 I Street, N.E. | 1050 Connecticut Avenue, N.W. | with Disabilities |
| Washington, D.C. 20001 | Washington, D.C. 20020 | Washington, D.C. 20002 | Suite 1200 Washington Square | 10560 Main Street, Suite 417 |
| 202-682-2700 (NW) | 202-678-2000 | 202-547-0198 | Washington, D.C. 20036-5317 | Fairfax, VA 22030 |
| 202-682-2732 (NE) | Fax 202-889-3374 | Fax 202-547-2662 | 202-467-4900 | 703-267-6588 |
| Fax 202-682-0588 | | | Fax 202-467-4949 | (fax) 703-267-6992 |

MDT Letter of Invitation to the Parent
03-30-2004

2

64

10- 6-05; 1:55PM;    ;2    # 1/ 3

 

# JUST THE FAX FROM

## WOODROW WILSON
## SENIOR HIGH SCHOOL

### OFFICE TELEPHONE (202)282-0120
### FAX NUMBER       (202)282-0~~0~~ 1171

NUMBER OF PAGES INCLUDING COVER SHEET _2_

DATE: _10-6-05_

TO: _Roxanne Neloms, Esq_

_____

_____

area code
PHONE# _2 0 2    7 4 2 - 2 0 0 0_

area code
FAX# _2 0 2    7 4 2 - 2 0 9 7_

FROM: SONYA LEE
       Coordinator of Special Education

COMMENTS: _____ Re: A~~mmpeto - Grougsing~~ Review

_____

_____

_____

65

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!
-------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

-------------------------------

! Admitted in Bolivia Only

**EXHIBIT AGR-10**

October 7th, 2005

**<u>Via Facsimile Only</u>**
Ms. Sonya Lee, Special Education Coordinator
Wilson Senior High School
Room 123D
3950 Chesapeake Street, NW
Washington, DC 20016

       Re:    A▪▪▪▪ G▪▪▪▪▪-R▪▪▪

Dear Ms. Lee:

      I write in response to your letter of yesterday.

      Unfortunately, due to already scheduled MDT/IEP Meetings, it will be necessary to look at alternative dates and times to convene. Currently, I am available to meet on October 27th, 28th, and 31st, at 10:00 A.M. Please let me know in writing, via facsimile, at 202-742-2097, as to what date and time is the most convenient for you and your staff to reconvene. I look forward to receiving your fax.

                    Sincerely,

                    Domiento C.R. Hill, Esq.

Cc:  Cheryl Gregory-Rivas, Parent
      A▪▪▪▪ G▪▪▪▪▪-R▪▪▪, Student
      Kevin Carter, Educational Advocate
      File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

