

# HOME OF THE WILSON TIGERS

*WOODROW WILSON HIGH SCHOOL*
*3950 Chesapeake Street, N.W.*
*Washington, D.C. 20016*

*Office Telephone (202) 282-0120*
*Fax Telephone (202) 282-0077 MAIN OFFICE*

*NUMBER OF PAGES (INCLUDING COVER SHEET):*  __2__

*Date:* _____11/10/05_____

*To:* _____Mr. Hill_____

*Phone #* _____

*Fax #* ____(202) 742-2098____

*From:* _____Sonya Lee_____

*Comments:* Re: ~~Angela Gregory-Robinson~~

97

NOV-14-2005 10:09 FROM:                                      TO:L__7422098              P.2/2

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.
### CONFIRMATION OF MEETING NOTICE

· Date: 10/13/2005

Ms. Rivas
Parent / Guardian Name

RE: A██████        G██████

Street #    Street            Quad    Apt. No.

SCHOOL: Wilson, W. Senior

WASHINGTON                DC  20010
City                      State  Zip Code

ID NO. 463

DOB: ████/1986

Dear Ms. Rivas

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 11/03/2005        Time: 10:00 am        Place/Location: Woodrow Wilson Senior High School
Room 123D

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**The purpose of this meeting is to:**

- [ ] **develop/review IEP (including consideration of extended school year (ESY) services
- [ ] **review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [ ] discuss documented levels of service
- [ ] discuss consent for evaluations
- [ ] discuss termination of service(s)

- [ ] discuss placement
- [ ] determine manifestation
- [ ] discuss eligibility
- [ ] discuss transfer
- [ ] discuss Personal Health Information (PHI)

- [x] **discuss CompEd
- [ ] *consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review
- [ ] discuss request for evaluation(s)

- [ ] **review records to support the completion of services as follows:

- [ ] Graduated        - [ ] Certification of IEP        - [ ] Aged Out        - [ ] Deceased
- [ ] Completion of IEP Requirements        - [ ] Dropped Out        - [ ] Other:        - [ ] Moved out of Jurisdiction

**Placement will be discussed.

MDT Members:
- [ ] Principal or Designee
- [x] Parent
- [x] LEA Representative
- [x] Student

- [ ] General Education Teacher
- [x] Special Education Teacher
- [ ] Speech and Language
- [x] Social Worker

- [ ] Psychologist
- [ ] Other:

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent:

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

* Sonya Lee                                        *

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Sonya Lee                        at (202) 282-0120                    (school telephone number).

Sincerely,

11/17/2005 07:07 FAX 2027422098    James E Brown & Assoc.    ☑001

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO             0719
RECIPIENT ADDRESS    92022820077
DESTINATION ID
ST. TIME             11/17 07:06
TIME USE             00'47
PAGES SENT           5
RESULT               OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!
Tilman L. Gerald
John A. Straus
Dolores Scott McKnight
Marshall Lammers

e-mail: Admin@Jcblaw.biz

! Admitted in Bolivia Only

# *FAX COVER SHEET*

TO: Sonya Lee, Special Education Coordinator, Wilson Senior High School

FROM: Domiento C.R. Hill, Esq.

DATE: November 17th, 2005

FAX NO: 202-~~646-3467~~ 282-0077

SUBJECT: A.G.R., DOB:

NUMBER OF PAGES, INCLUDING FAX COVER SHEET: 5

COMMENTS: Response to correspondence of last week, request for clarification, and copy of previous correspondence from you. Thank you for your assistance.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

99

## JAMES E. BROWN & ASSOCIATES, . LLC
*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

**EXHIBIT**
**AGR-17**

November 18, 2005

Ms. Sonya Lee
Special Education Coordinator
Woodrow Wilson SHS
3950 Chesapeake St., N.W.
Washington, D.C. 20016

RE:    A̶n̶g̶e̶l̶o̶ G̶r̶e̶g̶o̶r̶y̶-R̶i̶v̶a̶s̶

Dear Ms. Lee,

This letter serves to memorialize our conversation yesterday regarding your reasons for deciding not to go forward with the MDT meeting as scheduled. The primary purpose of the meeting scheduled to occur yesterday was to determine the amount of compensatory education owed A̶n̶g̶e̶l̶o̶ and to discuss the form(s) of compensatory education that might best meet his educational needs as a college student. You indicated that because A̶n̶g̶e̶l̶o̶ is eighteen years of age, it is essential that he be present at any MDT meeting held on his behalf and as of yesterday, you had yet to receive confirmation of his intent to attend. Our conversation concluded with your commitment to examine your schedule and to telephone me today with alternative meeting dates.

For clarity sake, I want to mention the fact that A̶n̶g̶e̶l̶o̶ rights have never been transferred from his mother to himself, so as a matter of law, the meeting could have gone forward without his presence. Ms. Rivas, A̶n̶g̶e̶l̶o̶ mother, had been apprised of yesterday's meeting and had granted us permission to represent A̶n̶g̶e̶l̶o̶ at that meeting. It is significant to note that A̶n̶g̶e̶l̶o̶ participated in the most recent administrative due process hearing held on his behalf via telephone. (Note: A̶n̶g̶e̶l̶o̶ was also prepared to participate in yesterday's MDT meeting via cell phone.)

I'm not currently privy to A̶n̶g̶e̶l̶o̶ class schedule at the University of the District of Columbia but it might be more reasonable to again solicit his participation via telephone. Whether he participates by telephone or is unable to participate doesn't negate his entitlement to compensatory education. Let's try to get this meeting scheduled as soon as possible and invite his input as to how best to utilize the compensatory education hours that will be awarded to him.

I look forward to hearing from you today and can be reached at (202) 742-2000. I appreciate your assistance with this process.

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

100

Sincerely,

Kevin Carter
Education Advocate

Cc:    Domiento Hill, Esq.

11/18/2005 10:25 FAX 202 742 2098          Brown & Associates                                    ☒001

```
                         ***********************
                         ***    TX REPORT    ***
                         ***********************

           TRANSMISSION OK

           TX/RX NO                  3882
           CONNECTION TEL                        92022820077
           CONNECTION ID
           ST. TIME                11/18 10:25
           USAGE T                 00'28
           PGS. SENT                  3
           RESULT                  OK
```

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

**Attorneys at Law**
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Dolores Scott McKnight
Marshall Lammers·

! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Ms. Sonya Lee, Spec. Ed. Coordinator, Wilson SHS

FROM: Kevin Carter, Education Advocate

DATE:  November 18, 2005

FAX NO: 202-282-0077

SUBJECT: A.G.,

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: Thanks for your assistance with this.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of t e

102

07/25/2001 14:20 FAX 12027422099          Murrell Brown

ay 31 01 10:07a          edi 10                    202-7   -9202

MAY-28-2001 MON 09:05 PM  FROM:BEI   ORAL HEALTH GROUP   FAX:20254494.



# EDUCATIONAL DIAGNOSTICS INSTITUTE, INC.
## 1401-I Street NW
## Suite 200
## Washington D.C. 20005

## PSYCHOLOGICAL EVALUATION

Name:              A████ R████
Date of Birth:     ████/1985
Age:               15
School:            New Vistas Preparatory Public Charter School
Grade:             8th
Date of Evaluation: 05/23/2001

### Reason for Referral:

A████ R████ is a fifteen year-old African American male who is currently attending New Vistas Preparatory Public Charter School. He recently became eligible to receive ninety minutes of special education services in speech/ language and counseling. He was referred by James Brown, Attorney at Law for a clinical psychological evaluation in order to assess his current emotional status so as to assist in the determination of an appropriate educational placement and in identifying the need for additional educational services.

### Tests Administered:

Record Review
Clinical Interview
Devereux Scales of Mental Disorders (DSMD)
Bender Visual Motor Gestalt Test (BVMGT)
Draw-A-Person Test (DAP)
Childrens Depression Inventory (CDI)
Incomplete Sentences

### Background Information:

The background information is taken from the clinical interview, the Psycho educational evaluation (09/17&09/03/2000) completed by Camille Harris, M.Ed., NBS, NCSP, and Educational Consultant, and the speech/language evaluation (10/06/2000)completed by Diana Figueros-Lockett, M.Ed., Speech Language Pathologist.

A████ R████ is a fifteen-year-old Hispanic male who lives with his mother and fourteen year old sister in the Washington DC. Metropolitan area. He has a seventeen-year-old brother who does not live with them. His father is deceased (approximately five years ago). According to his mother he is extremely close to his father. According to his mother he is a good child however he does have moments when he looses self control when angry, does not do as he is told, develops an attitude, refuses to go to school and disobeys the rules set by those in authority. She also has concerns that he is involved in potentially risky sexual activities and drug use. Most of the time when he is not angry he remains quiet and withdrawn.

07/25/2001 14:20 FAX 12027422099          Murrell Brown                           @044
May 31 01 10:07a          edi i                    202-7.  -9202              p.4

MAY-28-2001 MON 09:06 PM  FROM:BEH  ORAL HEALTH GROUP    FAX:20254494.          PAGE 10

2

Prior to attending New Vistas Charter Public School he was attending Lincoln Multicultural Middle School. He attended this school from the sixth to the eighth grade. He was retained in the eighth grade and then transferred to New Vistas Charter School. One of the complaints both Angelo and his mother have is that he is older than the children in his class; as a result he often refuses to go to school.