10/07/2005 16:07 FAX 202 742 2098          Brown & Associates                        ☑001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2895
CONNECTION TEL                    92022821171
CONNECTION ID
ST. TIME             10/07 16:06
USAGE T              00'22
PGS. SENT            2
RESULT               OK
```

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ○ | 1220 L Street, NW | Roxanne D. Nelom |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McK ight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers˙ |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz                    ! Admitted in Bolivia Onl

# *FAX COVER SHEET*

TO: Sonya Lee, Special Education Coordinator, Wilson Senior High School

FROM: Domiento C.R. Hill, Esq.

DATE:   October 7th, 2005

FAX NO: 202-282-1171

SUBJECT: A.G.R.

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 2

COMMENTS: Response to Letter of Invitation. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of  e addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

67



EXHIBIT
AGR-11

# JUST THE FAX FROM

# WOODROW WILSON
# SENIOR HIGH SCHOOL





## OFFICE TELEPHONE (202)282-0120
## FAX NUMBER        (202)282-~~0~~ 1171

NUMBER OF PAGES INCLUDING COVER SHEET 3

DATE: 10-12-05

TO: Roxanne Neloms Esq

_____

_____

area code
PHONE# 20 2  7 42 - 20 0 0
                 area code
FAX#  2 0 2  7 42 - 20 9 8

FROM: SONYA LEE
       Coordinator of Special Education

COMMENTS: _____

_____

_____

_____

68

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM
**(MDT)**
**Meeting Notice**                                      Date:  10/11/2005

**Letter of Invitation**                Re :  A�largeblock▪     G▪▪▪▪▪▪

Dear  Ms. Rivas

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

| | |
|---|---|
| Woodrow Wilson Senior High School<br>Room 123D | **Please check ONE date for confirmation, SIGN and return this form to the school by :**  10/16/2005<br><br>☐ Date:  11/01/2005      Time:  10:00 am  ; or<br>☐ Date:  11/02/2005      Time:  10:00 am  ; or<br>☐ Date:  11/03/2005      Time:  10:00 am<br>(Meeting date and time has already been confirmed with the parent. ☐<br>Confirmation will be sent with this Invitation. |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

| | | |
|---|---|---|
| ☐ \*\*develop/review IEP (including consideration of extended school year (ESY) services | | ☒ \*\*discuss CompEd |
| ☐ \*\*review evaluation or reevaluation information | ☐ discuss placement | ☐ \*consider transition services needs |
| ☐ develop the student evaluation plan (SEP) | ☐ determine manifestation | ☐ discuss quarterly review |
| ☐ discuss documented levels of service | ☐ discuss eligibility | ☐ behavior plan review |
| ☐ discuss consent for evaluations | ☐ discuss transfer | ☐ discuss request for evaluation(s) |
| ☐ discuss termination of service(s) | ☐ discuss Personal Health Information (PHI) | |

☐ \*\*review records to support the completion of services as follows:

| | | | |
|---|---|---|---|
| ☐ Graduated | ☐ Certification of IEP | ☐ Aged Out | ☐ Deceased | ☐ Moved out of Jurisdiction |
| ☐ Completion of IEP Requirements | ☐ Dropped Out | ☐ Other: _____ | |

**\*\*Placement will be discussed.**

MDT Members:
| | | |
|---|---|---|
| ☒ Principal or Designee | ☒ General Education Teacher | ☐ Psychologist |
| ☒ Parent | ☒ Special Education Teacher | ☐ Other: _____ |
| ☒ LEA Representative | ☐ Speech and Language | _____ |
| ☒ Student | ☐ Social Worker | _____ |

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact

Sonya Lee _____ at  (202) 282-0120 _____ (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

\* N/A _____          \* _____

See attachments, when appropriate, for - **EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

| | | | |
|---|---|---|---|
| 2nd Notice Date: | Notice Type: | Details | Respond By |
| 3rd Notice Date: | Notice Type: | Details | Respond By |

**\*After the third attempt to contact the parent, the meeting will be held without further notice.**

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____          Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).  ☐ Yes   ☐ No

District of Columbia Public Schools     03-31-2004     Division of Special Education     MDT Letter of Invitation to the Parent -  **Page 1 of 3**

69

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**
Meeting Notice

Student A▓▓▓    G▓▓▓▓    DOB ▓▓▓1986 Age 18    Grade 12  ID 7722341

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Student Hearing Office
D.C. Public Schools
825 North Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

**Free or Low Cost Legal Services**

| Neighborhood Legal Services | Neighborhood Legal Services | University Legal Services | The Children's Law Center Inc. | National Coalition for Students |
|---|---|---|---|---|
| 701 4th Street, N.E. | 1213 Good Hope Road, S.E. | 300 I Street, N.E. | 1050 Connecticut Avenue, N.W. | with Disabilities |
| Washington, D.C. 20001 | Washington, D.C. 20020 | Washington, D.C. 20002 | Suite 1200 Washington Square | 10560 Main Street, Suite 417 |
| 202-682-2700 (NW) | 202-678-2000 | 202-547-0198 | Washington, D.C. 20036-5317 | Fairfax, VA 22030 |
| 202-682-2732 (NE) | Fax 202-889-3374 | Fax 202-547-2662 | 202-467-4900 | 703-267-6588 |
| Fax 202-682-0588 | | | Fax 202-467-4949 | (fax) 703-267-6992 |

MDT Letter of Invitation to the Parent
03-30-2004

2

10/12/2005 15:06 FAX 202 742 2098          Brown & Associates                    ☐001

```
                            **********************
                            ***   TX REPORT   ***
                            **********************