The psycho educational evaluation completed on 9/17 & 09/03/2000 reported a Full Scale IQ score of 81, which places him in the Low Average, range of intellectual functioning according to his performance on the Wechsler Intelligence Scale for Children- Third Edition (WISC-III). His overall academic achievement ability was found to be in the Average range in language and in the Low Average range in mathematics and reading. This evaluation reported some concerns regarding his emotional and behavioral functioning and also some concerns in the area of attentional abilities based on the erratic manner in which he responded to the questions and the need for numerous repetitions of directions during his evaluation. The recommendations were that he should be considered for services under the category of Other Health Impaired if he receives a diagnosis of Attention Deficit Disorder, adult provided structure, direction and supervision in order to address his attentional difficulties and remedial services in mathematics and associative thinking.

The speech and language evaluation conducted on 10/06/2000 found a mild oral language disorder that was characterized by receptive and expressive language weaknesses. Based on this finding Angelo was found eligible for special education services, and that he would benefit from a speech language therapy program that included improvement in expressive and receptive vocabulary skills and improvement in syntax/morphology skills.

**Behavioral Observations:**

Angelo was accompanied by his mother to the evaluation session. He was casually dressed and neatly groomed. His affect was constricted and his mood sad. Initially he was quiet almost shy however as the evaluation progressed rapport was established and he began to open up and share his personal experiences with the examiner. He was able to initiate conversations and seemed to enjoy the interactions that characterized the evaluation session. Throughout the evaluation he was attentive and well focused. He approached the tasks in a thoughtful way. He was polite and well behaved. He showed his ability to be extremely considerate in some of the discussions that he had with the examiner. Surprisingly given his chronological age of fifteen he was able to engage in mature, worldly conversations with the examiner. Angelo describes himself as an individual who likes to be alone. He expressed a lot of discomfort being in his current school environment such as the children being younger than him, the disorganization of the school and the lack of intellectual challenge. He believes that he would not be able to achieve his goal of being a lawyer if he does not receive the appropriate education soon.

Angelo spoke about the loss of his father. He stated that his father was his best friend and that the loss was great. According to him (during the past few years) most of the time he is sad, "down in the dumps" and often irritable. He believes that the world is a very difficult and heartless place to live in. He finds it difficult to get close to people because he doesn't trust people in general. Although he has high aspirations for his life his view of the world is quite dismal.

**Test Results and Interpretation:**

**Visual Motor Integration**

Angelo performance on the BVMGT a classic measure of visual-motor integration to help screen for brain dysfunction yielded a protocol with no developmental errors, suggesting

104

3

performance at an age appropriate level in the development of his visual motor integration skills. This test consists of nine stimulus cards, each showing a figure. Angelo was asked to reproduce the figures, a task requiring visual association, motor coordination and the ability to integrate perceptual and motor skills to achieve accurate reproductions. Given his chronological age of fifteen his score on the protocol indicates no significant deficits in his visual motor integration processing skills. The protocol showed some overlap in his drawings suggesting some difficulty with organization of his drawings.

His BVMGT protocol yielded an Emotional Score of one, which is associated with the following emotional factors: poor planning, inability to organize material and mental confusion.

## Emotional Functioning

Angelo's performance on the DAP produced drawings that contained a lot of detail. One of his drawings appeared to be a representation of himself in the female form. This drawing contained all the clothing and jewelry that he was wearing during the evaluation. There was a heart in one hand and a bunch of drooping flowers in the other hand. Symbolically this drawing is consistent with his perception of the world. Angelo perceives the world as devoid of love and that even when you attempt to be kind, people don't care and often respond in a rather cruel manner. The images that followed his initial drawing revealed a great deal of fantasy. His responses on the Incomplete Sentences protocol are indicative of the fact that he is concerned and troubled with issues pertaining to his education, success and what it takes to succeed, the loss of his father, depressive thoughts and issues of trust.

His emotional and personality testing protocol suggests that he is exhibiting significant behavioral problems. His overall level of behavioral functioning on the DSMD suggests that he is exhibiting a higher level of behavioral disturbance than ninety two percent of adolescents. Significant elevations were found on the Externalizing and Critical Pathology Composites and on the Conduct, Delinquency, Autism and Acute Problems Scales. Specific assessment findings found his highest rating to be on the Externalizing Composite. This indicates that Angelo often engages in behaviors that involve conflicts between himself and his environment. These behaviors may include the following aggressiveness, disobedience, annoying to others, disruptiveness, anger dyscontrol, restlessness, or inattentiveness. His protocol also shows significant elevations on the Critical Pathology Composite. This suggests that there are times when Angelo's interpretations of daily situations are distorted. When this occurs his daily functioning is substantially impaired.

His performance on the CDI suggests that he is experiencing mild depressive symptomatology. The CDI is a self-report test that helps assess cognitive, affective and behavioral signs of depression in children and adolescents. Angelo's protocol suggests that he is experiencing some depressive symptomatology primarily on a behavioral level.

## Summary and Recommendations:

Angelo is a fifteen-year-old Hispanic male currently in the eighth grade. He was assessed to determine his current emotional status. His most recent cognitive testing 9/17 & 9/30/2000 placed him in the Low Average range of intellectual functioning in comparison to his same age peers. His achievement testing indicated that he was achieving in the Average range in language and in the Low Average range in reading and mathematics. There were concerns regarding his behavioral and emotional status. The 10/06/2000 report indicated a mild oral language disorder.

This clinical evaluation shows the following: personality testing, clinical interview and observations indicate that Angelo is experiencing problems in several areas. He is experiencing a



Name: A▊▊▊ G▊▊▊▊-Ri▊▊
DOB: ▊▊▊85

## SPEECH AND LANGUAGE EVALUATION

Chronological Age: 16.4
School: Wilson SHS

Examiner: Thelma R. Boykin
Evaluation Date: 3-29-02

### BACKGROUND INFORMATION

A▊▊▊, 16.4 yrs., is currently enrolled in the ninth grade at Wilson SHS. He was referred to the speech therapist to assess his skills and determine present level of language functioning. Testing by Diana Lockett indicated receptive language standard score 90, expressive language standard score 86 and total language score 87 A▊▊▊ easily established rapport and readily attempted all tasks. The following testing behaviors were observed:

- Physical activity level—appropriate
- Overall, fidgety/restless—none noted
- Attention to task—most of the time
- Off task behaviors—none
- Response rate—appropriate
- Response time—appropriate
- Level of interaction—participated willingly
- Engaged in test appropriate conversation
- Fatigue—not observed

A▊▊▊ had no particular likes or dislikes about school, is seeking employment and wants to be entrepreneur or business manager when grown.

### TESTS ADMINISTERED

*Clinical Evaluation of Language Fundamentals 3 (CELF 3)*
*Goldman Test of Articulation*
*Informal evaluations*

### TEST RESULTS

*CELF 3*

| Subtest | Standard Score | Range |
|---|---|---|
| Concepts & Directions | 12 | Average |
| Word Classes | 8 | Average |
| Semantic Relationships | 10 | Average |
| Formulated Sentences | 11 | Average |
| Recalling Sentences | 13 | Above Average |
| Sentence Assembly | 14 | Above Average |

02/09/2005 17:22 FAX 202 442 5098          OFF. OF GENERAL COUNSEL          @028

| Total Language | 104 | | |
| Receptive Language | 100 | Expressive Language | 116 |

Hearing, fluency, voice, and oral peripheral mechanism were informally evaluated.

## DATA INTERPRETATION.

The *CELF 3* was administered to assess the basic foundations of form and content that characterizes mature language use; word meanings (semantics); word & sentence structure (morphology & syntax); and recall & retrieval (memory).   Receptive language score 100 is in the average range and the expressive language score 116 is in the high average range.  Total language score 104 is in the average/age appropriate range.  The *CELF 3* subtests assess the following:

1. Concepts and directions—ability to follow oral directions containing linguistic concepts
2. Word classes—ability to make word associations
3. Semantic relations—ability to process comparative, sequential, spatial, and temporal relationships and passive voice
4. Formulated sentences—ability to formulate simple, compound, and complex sentences
5. Sentence assembly—ability to apply grammatical rules and transformations in grammar
6. Sentence assembly—ability to apply grammatical rules and transformations in grammar

*Goldman Fristoe Test of Articulation* yields no articulation errors.

Oral peripheral mechanism, fluency, Pragmatics, voice and hearing grossly appeared to be within normal limits.

## SUMMARY

A█████ presents with average receptive and high average expressive language processing skills.  Other parameters of language including voice, articulation, hearing, fluency, pragmatics and oral peripheral mechanism appear to be within normal limits. A█████ has a great sense of humor and it was a pleasure to evaluate him.

## RECOMMENDATIONS

There are no recommendations for speech/language intervention services. Parent should sign exit document.