        TRANSMISSION OK

        TX/RX NO              3026
        CONNECTION TEL                     92022821171
        CONNECTION ID
        ST. TIME             10/12 15:06
        USAGE T              00'24
        PGS. SENT               2
        RESULT               OK
```

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Roxanne D. Nelon ; |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia On

# FAX COVER SHEET

TO: Sonya Lee, Special Education Coordinator, Wilson SHS

FROM: Domiento C.R. Hill, Esq.

DATE:  October 12th, 2005

FAX NO: 202-282-1171

SUBJECT: A.G., DOB: ████785

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 2

COMMENTS:  Response to Letter of Invitation. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

71

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

--------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

--------------------------------

! Admitted in Bolivia Only

EXHIBIT
AGR-12

October 12th, 2005

**<u>Via Facsimile Only</u>**
Sonya Lee, Special Education Coordinator
Wilson Senior High School
Room 123D
Chespeake Street, NW
Washington, DC 20016

     Re:    A████ G█████ R███
     DOB: ██████████, 1985

Dear Ms. Lee:

    I hope this letter finds you in good health. I write in response to your letter of earlier today.

    After reviewing the dates and times proposed by you, on behalf of the District of Columbia Public Schools ("DCPS") to reconvene the student's MDT/IEP Meeting, the parent, Ms. Cheryl Rivas, by and through counsel, would like to select our offered date and time of November 3rd, 2005 at 10:00 A.M. to reconvene. Please fax a Confirmation of Meeting Notice to my attention at 202-742-2097. I look forward to receiving your fax.

                Respectfully,

                Domiento C.R. Hill, Esq.

Cc:  Cheryl Rivas, Parent
      Kevin Carter, Educational Advocate
      File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

72

10-12-05; 2:08PM;                                        ;2                    #  1/  3





## JUST THE FAX FROM

## WOODROW WILSON
## SENIOR HIGH SCHOOL

**OFFICE TELEPHONE** (202)282-0120
**FAX NUMBER**              (202)282-0123  1171

NUMBER OF PAGES INCLUDING COVER SHEET _3_

DATE:   10-12-05

TO:  Roxanne Neloms Esq

_____

_____

area code
PHONE#  20 2   742-200 0
area code
FAX#   20 2  742-20 98

FROM:   SONYA LEE
Coordinator of Special Education

COMMENTS:

_____

_____

_____

_____

73

10-12-05; 2:08PM;                                                          ;2                              # 2/ 3

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**Meeting Notice**

Date: 10/11/2005

**Letter of Invitation**                  Re : ~~Angelo~~          ~~Gregory~~

Dear  Ms. Rivas

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

| Place/Location: | Please check ONE date for confirmation, SIGN and return this form to the school by : 10/16/2005 |
|---|---|
| Woodrow Wilson Senior High School<br>Room 123D | ☐ Date: 11/01/2005    Time: 10:00 am  ; or<br>☐ Date: 11/02/2005    Time: 10:00 am  ; or<br>☐ Date: 11/03/2005    Time: 10:00 am<br>(Meeting date and time has already been confirmed with the parent. ☐ Confirmation will be sent with this Invitation. |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☐ **\*\*develop/review IEP (including consideration of extended school year (ESY) services        ☒ \*\*discuss CompEd
☐ **\*\*review evaluation or reevaluation information        ☐ discuss placement        ☐ **\*consider transition services needs
☐ develop the student evaluation plan (SEP)        ☐ determine manifestation        ☐ discuss quarterly review
☐ discuss documented levels of service        ☐ discuss eligibility        ☐ behavior plan review
☐ discuss consent for evaluations        ☐ discuss transfer        ☐ discuss request for evaluation(s)
☐ discuss termination of service(s)        ☐ discuss Personal Health Information (PHI)

☐ **\*\*review records to support the completion of services as follows:**

| ☐ Graduated | ☐ Certification of IEP | ☐ Aged Out | ☐ Deceased | ☐ Moved out of Jurisdiction |
| ☐ Completion of IEP Requirements | | ☐ Dropped Out | ☐ Other: | |

**\*\*Placement will be discussed.**

MDT Members:   ☒ Principal or Designee        ☒ General Education Teacher        ☐ Psychologist
               ☒ Parent                        ☒ Special Education Teacher        ☐ Other:
               ☒ LEA Representative            ☐ Speech and Language        _____
               ☒ Student                        ☐ Social Worker        _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact
    Sonya Lee                               at   (202) 282-0120                               (school telephone number).
If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate
    \* N/A                                                  \* _____

                See attachments, when appropriate, for - **EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**
2nd Notice Date: _____   Notice Type: _____        Details _____        Respond By _____
3rd Notice Date: _____   Notice Type: _____        Details _____        Respond By _____
**\*After the third attempt to contact the parent, the meeting will be held without further notice.**

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____        Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).        ☐ Yes        ☐ No

District of Columbia Public Schools        03-31-2004        Division of Special Education        MDT Letter of Invitation to the Parent - Page 1 of 3

74

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**
Meeting Notice

Student **Angelo**          **Gregory**          DOB ████ 1986 Age **18**    Grade **12**   ID **7722341**

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Student Hearing Office
D.C. Public Schools
825 North Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

**Free or Low Cost Legal Services**

| Neighborhood Legal Services | Neighborhood Legal Services | University Legal Services | The Children's Law Center Inc. | National Coalition for Students |
|---|---|---|---|---|
| 701 4th Street, N.E. | 1213 Good Hope Road, S.E. | 300 I Street, N.E. | 1050 Connecticut Avenue, N.W. | with Disabilities |
| Washington, D.C. 20001 | Washington, D.C. 20020 | Washington, D.C. 20002 | Suite 1200 Washington Square | 10560 Main Street, Suite 417 |
| 202-682-2700 (NW) | 202-678-2000 | 202-547-0198 | Washington, D.C. 20036-5317 | Fairfax, VA 22030 |
| 202-682-2732 (NE) | Fax 202-889-3374 | Fax 202-547-2662 | 202-467-4900 | 703-267-6588 |
| Fax 202-682-0588 | | | Fax 202-467-4949 | (fax) 703-267-6992 |

MDT Letter of Invitation to the Parent

03-30-2004

2

10/12/2005 15:06 FAX 202 742 2098          Brown & Associates                    ☒001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO              3026
        CONNECTION TEL                    92022821171
        CONNECTION ID
        ST. TIME             10/12 15:06
        USAGE T              00'24
        PGS. SENT              2
        RESULT               OK
```

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Roxanne D. Nelon ǂ |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia On |

# FAX COVER SHEET

TO: Sonya Lee, Special Education Coordinator, Wilson SHS

FROM: Domiento C.R. Hill, Esq.