Thelma Boykin, MS
Speech Pathologist
March 28, 2002



EXHIBIT
AGR-20
ALL-STATE LEGAL

**Government of the District of Columbia**
**Department of Human Services**
**Income Maintenance Administration**

| For DHS Use Only |
| --- |
| Worker: _____ |
| Case #: _____ |
| MRT Doctor Reviewer: _____ |

## MEDICAL EXAMINATION REPORT

**To be completed by the customer/patient:**

Customer/Patient Name: _____ Date of Birth: _____ SSN: _____

Address: _____ WDC 20010 Phone: (___) _____

Alternative Contact (Optional): _Trudy Greggory_
Address: _1201 Clifton St NW_    Phone (202) 516 5588

I authorize my alternative contact to provide information about me to representatives of the Income Maintenance Administration.

Signed: _____ (Customer/Patient)

**To be completed by the medical professional:**

Physician's Name: _Ricardo Galbis MD_ Address: _1800 Decatur St NW DC 20011_
Agency: _Andromeda Transcultural Health_ Phone (202) 291 4707

**The information provided in this form will be used to determine eligibility for benefits requiring a finding of disability under the Social Security disability criteria. Please focus your responses on the patient's ability to perform work functions.**

**Physical Examination Report**

Date of exam: _03/15/05_    Height: _5'8"_    Weight: _197 pounds_

**Medical Conditions, Clinical Manifestations, and Diagnosis:**
(Please include ICD-9 Codes or DSM-IV Codes and avoid abbreviations as much as possible):
_296 - & 304.80_
_Major depression & substance dependee_
_Both on treatment patient compliant to_
_treatment._

**Describe Objective Findings, Clinical Findings and your treatment recommendations:**
(Especially since we do not see the individual, we need your observations. Please include all of the patient's positive test results and signs found during examination.):

_Mini mental examination with total score_
_of 24. Mental exam: poor judgement & reasoning_
_Dysthimic mood, sad facial expression, content_
_of thought relevant, speech is concrete, low & poor_
_Insight, poor appetite, trouble falling asleep & self_
_Depreciation & worthlessness in his thought content_

108

(over)

| Functional Limitations | Degree of Limitation | | | | |
|---|---|---|---|---|---|
| Restrictions of Activities of Daily Living | None ☒ | Mild ☒ | Moderate ☐ | Marked ☐ | Extreme ☐ |
| Difficulties in maintaining Social Functioning | None ☐ | Mild ☐ | Moderate ☐ | Marked ☒ | Extreme ☐ |
| Difficulties in maintaining Concentration, Persistence, and/or Pace | None ☐ | Mild ☐ | Moderate ☐ | Marked ☒ | Extreme ☐ |
| Repeated episodes of decompensation in work or work like settings, each of an extended duration | None ☐ | Mild ☐ | Moderate ☒ | Marked ☐ | Extreme ☐ |

| Physical Capacities | Less than 2 hours | At least 2 hours | About 6 hours |
|---|---|---|---|
| Sit | | ✗ | |
| Stand | ✗ | | |
| Walk | ✗ | | |

**Check the heaviest weight the patient can lift/carry:**
☐ Less than 10 lbs  ☐ 10 lbs  ☐ 20 lbs  ☐ 25 lbs  ☐ 50 lbs  ☒ 100 lbs  ☐ more than 100 lbs
**Check the weight the patient can lift/carry frequently:**
☐ 10 lbs  ☐ 25 lbs  ☒ 50 lbs  ☐ more than 50 lbs

**Evaluation:** Based upon your evaluation, has your patient's medical condition lasted, or can it be expected to last, at least 12 months? Yes ☒  No ☐
Is the patient's medical condition expected to result in death? Yes ☐  No ☒
Does the patient's medical condition prevent him/her from working? Yes ☒  No ☐
If yes, please give the duration:  Day _18_ Month _3_ Year _05_ to Day _18_ Month _3_ Year _06_

**Remarks:** (Please provide any additional information clarifying how the patient's condition limits his or her ability to work.  If possible,  include a description of  any restrictions in Activities of Daily Living, and/or Social Functioning, and/or Concentration, Persistence, and/or Pace due to the patient's condition):

_Pte Has MAJOR depression with a poor self-steem with self deprecation & worthlessness, He also Has a deficit of Attention & a lot of problems on concentration all this prevent Him of doing or keeping a Job._

_____

_____

**Please attach records or other additional medical or mental health evidence.**

_Ricardo Galbis M.D. 03/18/2005_

**Signature of Medical Provider**          **Printed Name of Medical Provider          Date**

(proposed rev. 08/04)

109



EXHIBIT
AGR-21

D.C. Public Schools
Division of Special Education
Educational Re-Evaluation Report

CONFIDENTIAL

This report contains confidential information and is the property of D.C. Public Schools.

Name:                    Gregory, Angela
Reevaluation Date:       4/19/2005
Date Of Birth:           ████1985
Chronological Age:       16 - 5
Gender:                  Male
Grade:                   09
Attending School:        Woodrow Wilson Senior High School
Examiner:                Toni Atkinson-Williams, M.Ed., NCSP
Title:                   School Psychologist

## EVALUATION PROCEDURES:

A██████ primary language, racial, and ethnic background were considered prior to selection and interpretation of evaluation procedures and measures. All assessment procedures measure a limited sample of a person's total repertoire. The selected measures should only be interpreted within the limits of their measured validity. The following procedures were components of the evaluation:

| PROCEDURES | DATE |
|---|---|
| Interview and Observation of Student | |
| Wechsler Individual Achievement Test II | 4/19/2002 |

## BEGAVIORAL OBSERVATIONS:

A█████ is a male who is 16 - 5 years old. Regarding his body build, he is average. His manner of dress was typical for age. He wore glasses and his hearing appeared to be within the normal limits.

A█████ attention, concentration and vigilance during testing were average. His motivation for successful completion of the testing was average. His persistence on difficult tasks was fair and his effort throughout the testing was average. A█████ response style when attempting tasks or answering questions appeared typical of children his age.

A█████ performance during formal testing did not appear to be adversely affected by failure or frustration. Modification or adaptation to the standardized procedures were not required due to any sensory, motor, or communication limitations. He did not require an excessive amount of reinforcement and praise. Overall, the results of the present testing and evaluation procedures appear to be valid for the purpose of addressing the reason for referral.

110

Gregory Angelo - Psycho-. .ational Evaluation Report

## ACADEMIC ACHIEVEMENT ASSESSMENTS:

Wechsler Individual Achievement Test II -- Results:

| SUBTEST | SS | Comp SS | Conf. | %ILE | NCE | Stan | A.E. | G.E. |
|---|---|---|---|---|---|---|---|---|
| Word Reading | 98 | | | 45 | | | | 9.8 |
| Reading Comprehension | 73 | | | 4 | | | | 4.4 |
| Pseudoword Decoding | 109 | | | 73 | | | | >12.9 |
| Composite | | 91 | | 27 | | | | |
| Numerical Operations | 77 | | | 6 | | | | 5.8 |
| Math Reasoning | 70 | | | 2 | | | | 5.4 |
| Composite | | 71 | | 3 | | | | |
| Spelling | 96 | | | 39 | | | | 8.8 |
| Written Expression | 100 | | | 50 | | | | 10.4 |
| Composite | | 97 | | 42 | | | | |
| Listening Comprehension | | | | | | | | |
| Oral Expression | | | | | | | | |
| Composite | | | | | | | | |

| Supplemental Scores | Quartile | | Quartile |
|---|---|---|---|
| Reading Comprehension | | Alphabet Writing | |
| Target Words | 4 | Word Fluency | 1 |
| Reading Speed | 3 | Word Count | |
| | | | |
| Word Fluency | | | |

Toni Atkinson-Williams administered the Wechsler Individual Achievement Test - II (WIAT-II) to Angelo on 04/19/02. The WIAT-II is an individually administered, comprehensive academic achievement test. Composite scores in Reading, Mathematics, Written Language and Oral Language may be obtained depending upon the subtests administered.

Reading:

The Composite Reading score provides a measure of an individual's reading decoding (word attack skills), lexical access of sight words, reading comprehension, oral reading accuracy, and silent reading rate. Angelo obtained a Reading Composite standard score of 91, which is in the average range and at the 27th percentile when compared to his age peers.

The Word Reading subtest measures letter identification, the ability to focus on and manipulate phonemes in spoken words (phonemic identity, phonemic categorization, phonemic blending) and awareness of larger spoken units such as syllables and rhyming words (phonological awareness). The Word Reading subtest score represents word-reading accuracy. Angelo obtained a Word Reading standard score of 98, which is at the 4th percentile of his age peers and in this, is in the average range.

G█████ A█████ - Psycho-█████cational Evaluation Report

The Reading Comprehension subtest measures skills such as matching pictures with words, recognizing stated and implied detail, predicting events, drawing conclusions, using context to determine meaning and recognizing stated and implied cause and effect. A█████ Reading Comprehension subtest standard score of 73 is in the borderline range and reflects performance at or better than 4th percent of his age peers.