DATE:  October 12th, 2005

FAX NO: 202-282-1171

SUBJECT: A.G., DOB: ▮▮/85

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 2

COMMENTS:  Response to Letter of Invitation. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use o  he
addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E  Brown
and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

76

# JAMES E. BROWN & ASSOCIATES, PLLC
### A Professional Limited Liability Company

EXHIBIT

AGR-13

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

----------------------------

! Admitted in Bolivia Only

October 12th, 2005

<u>Via Facsimile Only</u>
Ms. Sony Lee, Special Education Coordinator
Wilson Senior High School
Room 123D
3950 Chesapeake Street, NW
Washington, DC 20016

Re:    A██████ G██████-R███
DOB:    ██████████th, 1985

Dear Ms. Lee:

I hope this letter finds you in good health.

I write in response to your correspondence of earlier today. Please note that I previously responded to the Letter of Invitation sent by you. The date of my response was October 7th, 2005. I have included a copy of that letter for your review. In my letter, I offered to reconvene the student's MDT/IEP Meeting on October 27th, 28th, and 31st. To date, I have yet to get a response. Please respond to this letter by Friday, October 14th, 2005. I look forward to receiving your fax.

Respectfully,

Domiento C.R. Hill, Esq.

Cc:   Cherly Rivas, Parent
       A██████ G██████-R███, Student
       Kevin Carter, Educational Advocate
       File

◊ Admitted Only in Maryland.  Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey.  Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

77

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | **Attorneys at Law** | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| ------------------------------ | e-mail: Admin@Jeblaw.biz | ------------------------------ |
| | | ! Admitted in Bolivia Only |

October 7th, 2005

**Via Facsimile Only**
Ms. Sonya Lee, Special Education Coordinator
Wilson Senior High School
Room 123D
3950 Chesapeake Street, NW
Washington, DC 20016

> Re:     A█████ G██████-R████

Dear Ms. Lee:

I write in response to your letter of yesterday.

Unfortunately, due to already scheduled MDT/IEP Meetings, it will be necessary to look at alternative dates and times to convene. Currently, I am available to meet on October 27th, 28th, and 31st, at 10:00 A.M. Please let me know in writing, via facsimile, at 202-742-2097, as to what date and time is the most convenient for you and your staff to reconvene. I look forward to receiving your fax.

Sincerely,

Domiento C.R. Hill, Esq.

Cc:  Cheryl Gregory-Rivas, Parent
     A█████ G██████-R████, Student
     Kevin Carter, Educational Advocate
     File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.



## JUST THE FAX FROM

## WOODROW WILSON
## SENIOR HIGH SCHOOL

### OFFICE TELEPHONE (202)282-0120
### FAX NUMBER                (202)282-____ 1171

NUMBER OF PAGES INCLUDING COVER SHEET  3

DATE:  10-6-05

TO:  Roxanne Neloms, Esq

area code
PHONE#  202  742-2000
area code
FAX#  202  742-2097

FROM:  SONYA LEE
Coordinator of Special Education

COMMENTS:  Re: A____ - G____ R____

79

OCT-06-2005 17:01 FROM:                                TO:202 742 2098          P.2/3

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**Meeting Notice**

Date: 10/06/2005

**Letter of Invitation**

Re: ~~Angela~~          ~~Gonzales~~

Dear Ms. Rivas

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

| | Please check ONE date for confirmation, SIGN and return this form to the school by : 10/16/2005 |
|---|---|
| Woodrow Wilson Senior High School<br>Room 123D | ☐ Date: 10/17/2005    Time: 1:00 pm  ; or<br>☐ Date: 10/18/2005    Time: 8:45 am  ; or<br>☐ Date: 10/19/2005    Time: 9:00 am<br>(Meeting date and time has already been confirmed with the parent. ☐<br>Confirmation will be sent with this Invitation.) |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

- ☐ \*\*develop/review IEP (including consideration of extended school year (ESY) services
- ☐ \*\*review evaluation or reevaluation information
- ☐ develop the student evaluation plan (SEP)
- ☐ discuss documented levels of service
- ☐ discuss consent for evaluations
- ☐ discuss termination of service(s)
- ☐ discuss placement
- ☐ determine manifestation
- ☐ discuss eligibility
- ☐ discuss transfer
- ☐ discuss Personal Health Information (PHI)
- ☑ \*\*discuss CompEd
- ☐ \*consider transition services needs
- ☐ discuss quarterly review
- ☐ behavior plan review
- ☐ discuss request for evaluation(s)

☐ \*\*review records to support the completion of services as follows:

- ☐ Graduated
- ☐ Completion of IEP Requirements
- ☐ Certification of IEP
- ☐ Aged Out
- ☐ Dropped Out
- ☐ Deceased
- ☐ Other:
- ☐ Moved out of Jurisdiction

\*\*Placement will be discussed.