The Pseudoword Decoding subtest requires the individual to read a list of nonsense words representative of the phonetic structure of words in the English language. This subtest measures the ability to apply phonetic decoding skills. A█████ obtained a standard score of 109 on the Pseudoword Decoding subtest, which is at the 73rd percentile of his age peers. His mastery of the alphabet principle and ability to decode unfamiliar words is in the average range.

Mathematics:

The Composite Mathematics score provides a measure of an individual's numerical operations and math reasoning skills. Through numerical writing, calculation, and counting, A█████ obtained a Mathematics Composite standard score of 71, which is in the borderline range and at the 3rd percentile when compared to his age peers.

The Numerical Operations subtest the ability to identify and writer numbers, count using 1:1 correspondence and solve written calculation problems and simple equations involving the basic operations of addition, subtraction, multiplication and division. He obtained a Numerical Operations standard score of 77, which is at the 6th percentile compared to his age peers and in the borderline range. On the computation subtest he made careless errors when adding and subtracting multi-digits with regrouping. He was able to divide using a single digit divisor with regrouping and multiply multi-digit and single digit numbers. He could not subtract simple fractions with different denominators, but was able to multiply simple fractions. He was unable to calculate with exponents, calculate square roots, add negative integers, and subtract decimals with regrouping.

The Math Reasoning subtest presents the examinee with a series of problems with both verbal and visual prompts that assess the ability to reason mathematically. A█████ Math Reasoning is in the borderline range with a standard score of 70 and reflects math reasoning skills at the 2nd percentile. On this subtest he was able to use grids and graphs to make comparisons and draw conclusions; use patterns to solve problems; create and solve addition problems using money; and use geometric and spatial reasoning to solve problems. He was inconsistent in his attempts to create and solve division and multiplication problems using whole numbers. He was unable to use non-standard and standard units to measure; use quantities less than a whole; use patterns to solve problems; and tell time and use time to compare and order events.

Written Language:

The Composite Written Language score provides a measure of an individual's spelling and written expression skills. The Written Language Composite is assessed through the alphabet principle, written spelling of regular and irregular words, and descriptive writing

G_____, A_____ - Psycho-.    :ational Evaluation Report

and narrative writing. A_____ obtained a Written Language Composite standard score of 97, which is in the average range and at the 42nd percentile when compared to his age peers. The Spelling subtest assesses the examinee's ability to spell dictated letters, letter blends and words. He obtained a spelling standard score if 96 which is in the average range and at the 39th percentile. The Written Expression subtest assesses the writing process at the subword, word, sentence and text level. Dependent upon the grade level of the examinee five sections (alphabet writing, word fluency, Sentences, Paragraph and Essay) are included. A_____ demonstrates average Written Expression skills with a standard score of 100, which is at the 50th percentile.

SUMMARY:
As indicated on the WIAT-II A_____ is average in reading recognition skills and written expression. He demonstrated weaknesses in mathematics and reading comprehension. Thus, he continues to require academic remediation.

Toni Atkinson-Williams, M.Ed., NCSP

EXHIBIT
AGR-22

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.
### INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS

Additional Comments: ☐

### I. IDENTIFICATION INFORMATION

Student Name: Last ~~Georg-Rivas~~  First ~~Angel~~  MI

Student ID# 792341  Soc. Sec. No. ~~~~

Gender ☐ M ☐ F  Date of Birth ~~-86~~  Ethnic Group African-American  Age: 19  Grade 11

Address

House No. ~~~~  Street Name ~~~~  Washington DC 20010
Quadrant  Apartment #  City  State  Zip Code

☐ Non-attending

Attending School Wilson SHS  Home School

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS/

Parent Cheryl Rivas (C) ~~~~

Address of (if different from student):  ☐ Parent ☐ Guardian ☐ Surrogate

House No.  Street Name  Quad  Apt. No.  City  State  Zip Code
Telephone: Home  Work

### II. CURRENT INFORMATION

Date of IEP Meeting: 6/4/04

Date of Last IEP Meeting: 4/7/03

Date of Most Recent Eligibility Decision: 4/7/03

Purpose of IEP Conference:
☐ Initial IEP  ☒ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: 11c

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| ☒ | BEHAVIOR | | TRANSPORTATION |
| | ESY | ☒ | TRANSITION |

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | | | | Oral |
| Parent | English | | | | Rdg./ Written |
| Home | English | | | | Instrument: |
| | | | | | Date: |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | | | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|---|---|---|
| Specialized Instruc. | | 22.5 | 22.5 | H | W | Sped Tchr | 6/4/04 | 10 M |
| Counseling | | 1.6 | 1.5 | H | W | psychologist Social Worker | 6/4/04 | 10 M |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | Hours Per Week | 24.00 | | | |

### V. Disability(ies)

MH - ED/LD

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☒ 21-60%  ☐ 61-100%

Percent of time NOT in a Regular Education Setting 24/0

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Robin Keys /Robin Keys

Cheryl Rivas

*Angel R...

Ko...

...Clark (...)

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature  x Cheryl Rivas

District of Columbia Public Schools  07-02-2001  Division of Special Education  Date 6/4/04

Appendix -  IEP Page 1 of 4.

DCPS - 01

114

02/09/2005  17:17 FAX 202 442 5098        OFF. OF GENERAL COUNSEL                    ☑004

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

TRANSPORTATION DIVISION

**STUDENT TRANSPORTATION DATA FORM**

**2004-2005**
School Year

| IEP Attachment B |
| Transportation |

(MDT must first determine if student meets the requirements for transportation services and has it included in the IEP.)

Person Making Request: _A. Randall_

Date of Request: _____

Status of Request: _____

Date Request Received: _____

Person Receiving Request: _____

STUDENT IDENTIFICATION NUMBER

_Cheryl Rivas_
Parent / Guardian (Print legibly or type)

Student: Last Name ~~_____~~  First Name ~~_____~~  MI

House No.  Street Name  Quad.  Apt.
_Washington  DC  200 10_
City  State  Zip Code

DOB  Gender _M_  Primary Language _English_  Submitting School and Telephone Number

Disability Classification _Multi Handicapped_   **Medical Issues**

_____
Telephone (H)

_____
Telephone (W)

_____
Emergency Contact

_____
Relationship

_____
Telephone No.

_____
Pager / Cell No.

Students will be taken to a central location until 6:00 p.m. if the bus attendants are unable to deliver them to the designated location. After 6:00 p.m. the police will be contacted. This year's central location is _____

**MODE OF TRANSPORTATION**  ☐ *Bus  ☒ Tokens  ☒ Farecards

* SPECIAL ACCOMMODATIONS FOR BUS

Height _____  Weight _____

☐ Oxygen  ☐ Tracheotomy tube  ☐ Seizures  ☐ Helmet

☐ Harness  ☐ 1:1 Aide  ☐ Behavioral Issues _____

Medication _____  Specific allergies _____

Dosage required during transportation :
☐ Yes ☐ No  Dosage _____  ☐ PM ☐ AM

☐ Mobility  ☐ Ambulatory ( ☐ Cane, ☐ Crutch, ☐ Walker)

☐ Ambulatory w/ assistance ( ☐ Cane, ☐ Crutch, ☐ Walker)

☐ Non Ambulatory ( ☐ Standard, ☐ Motorized, ☐ Oversized
w/ lap tray  ☐ Yes ☐ No)

☐ Car Seat  ☐ Positioning Device
☐ Special Restraint  ☐ Other, Describe: _____

Parent / Guardian / Surrogate Signature: _____  Date: _____

*If parent contact is by phone, the following information must be provided:

Name of Contact: _____

Relationship: _____  Telephone No.: _____

Click one of the following:

☐ **AM Pick-up & PM Drop-off** is the same as the student address.

☐ **AM Pick-up Address** _____  Telephone No. _____

**PM Drop-off Address** _____  Telephone No. _____

**Transportation will NOT be provided without confirmed placement through the proper procedures. Justification for other than neighborhood settings must be explained on the back by the school official requesting the transportation services.**

_A. Randall_
School Official requesting transportation service:
_Wilson_
School to Attend:

**Woodrow Wilson Senior High School**
**3950 Chesapeake St, NW**
**Washington, DC 20016**
Address of School

_9-20-04_
Date

_282-0487_
Telephone No.

**Questions may be directed to the Special Education Transportation Liaison.**

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment B    Transportation

## EVALUATION TO JUSTIFY TRANSPORTATION

Student _____ ID# 772234     DOB _____-86

Attending School  Wilson SHS     Neighborhood School _____

Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a  related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐ Medical reports document a severe health condition that prevents the student from walking to school. Specify _____

2. ☐ Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify _____

3. ☐ A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify _____

4. ☐ A visual and/or hearing disability interferes with the student's ability to arrive at school independently. Documentation source _____

5. ☐ A severe communication disability prevents the student from communicating for his/her own safety Documentation source _____

6. ☐ A behavior /emotional disability is so severe or erratic that there is concern for the safety of the student and/or others. Documentation source _____

7. ☐ The student is eligible for the preschool special education program and could not participate without special transportation.