**MDT Members:**
- ☒ Principal or Designee
- ☒ Parent
- ☒ LEA Representative
- ☒ Student
- ☒ General Education Teacher
- ☒ Special Education Teacher
- ☐ Speech and Language
- ☒ Social Worker
- ☐ Psychologist
- ☐ Other:

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent:

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact

Sonya Lee                              at  (202) 282-0120                 (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

- N/A

See attachments, when appropriate, for - **EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

| 2nd Notice Date: | Notice Type: | Details | Respond By |
|---|---|---|---|
| 3rd Notice Date: | Notice Type: | Details | Respond By |

\*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____     Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).    ☐ Yes    ☐ No

District of Columbia Public Schools    03-31-2004    Division of Special Education    MDT Letter of Invitation to the Parent - Page 1 of 3

80

OCT-06-2005 17:01 FROM:                                        TO:202 742 2098        P.3/3

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**
Meeting Notice

Student ~~Augustin~~        ~~Gregory~~        DOB ██/██/1986 Age 18    Grade 12  ID 7722341

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

    Student Hearing Office
    D.C. Public Schools
    825 North Capitol Street, N.E. 8th floor
    202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

**Free or Low Cost Legal Services**

Neighborhood Legal Services
701 4th Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal Services
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc.
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588
(fax) 703-267-6992

MDT Letter of Invitation to the Parent
03-30-2004

2

DISTRICT OF COLUMBIA PUBLIC SCHOOL.
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Date: __10/06/2005__

Letter of Invitation

Re : ~~Angelo~~    ~~Gregupa~~

Dear __Ms. Rivas__

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

Woodrow Wilson Senior High School
Room 123D

Please check ONE date for confirmation, SIGN and return this form to the school by : __10/16/2005__

☐ Date: __10/17/2005__    Time: __1:00 pm__ ; or
☐ Date: __10/18/2005__    Time: __8:45 am__ ; or
☐ Date: __10/19/2005__    Time: __9:00 am__
( Meeting date and time has already been confirmed with the parent. ☐
 Confirmation will be sent with this Invitation.)

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☐ \*\*develop/review IEP (including consideration of extended school year (ESY) services    ☒ \*\*discuss CompEd
☐ \*\*review evaluation or reevaluation information    ☐ discuss placement    ☐ \*consider transition services needs
☐ develop the student evaluation plan (SEP)    ☐ determine manifestation    ☐ discuss quarterly review
☐ discuss documented levels of service    ☐ discuss eligibility    ☐ behavior plan review
☐ discuss consent for evaluations    ☐ discuss transfer    ☐ discuss request for evaluation(s)
☐ discuss termination of service(s)    ☐ discuss Personal Health Information (PHI)

☐ \*\*review records to support the completion of services as follows:

☐ Graduated    ☐ Certification of IEP    ☐ Aged Out    ☐ Deceased    ☐ Moved out of Jurisdiction
☐ Completion of IEP Requirements    ☐ Dropped Out    ☐ Other: _____

\*\*Placement will be discussed.

MDT Members:    ☒ Principal or Designee    ☒ General Education Teacher    ☐ Psychologist
☒ Parent    ☒ Special Education Teacher    ☐ Other: _____
☒ LEA Representative    ☐ Speech and Language    _____
☒ Student    ☒ Social Worker    _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact
__Sonya Lee__ at __(202) 282-0120__ (school telephone number).
If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate
\* __N/A__    \* _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

| | | | |
|---|---|---|---|
| 2nd Notice Date: | Notice Type: | Details | Respond By |
| 3rd Notice Date: | Notice Type: | Details | Respond By |

\*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____    Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).    ☐ Yes    ☐ No

District of Columbia Public Schools    03-31-2004    Division of Special Education    MDT Letter of Invitation to the Parent - Page 1 of 3

82

**DISTRICT OF COLUMBIA PUBLIC SCHOOL**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**
Meeting Notice

Student ███████  G███████          DOB ███ 1986 Age 18    Grade 12   ID 7722341

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

> **Student Hearing Office**
> D.C. Public Schools
> 825 North Capitol Street, N.E. 8th floor
> 202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