8. ☒ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

9. ☐ The student is medically fragile. Documentation source _____

10. ☐ The student requires assistance to get on and off the bus. Documentation source _____

11. ☐ The student is unable to function independently due to the severity of the disability. Documentation source _____

12. ☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain _____

13. ☐ Medical reports document that the student has a physical disability and/or severe health condition that prevents him/her from walking to school. Documentation source _____

14. ☐ A documented severe cognitive disability prevents the student from walking to school. Documentation source _____

15. ☐ Other (Specify)

```
┌─────────────────────────────────────────────────────────────────┐
│                                                                   │
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```

02/09/2005 17:17 FAX 202 442 5098    OFF.OF GENERAL COUNSEL    ☒006

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
WASHINGTON, D.C.

**INDIVIDUALIZED EDUCATION PROGRAM**
**(IEP)**
**MEETING NOTES**

STUDENT ~~Angel Gregory Price~~    SCHOOL Wilson SHS    DATE: 5/4/04

**PARTICIPANTS:**

Robin Keys
x Cheryl Rivas
x Angela Gregory
Roman oski
Alonzo Randall

**PARTICIPANTS: (Sign Name)**

Robin Keys
Cheryl Rivas
Angela Gregory
Roman oski
Alonzo Randall

**DISCIPLINE**

Spec. Ed. Tch. Casemng.
mom
student
Business
Spec. Ed. Coord

Ms Rivas discussed ~~Angel's~~ progress and plans for the future. Ms. Rivas stated that ~~Angel~~ doesn't talk w/ her much about his plans. She also stated she wanted him to have a full assessment (vocational parts II, III) and what ever programs we have to offer him at this time. She also stated she was pleased w/ ~~Angel's~~ progress and she wanted him to go to college.

117

District of Columbia Public Schools
Division of Special Education
Washington, D.C.

IEP Continuation Page

## IEP CONTINUATION PAGE

Student Name ~~redacted~~ DOB _____ DATE _____

Student ID Number _____    Managing School  Wilson

Attending School  Wilson

**INSTRUCTIONS:** Use this addendum when additional space is needed on an IEP section or part. Enter the
*section/part, page number or addendum to identify each item being continued. Attach this addendum to the form.

Page  4  of  4   or Addendum _____

~~redacted~~ stated he wanted to go to
college out of state if possible
However he was amenable to
exploring schools in the Washington
Metropolitan area

~~redacted~~ also expressed a desire to
register w/ Voc rehab to try and
get money to go to school. He also
will go to 1133 N Capitol to apply
for Housing assistance. to help him
defray the cost of college tuition.
get Housing.

| Student Name | A_____ G_____ | | Managing School | Wilson SHS | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | Wilson SHS | | Page 2 of 4 |

## VII. Present Educational Performance Levels, in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas:** (Evaluator)

**Math Strengths:**

A_____ is able to preform math skill

**Impact of disability on educational performance in general education curriculum:**

impacts on his ability to preform complex higher order math operations

**Reading Strengths:**

able to decode, sentences, reading passage

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**

Math Cal. 6.8  6.E
Math Rea. 5.4  6.E
See goal page: _____
Date: _____
Rdg. Com 4.4  6.E
Rdg. Basic _____
Written Ex. 10.4  6.E
See goal page: _____
Date: _____

**Communication (Speech & Language)** (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**

Exp. Lang. _____
Rec- Lang. _____
Artic _____
Voice _____
Fluency _____
Exp. Voc. _____
Rec. Voc. _____
See goal page: _____
Date: _____

**Motor/Health** (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) /Results When Available**

_____
_____
_____
_____
See goal page: _____
Date: _____

**Social Emotional Behavioral Areas:** (Evaluator)

**Strengths:**

Able to verbalize his thoughts / feelings

**Impact of disability on educational performance in general education curriculum:**

Impacts on his ability to effectively function resolve conflict appropriately, deal w/emotions appropriately

**Score(s) When Available**

_____
_____
_____
See goal page: _____
Date: _____

**Cognitive/Adaptive Behavior:** (Evaluator)

**Strengths:**

understands consequences of negative beh.

**Impact of disability on educational performance in general education curriculum:**

impacts on his ability to make appropriate choices as they relate to abilities & peer relation

**Score(s) When Available**

_____
_____
_____
See goal page: _____
Date: _____

**Prevocational Skills:** (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**

_____
_____
See goal page: _____
Date: _____

02/09/2005 17:18 FAX 202 442 5098          OFF. OF GENERAL COUNSEL          ☑009

| Student Name | *Angelo G____ B____* | Managing School | *Wilson SHS* | |
|---|---|---|---|---|
| Student ID Number | _____ DOB | Attending School | *Wilson SHS* | DCPS – IEP<br>Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | | Goal Number: ☐ |
|---|---|---|---|

Area addressed by goal: *Transition*

**ANNUAL GOAL:** (including mastery criteria.)

*A____ will continue to develop pre-vocational/*
*Vocational transition skills.*

Provider(s): *Special Education Tchr. / General Ed Tchr.*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① *A____ will develop a resume that list is work experience with 80% mastery* | | *Monthly* |
| ② *A____ will apply to at least 6 colleges/university he will complete 80% of the application before he request assistance.* | | *monthly* |
| ③ *A____ will complete his FAFSA and DC Caps application w/ 80% accuracy before he requests help* | | *monthly* |
| ④ *A____ will write a 500 word essay and a 750 word essay with 80% accuracy he will use the essay for his college appli* | | *monthly* |

| **EVALUATION PROCEDURE(S)** |
|---|
| ☐ Portfolio ☐ Log ☐ Chart ☑ Test ☐ Documented Observation ☐ Report ☐ Other |

District of Columbia Public Schools          07-02-2001          Division of Special Education          Appendix - A          IEP Page 3 of 4

120

| Student Name | Douglas Gregory-Ross | | |
|---|---|---|---|
| Student ID Number | | DOB | Managing School  Wilson SHS |
| | | | Attending School  Wilson SHS |

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Goal Number: ☐

Area addressed by goal: _Writing_

**ANNUAL GOAL:** (including mastery criteria.)

Angelo Will develop his formal / informal
Writing skills to 80% mastery.

Provider(s): General Education / Special Education

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① Angelo will write a 5 page persuasive paper on a content related topic w/ 80% mastery | | monthly |
| ② Angelo will write a defensive paper and a opposition paper based on content related topics w/ 80% mastery. | | Monthly |
| ③ Angelo Will research a topic in literature as described / outlined by his teacher. he will take notes relevant to topic sequence + organize the notes with 80% mastery. | | monthly |
| ④ Angelo will read and then write a 2 page critical analysis of a prem sonnet, short story with 80% mastery | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other

| Student Name | ~~Angela Quigg-Rua~~ | | Managing School | Wilson SHS | DCPS – IEP |
| Student ID Number | ~~____~~ DOB | | Attending School | Wilson SHS | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | | Goal Number: ☐ |

Area addressed by goal: **Reading / English**

**ANNUAL GOAL:** (including mastery criteria.)

~~Angela~~ will continue to increase his comprehension skills across the content area in an inclusion English class.

**Provider(s):** Special Ed. Tchr / General Ed Tchr.

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① When given a content specific reading passage. ~~Angela~~ will identify whether the writing is figurative or literal w/ 80% Acc. | | Monthly |
| ② ~~Angela~~ will read 3 classic novels / series of short stories. he will then complete a 5 page critical analysis of each story with 80% Accuracy. | -- | Monthly |
| ③ ~~Angela~~ will develop a journal w/ SAT words he will study 50 words per week w/ 80% Accuracy | | Monthly |
| ④ ~~Angela~~ will write a research paper using technical language w/ 80% accuracy. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio ☐ Log ☐ Chart ☐ Test ☐ Documented Observation ☐ Report ☐ Other _____

02/09/2006 17:18 FAX 202 442 5098          OFF. OF GENERAL COUNSEL                    ☑012

| Student Name | _(redacted)_ | | | Managing School | Woodrow Wilson SHS | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 0378946 | DOB | _(redacted)_-86 | Attending School | Woodrow Wilson SHS | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**     Additional Comments:

Area addressed by goal:     Social Emotional          Goal Number: 1

**ANNUAL GOAL:** (including mastery criteria.)

To decrease depression

Provider(s):     Social Worker/Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1. _(redacted)_ will identify and verbalize his emotions to others 80% of the time | | 3/02 to 3/03 |
| 2. _(redacted)_ will discuss the precipitants of negative emotions and assess the validity of negative cognitions 80% of the time | | 3/02 to 3/03 |
| 3. _(redacted)_ will address unresolved issues related to the loss of his father | | 3/02 to 3/03 |
| 4. _(redacted)_ will examine familial concerns which impact emotional state | | 3/02 to 3/03 |