Test/Description: _____

Date of Report: _____

Test/Description: _____

Date of Report: _____

Test/Description: _____

Date of Report: _____

Test/Description: _____

Date of Report: _____

Test/Description: _____

Date of Report: _____

Test/Description: _____

Date of Report: _____

Test/Description: _____

Date of Report: _____

Test/Description: _____

Date of Report: _____

Test/Description: _____

Date of Report: _____

## Free or Low Cost Legal Services

**Neighborhood Legal Services**
701 4th Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

**Neighborhood Legal Services**
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

**University Legal Services**
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

**The Children's Law Center Inc.**
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

**National Coalition for Students with Disabilities**
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588
(fax) 703-267-6992

MDT Letter of Invitation to the Parent
03-30-2004

2

 

# JUST THE FAX FROM

## WOODROW WILSON
## SENIOR HIGH SCHOOL

### OFFICE TELEPHONE (202)282-0120
### FAX NUMBER          (202)282-0~~~~ 1171

NUMBER OF PAGES INCLUDING COVER SHEET _2_

DATE: _10-6-05_

TO: _Roxanne Neloms, Esq_

area code
PHONE# _2 0 2   7 4 2 - 2 0 0 0_
area code
FAX# _2 0 2   7 4 2 - 2 0 9 7_

FROM: __SONYA LEE__
Coordinator of Special Education

COMMENTS: ___ re: A▬▬-G▬y R▬▬___

84

10/07/2005 16:07 FAX 202 742 2098          Brown & Associates                            ☑001

```
                         *********************
                         ***   TX REPORT   ***
                         *********************

        TRANSMISSION OK

        TX/RX NO              2895
        CONNECTION TEL                        92022821171
        CONNECTION ID
        ST. TIME             10/07 16:06
        USAGE T              00'22
        PGS. SENT            2
        RESULT              OK
```

# James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ᵒ | 1220 L Street, NW | Roxanne D. Nelom |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McK ight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers' |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Sonya Lee, Special Education Coordinator, Wilson Senior High School

FROM: Domiento C.R. Hill, Esq.

DATE:  October 7th, 2005

FAX NO: 202-282-1171

SUBJECT: A.G.R.

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 2

COMMENTS: Response to Letter of Invitation. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of  e
addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown
and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

85

 

# JUST THE FAX FROM

# WOODROW WILSON
# SENIOR HIGH SCHOOL

## OFFICE TELEPHONE (202)282-0120
## FAX NUMBER        (202)282-~~0151~~ 1171

NUMBER OF PAGES INCLUDING COVER SHEET  3

DATE:  10-6-05

TO:  Roxanne Neloms, Esq

_area code_

PHONE#  202  742-2000
_area code_

FAX#  202  742-2097

FROM:  SONYA LEE
Coordinator of Special Education

COMMENTS:  Re: A█████-G███████ R█████

86

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**Meeting Notice**

Date: 10/06/2005

**Letter of Invitation**

Re : ~~Angelo~~    ~~Gregory~~

Dear  Ms. Rivas

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

| Place/Location: | Please check ONE date for confirmation, SIGN and return this form to the school by : **10/16/2005** |
|---|---|
| Woodrow Wilson Senior High School<br>Room 123D | ☐ Date: 10/17/2005    Time: 1:00 pm  ; or<br><br>☐ Date: 10/18/2005    Time: 8:45 am  ; or<br><br>☐ Date: 10/19/2005    Time: 9:00 am<br><br>Meeting date and time has already been confirmed with the parent. ☐<br>Confirmation will be sent with this Invitation. |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☐ \*\*develop/review IEP (including consideration of extended school year (ESY) services       ☒ \*\*discuss CompEd
☐ \*\*review evaluation or reevaluation information       ☐ discuss placement       ☐ \*consider transition services needs
☐ develop the student evaluation plan (SEP)       ☐ determine manifestation       ☐ discuss quarterly review
☐ discuss documented levels of service       ☐ discuss eligibility       ☐ behavior plan review
☐ discuss consent for evaluations       ☐ discuss transfer       ☐ discuss request for evaluation(s)
☐ discuss termination of service(s)       ☐ discuss Personal Health Information (PHI)

☐ \*\*review records to support the completion of services as follows:

☐ Graduated       ☐ Certification of IEP       ☐ Aged Out       ☐ Deceased       ☐ Moved out of Jurisdiction
☐ Completion of IEP Requirements       ☐ Dropped Out       ☐ Other:

**\*\*Placement will be discussed.**

MDT Members:   ☒ Principal or Designee       ☒ General Education Teacher       ☐ Psychologist
☒ Parent       ☒ Special Education Teacher       ☐ Other:
☒ LEA Representative       ☐ Speech and Language
☒ Student       ☒ Social Worker

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent:

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact
   Sonya Lee            at   (202) 282-0120            (school telephone number).
If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate
   \* N/A                                   \*