| 5. _(redacted)_ will identify 5 situations which cause angry emotions and list current coping mechanism | | 3/02 to 3/03 |
| 6. _(redacted)_ will assess current coping mechanisms for handling anger in terms of responses from others and outcomes | | 3/02 to 3/03 |
| (individual psychological counseling once week | | |

**EVALUATION PROCEDURE(S)**

Portfolio     Log     Chart     Test     (Documented Observation)     Report     Other _____

123

02/09/2005 17:19 FAX 202 442 5098          OFF. OF GENERAL COUNSEL                    ☑013

| Student Name | Christopher R. ~~████~~ | Managing School | Woodie Wilson SHs | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | ~~████~~ | DOB ~~████~~-85 | Attending School | Woodrow Wilson SHs | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:                                    Goal Number: 1

Area addressed by goal: **Social Emotional**

**ANNUAL GOAL: (including mastery criteria.)**

To decrease depression

Provider(s): **Social Worker/Psychologist**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 7. C~~████~~ will display an understanding of social cues and language in interactions with others and interpret them accurately 80% of the time | | 3/02 to /0 |
| 8. A~~████~~ will examine peer relationships and their impact on his behavior, choices, etc. | | 3/02 to /0 |
| 9. A~~████~~ will examine his self perception, self-esteem in relationships with others | | 3/02 to 3/03 |
| 10. A~~████~~ will identify methods to achieve his ideal self + assess progress once monthly | | 3/02 to 3/03 |
| 11. A~~████~~ will identify anxiety, precipitants and develop effective coping techniques to decrease it. | | 3/02 to 3/03 |
| 12. C~~████~~ will display a positive sense of self, decreased anxiety and depression in interactions with others 80% of the time | | 3/02 to 3/03 |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    (Documented Observation)    Report    Other _____

02/09/2008 17:19 FAX 202 442 5098    OFF.OF GENERAL COUNSEL    Case 1:06-cv-00563-HHK    Document 7-5    Filed 08/31/2006    Page 29 of 48

☑014

Student Name _____

Student ID Number _____ DoB _____

Managing School Wilson SHS

Attending School Wilson SHS

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Area addressed by goal: Receptive / Expressive Lang skills    Goal Number: ☐

**ANNUAL GOAL:** (including mastery criteria.)

A_____ will improve his expressive /receptive language skills.

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① To develop morphological reasoning and language, A_____ will be taught to use analogies in explaining "cause & effect" relationships as they relate to each other mastery will be determined at 80% | | Monthly |
| ② A_____ will correctly identify word analogies as given in a daily warm-up he will identify these analogies w/ 80% accuracy | | monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

125

Student Name _____     Managing School _____     DCPS - IEP
Student ID Number _____ DOB _____     Attending School _____     Page 3 of 4

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐                Goal Number: ☐

Area addressed by goal: _____ Math _____

ANNUAL GOAL: (including mastery criteria.)

A▓▓▓ Will increase higher order math operations skills by 85%

Provider(s): _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① A▓▓▓ Will continue practice exam of the SAT to prepare for the SAT test w/ 85% mastery | | Monthly |
| ② A▓▓▓ will complete remedial through advanced Barrons math arithmetic book | | Monthly |
| ③ A▓▓▓ Will score 8/10 on a review arithmetic timed test | | Monthly |
| ④ A▓▓▓ will score 8/10 on a time pre-algebra test | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**
☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | | Managing School | | DCPS - IEP |
| Student ID Number | DOB | Attending School | | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education? ☐ Yes ☐ No

Explanation for removal out of regular education classroom.

_A_ ~~_____~~ _behavior learning disability greatly impacts on his ability to focus and function appropriately in a regular Ed classroom through extended courses_

## X. Supplementary Aids and Services
### Classroom Needs

| (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| _Calculator_ | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:    ☐ None needed

Timing/Scheduling: _extended time_
Setting: _small classroom, groups_
Presentation: _all venues_
Response: _all venues / pre written notes_
Equipment: _Calculator_

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V  Portfolio:

☒ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading
☒ Mathematics
☒ Written Expression
☐ Other:
☐ None

☐ Physical/Sensory
☒ Social Emotional
☐ Physical Development

☒ Transition
☐ Vocational
☐ Independent Living
☐ Speech/Language

**Modifications:**
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

127

| Student Name | _Amy C_ | | Managing School | | DCPS – TRANSITION SERVICES PLAN PAGE 1 OF 2 |
| Student ID Number | | DOB | Attending School | | |

Date Developed: _____

# DCPS TRANSITION SERVICES PLAN

**Note:** The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of tile IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

**I.** *Record student's post-secondary goals and interests.*

Employment: _College – work study_

Community Participation: _____

Post-Secondary Education and Training: _going to major in Business_

Independent Living: _will live at home + then save for apartment_

**II.** *Courses of study leading to student's post-high school goals.*

| Grade or School Year | Courses of Study |
| --- | --- |
| 2004/2005 | academic Diploma |
| | |
| | |
| | |

**III.** *Transition Services Needed.*
*Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel. Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.*

_hanominate LAP Norfolk Florida Delaware coppin mont college P.G. Comm_

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
| --- | --- | --- |
| Employment<br><br>If service is not needed, provide explanation. | Has worked Summer job is registered going on Job interview | |
| Community Participation<br><br>If service is not needed, provide explanation. | has completed 265 hours of Comm Service | |
| Post - Secondary Education and Training<br><br>If service is not needed, provide explanation. | Amy would like involvement in Business Entrepreneurship | |
| Independent and Adult Living<br><br>If service is not needed, provide explanation. | Will register for the RSA Program | |

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment C    Transition Services Plan    Page 1 of 2

128

02/09/2005 17:20 FAX 202 442 5098          OFF.OF GENERAL COUNSEL                    ☑018

| Student Name | | Managing School | | DCPS - TRANSITION SERVICES PLAN PAGE 2 OF 2 |
|---|---|---|---|---|
| Student ID Number | DOB | Attending School | | |

Date Developed: _____

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills**<br>If service is not needed, provide explanation. | | |
| **Functional Vocational Evaluation**<br>If service is not needed, provide explanation. | *Register w/ vocrehab. Services* | |
| **Other** | | |

**IV.**

| Projected Exit Category *(check one)* | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|
| ⊗ DC High School Diploma | 21 | # Credits Earned toward graduation | |
| High School Certificate at age 21 | | | |
| High School Certificate _prior_ to age 21 | | # Community Service Hours Completed | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| | | |
| | | |
| | | |

**V.** *Identify any other agencies likely to be responsible for providing or paying for specific transition services.*

    <u>Examples of Agency Linkages Needed for Transition</u>
- Rehabilitation Services Administration (RSA)
- Mental Retardation and Developmental Disabilities Administration (MRDDA)
- Commission on Mental Health Services (CMES)
- UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment C  Transition Services Plan  Page 2 of 2

02/09/2005 17:20 FAX 202 442 5098        OFF. OF GENERAL COUNSEL                              ☒019

## EVALUATION TO JUSTIFY TRANSPORTATION

Student _____ ID# _____ DOB _____

Attending School _____ Neighborhood School _____

Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐ Medical reports document a severe health condition that prevents the student from walking to school.
Specify _____

2. ☐ Medical reports document a physical disability that prevents the students from walking to or getting to
school independently. Specify _____

3. ☐ A documented severe cognitive disability prevents the students from walking or getting to school
independently. Specify _____

4. ☐ A visual and/or hearing disability interferes with the student's ability to arrive at school independently.
Documentation source _____

5. ☐ A severe communication disability prevents the student from communicating for his/her own safety
Documentation source _____

6. ☐ A behavior /emotional disability is so severe or erratic that there is concern for the safety of the student
and/or others. Documentation source _____

7. ☐ The student is eligible for the preschool special education program and could not participate without
special transportation.

8. ☐ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

9. ☐ The student is medically fragile. Documentation source _____

10. ☐ The student requires assistance to get on and off the bus. Documentation source _____

11. ☐ The student is unable to function independently due to the severity of the disability. Documentation