See attachments, when appropriate, for - **EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

| 2nd Notice Date: | Notice Type: | Details | Respond By |
|---|---|---|---|
| 3rd Notice Date: | Notice Type: | Details | Respond By |

**\*After the third attempt to contact the parent, the meeting will be held without further notice.**

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).   ☐ Yes   ☐ No       Date _____

District of Columbia Public Schools       03-31-2004       Division of Special Education       MDT Letter of Invitation to the Parent - **Page 1 of 3**

**DISTRICT OF COLUMBIA PUBLIC SCHC**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**
Meeting Notice

Student **Angela**           **Gregory**           DOB ████1986 Age 18   Grade 12  ID 7722341

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Student Hearing Office
D.C. Public Schools
825 North Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

Test/Description:

Date of Report:

**Free or Low Cost Legal Services**

Neighborhood Legal Services
701 4th Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal Services
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc.
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588
(fax) 703-267-6992

MDT Letter of Invitation to the Parent
03-30-2004

2

10-12-05; 6:45AM;

: 2

# 4/ 4

# MESSAGE CONFIRMATION

## OCT-06-2005 04:46 PM THU

FAX NUMBER    :
NAME          :

| | | |
|---|---|---|
| NAME/NUMBER | : | 92027422098 |
| PAGE | : | 1 |
| START TIME | : | OCT-06-2005 04:45PM THU |
| ELAPSED TIME | : | 00'08" |
| MODE | : | STD ECM |
| RESULTS | : | [ O.K ] |

```
**********************
***   TX REPORT   ***
**********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2988 |
| CONNECTION TEL | |
| CONNECTION ID | 92022821171 |
| ST. TIME | 10/12 09:21 |
| USAGE T | 01'45 |
| PGS. SENT | 10 |
| RESULT | OK |

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Nelom
John A. Straus
Dolores Scott McK ight
Marshall Lammers°

! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Sony Lee, Special Education Coordinator, Wilson SHS

FROM: Domiento C.R. Hill, Esq.

DATE: October 12th, 2005

FAX NO: 202-282-1171

SUBJECT: A.G.R., DOB: ▮▮/85

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 10

COMMENTS: Response to previous correspondence and request for confirmation. Thank you for your assistance.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E Brown

90

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernand |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| | Facsimile: (202) 742-2098 | |
| -------------------------------- | e-mail: Admin@Jeblaw.biz | -------------------------------- |
| | | ! Admitted in Bolivia Only |

November 8th, 2005

**Via Facsimile Only**
Sonya Lee, Special Education Coordinator
Wilson Senior High School
3950 Chesapeake Street, NW
Washington, DC 20016

Re:    A████ G██████-Ri████

Dear Ms. Lee:

I hope this letter finds you in good health. I write in response to the Letter of Invitation received by this office yesterday, November 7th, 2005.

After reviewing the dates and times proposed by you, on behalf of the District of Columbia Public Schools ("DCPS") to reconvene, the parent, by and through counsel, would like to select your offered date and time of November 17th, 2005 at 2:00 P.M.  Please fax a Confirmation of Meeting Notice to my attention, by the close of business Wednesday, November 10th, to confirm this date and time.  With this fax be certain to include copies of the student's IEP Progress Reports, and Related Service Tracking Logs. I look forward to receiving your fax.

If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

Respectfully,

Domiento C.R. Hill, Esq.

Cc:    Ms. Cheryl Rivas, Parent
          A████ G██████-Ri████, Student
          File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Miguel Hull and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey.  Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

Case 1:06-cv-00563-HHK    Document 7-4    Filed 08/31/2006    Page 44 of 48



# *HOME OF THE*
# *WILSON TIGERS*

*WOODROW WILSON HIGH SCHOOL*
*3950 Chesapeake Street, N.W.*
*Washington, D.C. 20016*

*Office Telephone (202) 282-0120*
*Fax Telephone (202) 282-0077 MAIN OFFICE*

*NUMBER OF PAGES (INCLUDING COVER SHEET):*   2

**Date:**   11/8/05

**To:**   Mr. Hill

**Phone #**

**Fax #**   (202)742-2098

**From:**   Sonya Lee

**Comments:**   Re: A▓▓▓▓ G▓▓▓▓ R▓▓▓

92

NOV-07-2005 09:33 FROM:                                    TO:2027422098              P.2/2

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### SPECIAL EDUCATION

## MULTIDISCIPLINARY TEAM
### (MDT)
### Meeting Notice                                          Date: 11/04/2005

### Letter of Invitation               Re : ~~Angelo~~          ~~Gregory~~

Dear  Ms. Rivas

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

| | |
|---|---|
| Woodrow Wilson Senior High School<br>Room 123D | **Please check ONE date for confirmation, SIGN and return this form to the school by :**  11/16/2005<br>☐ Date: 11/17/2005    Time: 1:00 pm  ; or<br>☐ Date: 11/17/2005    Time: 2:00 pm  ; or<br>☐ Date: 11/21/2005    Time: 9:30 am<br>(Meeting date and time has already been confirmed with the parent. ☐<br>Confirmation will be sent with this invitation.) |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☒ **develop/review IEP (including consideration of extended school year (ESY) services        ☐ **discuss CompEd