source _____

12. ☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school
day). Explain _____

13. ☐ Medical reports document that the student has a physical disability and/or severe health condition that
prevents him/her from walking to school. Documentation source _____

14. ☐ A documented severe cognitive disability prevents the student from walking to school. Documentation
source _____

15. ☐ Other (Specify) _____

┌─────────────────────────────────────────────────────────────────────┐
│                                                                       │
│                                                                       │
└─────────────────────────────────────────────────────────────────────┘

DISTRICT OF COLUMBIA PUBLIC SCHOOLS        07-02-2001        DIVISION OF SPECIAL EDUCATION        APPENDIX-A

130

02/09/2005 17:20 FAX 202 442 5098       OFF.OF GENERAL COUNSEL                          ☑020

IEP Attachment - D
ESY Services
Page 2 of 2

## Special Education Goal and Objective for ESY

Goals and objectives from the IEP which are to be specifically addressed during ESY are:

| Annual Goal(s) | Skills Area(s) |
|----------------|----------------|
|                |                |
|                |                |
|                |                |
|                |                |

| Special Education Services for ESY | | RELATED SERVICES | | | | |
|---|---|---|---|---|---|---|
| Skills Area(s) | * Setting | Time to be Provided | | | Projected Date of Initiation | Number of Weeks |
| | | Amount | Unit ( Hours/ Mins ) | Period ( D/ W/ M ) | | |
| | | | | | | |
| | | -- | | | | |
| | | | | | | |
| | | | | | | |

**\* Setting : A - Full Time General Education; B - Combo. General Education / Resources Classroom ; C -  Out of Regular Education**

| ESY Least Restrictive Environment (LRE) | | |
|---|---|---|
| ☐   Placement as in regular school year | Hours/Week | |
| ☐   Placement different from regular school year | | |

Placement
Specify placement (setting and alternate) of ESY service:



Explain why options selected above are the most appropriate and the least restrictive.


Describe any other options considered, and provide reasons those options rejected.


| Parent Name | Date | Signature |
|---|---|---|

STEP SEVEN

## Explanation of Transition Services
### for
### Parents and Guardians

Transition Services are a coordinated set of activities for students with disabiliti that promote movement from school to post-school activities. The "Individuals with Disabilities Education Act (IDEA), amendments of 1997, Public Law 105-17" mandat that the Individualized Education Program (IEP) must include:

(I.)        beginning at age 14, an updated annually, a statement of the Transition Service: of the child under the applicable components of the child's IEP that focuses on child's courses of study.

(II.)       beginning at age 16 (or younger if determined appropriate by the IEP Team), a statement of needed Transition Services for the child, including, when appropri statement of inter-agency responsibilities or any needed linkages; and

(III.)      beginning at least one year before the child reaches the age of majority under st law, a statement that the child has been informed of his or her rights under this if any, that will transfer to the child on reaching the age of majority under Sect 615(m).

The IEP Team, including the student, parent, local agencies, and community organizations (if/when appropriate), should annually develop goals, objectives, and activities in preparation for transition into adult life as they relate to:

- career and employment
- post-secondary and continuing education
- community participation
- independent and adult living

### Role and Responsibilities of the Parent
- participate in the IEP/Transition Planning meeting
- express expectations of student outcomes
- provide insight into the student's needs and abilities
- participate in parent training opportunities

------------------------------------------------

### Parent/Guardian Statement of Understanding

Transition Planning has been explained and I understand how it relates to the provision of services for my child _____

(Student Name)

✗ _Cheryl Rivon_
(Parent/Guardian Signature)

_5-4-05_
(Date)

132

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**DIVISION OF SPECIAL EDUCATION**
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232

<u>Caring for Our Students with Disabilities</u>
<u>A Procedural Manual for Parents</u>

**RECEIPT**

I, _Cheryl Rivas_____, received a copy of *A Procedural*
  (Parent/Guardian Name)

*Manual for Parents* from _Robin Keys_____ /Title _Casemanager_
            (Person Issuing Document)

at _Wilson SHS_____.
     (School)

_5, 20, 04_
   (Date)

_Cheryl Mutt_____
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

17

133

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000       Fax: 202-442-5098
www.k12.dc.us

November 23, 2005

James Brown and Associates
1220 L Street NW, Suite 700
Washington, DC 20005

## DISCLOSURE STATEMENT

## VIA FACSIMILE 202-742-2098

**Subject: Due Process Hearing for A̶n̶g̶e̶l̶a̶ ̶G̶r̶e̶g̶o̶r̶y̶-̶R̶i̶v̶e̶r̶s̶**
**DOB:    ██85**

Dear Ms. Neloms:

At the upcoming due process hearing in the above-referenced matter, scheduled for Thursday, December 1, 2005 at 1:00 p.m., and pursuant to pursuant to the Individuals with Disabilities Education Improvement Act (IDEIA) of 2004, in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

### Witnesses

Mary Lee Phelps, Director, OSE, and/or designee(s);
Tammye Martin, Assistant Director, OSE, and/or designee(s);
Placement Monitor, OSE, and/or designee(s);
Arleta Fleet, SES, OSE, and/or designee(s);
Dwight Thomas, Placement Monitor, OSE, and/or designee(s);
Steven Tarason, Principal, Wilson SHS, and/or designee(s);
Sonia Lee, SEC, Wilson SHS, and/or designee(s);
Psychologist, DCPS, and/or designee(s);
Special Education Teacher, Wilson SHS S, and/or designee(s);
Social Worker, Wilson SHS, and/or designee(s);
Speech Pathologist, Wilson SHS, and/or designee(s);
Attendance Counselor, Wilson SHS, and/or designee(s);

---

[1] Witnesses may testify by telephone.

134

DCPS Office of the General Counsel
Page 2

## Documents

DCPS—01              Meeting Notes (11/22/05)

DCPS reserves the right to amend this disclosure as documents become available.

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student, as if such witness was called by DCPS.

DCPS reserves the right to rely upon and/or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case.

DCPS reserves the right to introduce any and all witnesses and/or documents for the purposes of impeachment and rebuttal.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5167.

Sincerely,

Katherine G. Rodi
Attorney Advisor

cc:      Student Hearing Office

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

MDT

STUDENT: Angela Gregg-~Rivers

MEETING DATE: 11/30/05

SCHOOL: Wilson High School

PARTICIPANTS: (Print Name)

PARTICIPANTS: (Sign Name)

POSITION

| Sonya R. Lee | Sonya R. Lee | SEC |
| Annette Lanier | Annette Lanier | Special Education Teacher |
| Drew Echima | Drew Echima | Nurse. |
| Kevin Carter | Kevin Carter | Ed. Advocate |

The meeting started with all members being introducted and
Statement of purpose was for settlement regarding HOD
on August 29, 2005. This meeting was in order to respond to an
order requesting the following 30 calendar days of the
issuance of this Order shall convene a MDT meeting
to discuss and determine compensation education for
Angela-Gregg Rivers.
Ms. Lee expressed an error regarding services. Completion
of Services form should have been dated June 6 or 7,
2005 because he was a senior not March 24, 2005.
Ms Lee gave Mr. Carr time to peruse Angela transcripts
from ninth grade through twelfth grade.

The former Student

THE PARENT ☒ IS PRESENT ☐ IS NOT PRESENT  AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT_____

☐ CONTINUES TO BE ELIGIBLE  FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM  SPECIAL EDUCATION

8/2'd        8609 2hh 202:01        TO:01 2002 hh 202

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: MDT MTG

Page: 2 of 4

STUDENT: A____ C____ - R____ SCHOOL Wilson High School DATE: 11/30/05

Based on last advisory at Wilson High School, he had U.S. Government in Specialized Instruction. The other classes were electives needed to graduate in June 2005 English III, World History, Geometry, Environmental Science all teachers were dual certified (2003-2004) in content and Specialized Instruction in which he did very well. Electives were also taken for graduation. Earth Science and Engine IV 2003-2004 these classes were taken at Roosevelt STAY program. He continued to do very well based on his report card. Mrs. Lee went back to 2002. English II was with regular education teacher. World Geography, Algebra I, Zoology and Botany were all with dual certified teachers. Spanish I was taken in 10th grade with general education teacher. Ninth grade report card reflects A____ took majority of dual certified instructors (all core classes). Electives, once again were taken with general teachers and required to graduate from DCRS with a diploma. Counseling (1.5 hrs/min) on IEP however A____ told Mrs. Proctor that he "wanted to attend class." He did meet up with her ("here or there." Ms. Lee gave Mr. Carr a copy of the tracking forms dated March 2003 to June 2003 and September 2003. Medicaid forms up to 2004. Mr. Carr asked about English II. Ms Lee informed him that A____ was on monitoring and the class was for the entire year in 10th grade. A____ repeated English II at Roosevelt STAY 2002-2003. A____ said that this class was with a general education teacher. He was "real lazy that year."