☒ **review evaluation or reevaluation information    ☒ discuss placement          ☒ \*consider transition services needs
☐ develop the student evaluation plan (SEP)          ☐ determine manifestation   ☐ discuss quarterly review
☒ discuss documented levels of service               ☐ discuss eligibility        ☐ behavior plan review
☐ discuss consent for evaluations                    ☐ discuss transfer           ☐ discuss request for evaluation(s)
☐ discuss termination of service(s)                  ☒ discuss Personal Health Information (PHI)

☐ **review records to support the completion of services as follows:**

☐ Graduated        ☐ Certification of IEP     ☐ Aged Out     ☐ Deceased      ☐ Moved out of Jurisdiction
☐ Completion of IEP Requirements                     ☐ Dropped Out  ☐ Other: _____

**\*\*Placement will be discussed.**

MDT Members:  ☒ Principal or Designee     ☒ General Education Teacher    ☐ Psychologist
              ☒ Parent                    ☒ Special Education Teacher    ☐ Other: _____
              ☒ LEA Representative         ☐ Speech and Language          _____
              ☒ Student                    ☐ Social Worker                _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact
     Sonya Lee                     at  (202) 282-0120              (school telephone number).
If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

     \* Sonya Lee                                   \* _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

| 2nd Notice Date: | Notice Type: | Details | Respond By |
|---|---|---|---|
| 3rd Notice Date: | Notice Type: | Details | Respond By |

\*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____         Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).   ☐ Yes   ☐ No

| District of Columbia Public Schools | 03-31-2004 | Division of Special Education | MDT Letter of Invitation to the Parent - Page 1 of 3 |
|---|---|---|---|

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3637
CONNECTION TEL                      92022820077
CONNECTION ID
ST. TIME             11/08 09:05
USAGE T              00'24
PGS. SENT            2
RESULT               OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Dolores Scott McKnight
Marshall Lammers'

! Admitted in Bolivia On

# FAX COVER SHEET

TO: Sonya Lee, Special Education Coordinator, Wilson Senior High School

FROM: Domiento C.R. Hill, Esq.

DATE:  November 8th, 2005

FAX NO: 202-282-0077

SUBJECT: A.G.R.

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 2

COMMENTS:  Response to Letter of Invitation. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

94

EXHIBIT
AGR-16

# JAMES E. BROWN & ASSOCIATES, PLLC
### A Professional Limited Liability Company

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West

------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Delores Scott McKnight
Marshall Lammers

------------------------

! Admitted in Bolivia Only

November 17th, 2005

**Via Facsimile Only**

Ms. Sony Lee, Special Education Coordinator
Wilson Senior High School
3950 Chesapeake Street, NW
Washington, DC 20016

   Re: A███lo G██████y-R█████
   DOB: █████████th,1986

Ms. Lee:

   I write in response to the confirmation of meeting notice faxed to this office on November 14th, 2005 at 10:09 A.M.

   First, please note that the date on the confirmation of meeting notice is incorrect. Indeed, as you cam see, the notice states that the date of the notice is October 13th, 2005, and this is incorrect as the date of the fax to me is November 14th, 2005. I am sure this is a mere oversight on your part, and can be easily rectified by resending a notice with the correct date.

   Second, please note that the confirmation of meeting notice will need to be resent as this notice is a little confusing to say the least. Specifically, in the notice it states that the MDT/IEP Meeting will be held on November 3rd, 2005. As I am sure you will agree, this is not possible as November 3rd, 2005, had already passed by the date and time you faxed this notice to me to have the meeting. Please let me know in writing, via facsimile, as to the date and time you would like to hold the meeting in order to avoid any confusion on this matter. Your attention to this matter is greatly appreciated.

   First, after a review of the dates and times offered by you, please note that myself and the parent are available to meet in an MDT/IEP Meeting for the student on November 29th, 2005 at 1:00 P.M. Please fax to my attention, by the close of business tomorrow, at 202-742-2097, a Confirmation of Meeting Notice.

◊ Admitted Only in Maryland.  Practicing Pursuant to Rule 49(c)(8); Supervision by Miguel Hull and Christopher West, Members of the D.C. Bar.

If you have any questions or comments, please do not hesitate to call.

Sincerely,

Domiento C.R. Hill, Esq.

Cc: Cheryl Rivas, Parent
Kevin Carter, Educational Advocate
File

2

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
* Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.