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____        MULTIDISCIPLINARY TEAM (MDT)        Page: ____ of ___
                                    CONTINUATION MEETING NOTES
                                    MEETING TYPE: _____

STUDENT: ▓▓▓▓▓▓▓▓▓▓  SCHOOL: Wilson High School  DATE: 11/30/05

Spanish I class with a general education teacher and
he received a D as a final grade. However, A▓▓▓▓
received specialized instruction in 2004-2005 regarding
the U.S. Government class needed to graduate.
   A▓▓▓▓ should have any comments on report cards
with teachers' comments. Based on case manager 2004-
2005, follow up was given regarding support in
college admissions. Mr. Carr expressed clarification
about 22 hrs of specialized instruction. Case manager
was monitoring A▓▓▓▓ progress and class work.
A▓▓▓▓ was either "on point" or advocate to the teacher.
Also, after school was available and given to him.
"What courses was he taking after March 2005?" was the
question asked by Mr. Carr. Ms. Lee restated that
support was in place at anytime for Mr. Is▓▓▓▓.
Mr. Carr asked about amending the IEP at anytime.
Mr. Is▓▓▓▓ could has gone to the case manager,
coordinator or special education counselor. Ms. Lee
stated that A▓▓▓▓ could have come to the case
manager or special education coordinator during 10th
grade. However, he decided to go to Roosevelt STAY to
take classes without specialized instructor.
   Nurse Israel said that A▓▓▓▓ was not in school during
the last year at Wilson. At points, she tried to intervened
to get him on track. Mr. Carr explained that responsibility
was "two fold." A▓▓▓▓ was at fault because he did not
make himself available. The case manager should have
provided support. Even Mrs. Proctor, the counselor, tried to
get A▓▓▓▓ involved in class and complete case class
work to no avail.

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)     Page. ____ of ___
                                CONTINUATION MEETING NOTES
                                MEETING TYPE: _____

STUDENT: ~~A_____ C_____ R_____~~  SCHOOL: Wilson High School  DATE: 11/30/05

Mr. ~~Carter~~ (SPED) still has a concern with English II and hours reflected on IEP. A~~_____~~ is struggling with prioritizing work and turning in work on time. High school is different because of the support and people keeping students on track. Now, in college, he is more independent. RSA was part of the services given before graduation, educational support and other resources would be given to A~~_____~~ once he gets all the paperwork in and completed. A~~_____~~ has a case manager at RSA.

DCPS at this time does not reflect that A~~_____~~ should be given compensation education or counseling. Mr. ~~Carter~~ (SPED) disagrees with this statement.
Carter

(1)

Kevin Carter (Advocate)

A~~ntan~~l~~a~~ G~~regory~~ - R~~~~

Wilson SHS        X

11/30/05

Advocate and student were in
attendance for an MDT meeting
at which a discussion about compensatory
education ensued. The student's
Transcript reflects an English II
course (regular ed) taken during the
2003-04 school year. In the absence
of specialized instruction in English II, (Wilson SHS)
the student received an F for the
school year and was subsequently
compelled to repeat the course at
the Roosevelt STAY program in order
to graduate. The regular education
English II course (Wilson SHS) met
three times weekly for 90 minutes for
a weekly average of 270 minutes of
instructional time. IT is the advocate
and student's position that because
of the student's entitlement to specialized
instruction in core academic areas and
the student's weaknesses as reflected in
recent psycho-educational assessments, the
student is entitled to recoup those
hours in the form of compensatory education

(2)

Wilson SHS                                    K. Carter (Advocate)

~~Angela Gregory - Ross~~

The student was denied 648 hours
of specialized instruction by virtue
of the regular English II class.

The student and advocate also
believe that the student is entitled to
compensatory education in specialized
instruction as a result of DCPS failure
to provide the lionshare of the
student's 22.5 weekly hours of
specialized instruction as warranted
by his IEP. During the student's
final advisory at Wilson SHS, he
only received specialized instruction
in World Government. Ms Lee, Wilson
Spec Ed Coordinator, acknowledged
that the student received considerably
fewer specialized instruction hours than
specified on his IEP because the
students other courses during the final
advisory at Wilson (spring 2005) were
electives. This writer indicated that
the student's IEP wasn't amended
to reflect a reduction in specialized
instruction hours (22.5 weekly) and
that the specialized instruction should    141

(3)

Wilson SHS                                    K. Carter (Advocate

~~Angel Gammy-R~~

have been rendered in the form
of academic skill building and/or academic
classroom support in electives courses
to refine the student's academic skills
prior to college. E.

   Currently the student is enrolled ~~at~~ at
U.DC in basic remedial courses
because his reading comprehension, math
and writing skills prohibited him from
starting out with a regular freshman
curriculum.

   The specialized instruction the student
missed during his final advisory (March
24, 2005 thru June 7, 2005)
totals 22.5 hours weekly time 8
weeks (1800 hours) ~~from a~~ minus
contact hours for World Government.
The advocate and student contend
that a substantial compensatory
education is warranted here as well.
DCPS had an obligation to implement
the student's IEP as written.

* World Govt specialized instruction for the
(p.05) final advisory totalled ← approximately
44 hours.

142

PUBLIC SCHOOLS
DISTRICT OF COLUMBIA

# WOODROW WILSON
## HIGH SCHOOL

### PUPIL'S PERMANENT RECORD

| LAST NAME OF PUPIL | | | FIRST NAME | MIDDLE NAME | |

PARENT OR GUARDIAN
CHERYL RIVAS

RESIDENCE:
WASHINGTON DC  20010

PLACE OF BIRTH

---

WILSON SENIOR HIGH SCHOOL
7722341  GREGORY, ANGELO    PR. CREDS:    01/02

Ho46 ART/DESIGN FOUN    CARVAL  B-0.50
Eo3S FREEH DRAWING I    BARNES  B+0.50
H96S ENGLISH I    KEYS    B  1.00
H96S US HISTORY    BOLLIN  B  1.00
M94S MAT REV I SE    WILLIA  C+0.50
MISS MAT REV II SE    WILLIA  C  1.00
MISS RESOURCE I    SCOTT-  C  0.00
N91S RESOURCE I SE    WDNGUS  0  0.00
P1b HEALTH & PE    COSS    C  1.00
S21S BIOLOGY I    GRICHGS C- 1.00

---

WILSON SENIOR HIGH SCHOOL
7722341  GREGORY, ANGELO    PR. CREDS:    03/04

DP GRAD-    AR    CREDS:
ART/DESIGN FOUN    ROMANA  C  0.50
ENGLISH III    PARKER  A-1.00
WORLD HISTORY    BOLLIN  B+1.00
READ MEDIATION    KASAT   A  0.50
SPANISH I    SKVIRS  C-1.00
GEOMETRY-SPED    PARKER  B  1.00
TEAM SPORTS    FLEMIN  A  0.50
ENVIRONMENT SCI    WELCH   B  1.00
COMP APPS I SPEI    THOMPS  D-0.50

TOTAL CREDITS: 7.000

COPY CERTIFIED BY [signature]    JUL 26 2005  DATE

---

WILSON SENIOR HIGH SCHOOL
7722341  GREGORY, ANGELO    PR. CREDS:    02/03
YDG: 10 GPA:

A07 ART I    HUBERM  D-1.00
E04 ENGLISH II    ALLEYN  F  0.00
H21S HIST/GOV OF DC    KEYS    C  0.50
H23S WORLD GEOGRAPHY    KEYS    C  0.50
L66S CONV SPANISH I    CHI     C  1.00
M21S ALGEBRA I    WILLIA  C  1.00
P15 HEALTH & PHY ED    MOTEN   C  0.50
S06S ZOOLOGY    PARKER  A  0.50
S19S BOTANY SE    PARKER  B-0.50
U13 GENERAL MUSIC    BROWN   D  0.50

---

Roosevelt STAY High School
2003-2004

Course:    Grade:    Credit
E04 ENGLISH II    B    1.00

TOTAL CREDITS: 6.000

---

ROOSEVELT STAY HIGH SCHOOL
FIRST SEMESTER 2003-2004

EARTH SCI
ENGLISH IV    1.00

---

WILSON SENIOR HIGH SCHOOL
7722341  GREGORY, ANGELO    04/05
YDG: 12 GPA: 2.692    PR. CREDS:

A45 PHOTO TECH    CARVAL  I  0.00
B53 FIN PLANNING    ROMANA  B  0.50
H42 ALT VIOL II    MCCART  C  0.50
H51S US GOVERNMENT    LANIER  C  0.50
L67S CON. SPAN 2 SPED    ALFONS  A  1.00
P40 INDIVIDUAL SP I    NELSON  C  0.50
P51 BODY COND/FIT I    JOHNSO  C-0.50
U51 CONCERT CHOIR I    GLOVER  A  1.00
U88 MARCH BAND I    ADDISO  A  1.00
VO3S COMP APPS II SP    MEDDAU  F  0.00

TOTAL CREDITS: 5.500

---

DATE OF BIRTH
/86

Gregory Angelo
Date of Graduation: June 6, 2005
GPA: 2.247

143

DC PS 112

07/01/05
Ison Senior High School
REPORT TO PARENTS ON STUDENT PROGRESS

STUDENT ID: 7722341          STUDENT NAME: GREGORY, A████████
GRADE:      12               HOMEROOM:     B14

1229

| COURSE SEC SUBJECT TEACHER | COMMENTS | ADV 1 | ADV 2 | ADV 3 | ADV 4 | FINAL | EARN CRED | CLASS ABSENCE ADV YTD |
|---|---|---|---|---|---|---|---|---|
| 5   01 ARVALHO | PHOTO TECH | I | I | | | I | | 26 |
| 3   02 OMANASKI | FIN PLANNING | | | B | B | B | 0.50 | 0 |
| !   01 CARTHY | ALT VIOL II | I | C | | | C | 0.50 | 0 |
| S   01 NIER | US GOVERNMENT | C+ | C | | | C | 0.50 | 0 |
| S   01 ONSO | CON.SPAN 2 SPED EXCELLENT BEHAVIOR GOOD PARTICIPATION | B | A- | A- | B+ | A | 1.00 | 5   17 |
| SON   01 | INDIVIDUAL SP I | C | C | | | C | 0.50 | 0 |
| NSON   01 | BODY COND/FIT I | C- | C- | | | C- | 0.50 | 0 |
| /ER   01 | CONCERT CHOIR I | C | A | A | A | A | 1.00 | 0 |
| SON   01 | MARCH BAND I | A | A | A | A | A | 1.00 | 0 |
| AUGH   01 | COMP APPS II SP | | | D- | F | F | | 0 |

HOMEROOM ABSENCES: 0.0     EXCUSED: 0.0  UNEXCUSED: 0.0     TARDY: 0

To the Parent/Guardian of:
A██████ GR██████
████████████████████

WASHINGTON, DC 20010