wtk

1      MR. LAMMERS:  Well, practically speaking

2  DCPS could have provided a specialized instructor

3  for any of these elective classes and still allowed

4  him to graduate on time and get a specialized

5  instruction.  A student shouldn't have to be

6  choosing--

7      HEARING OFFICER BANKS:  Well, that's the

8  way the system works.  If you're a full-time,

9  specialized instruction, I'm not sure you can get a

10  diploma.

11      MR. LAMMERS:  My understanding is the only

12  thing that limits that is the actual, whose

13  teaching the actual courses and what services are

14  available.

15      HEARING OFFICER BANKS:  No.

16      MS. RODI:  No.

17      HEARING OFFICER BANKS:  You have to be on

18  a diploma track to get a diploma.  And if you're

19  full-time specialized instruction, my understanding

20  is you don't get a diploma.  It's not my burden,

21  folks.  Do you have a witness you want to call now?

22      MS. RODI:  Yes, I do, Ms. Lee.

wtk

1              HEARING OFFICER BANKS:  Make sure you ask

2   Ms. Lee about this?

3              MS. RODI:  About the diploma?

4              [Phone call placed.]

5              MS. RODI:  I just want to clarify, Ms. Lee

6   may be called away at any time because of her

7   Unintelligible]--

8              HEARING OFFICER BANKS:  That's not my

9   problem.

10             Whereupon,

11                       SONYA LEE

12  was called as a witness and, having been first duly

13  sworn by the Hearing Officer was examined and

14  testified as follows:

15             HEARING OFFICER BANKS:  Go ahead, Ms.

16  Rodi.

17                  DIRECT EXAMINATION

18             BY MS. RODI:

19       Q    Ms. Lee, did you attend a meeting for

20  A██████ R███████-G███████ yesterday?

21       A    Yes, I did.

22       Q    What was the topic of that meeting?

wtk

1      A     To discuss comp-ed.

2      Q     What was your--determination at the

3  meeting?

4      A     That Wilson Senior High School did not owe

5  Mr. A███ G███ any type of comp-ed, either by

6  specialized instruction or related services.

7      Q     Why did you determine that?

8      A     Based on we provided him specialized

9  instruction with special-ed teachers according to

10 his IEP and based on encounter tracking forms from

11 the social worker indicating he was never available

12 for counseling and he denied counseling at several

13 times.

14     Q     Are the notes that--the four-page notes,

15 do they accurately reflect the meeting yesterday?

16     A     Yes, they do.

17     Q     Did you take those notes?

18     A     No, I didn't, Ms. Linear, the special-ed

19 teacher that had Mr. G███ for U.S. History, took

20 the notes.

21     Q     Ms. Lee, why did the Student now--why did

22 the Student--why did the Student not--I'm going to

wtk

1  rephrase.  One of the issues here is whether the

2  Student would have been able to graduate and get

3  all of his hours.  Was the Student ready to

4  graduate and--was the Student able to get all of

5  his hours and graduate?

6      A    Yes, on time, I believe you have a copy of

7  his transcript there.  He completed all his class

8  requirements to graduate on time.

9      Q    But were all--did he get the full 25 hours

10  last year?

11      A    Twenty-fives hours--22.5 hours?

12      Q    Yes.

13      A    Of specialized instruction?

14      Q    Yes.

15      A    No, but he received specialized

16  instruction in the one class.  The other classes

17  were electives, but he was being monitored by the

18  special-ed teacher for those classes, for his

19  electives.

20      Q    Why did he take electives and not

21  special-ed classes?

22      A    He needed the electives to graduate.

wtk

50

1      Q    So, had he chosen to take classes with the

2  special-ed teacher, would he have graduated on

3  time?

4      A    Yes.

5      Q    So, I'm confused, why was he doing the

6  special-ed and these electives were just taking

7  classes with a special-ed teacher?

8      A    In reference to his classes that he had to

9  take last year?

10     Q    Yes.

11     A    Those were all required classes to

12 graduate.  He needed several elective classes.  The

13 only major class that he needed was the what is it,

14 the history class--

15     Q    U.S. Government?

16     A    Yes, the U.S. Government class, that's the

17 only elective he needed, and that was taught by a

18 special-ed, dually certified teacher.

19     Q    But other ones, like, concert choir, band,

20 photo technology, financial planning?

21     A    Mm-hmm.

22     Q    Those were electives?

wtk

51

1    A    Those are all electives that he needed,
2  yes, to graduate.

3    Q    So, that, you had to fill his class, then
4  in order for him to graduate?

5    A    That's correct, his schedule, yes.

6    Q    Right.  So, how many hours did he get last
7  year?

8    A    In reference to specialized-instruction?

9    Q    Correct.

10   A    Last--specialized instruction, it would
11  have been for the academic class, it would have
12  been U.S. Government, that was three times a week
13  and it was an every-other-day situation, so he got
14  between 10 to 15 hours.

15   Q    Also, on his schedule, it says that he was
16  in conversational Spanish to SPET?

17   A    Yeah, that's a special-ed teacher.

18   Q    Uh-huh.

19   A    That was Mr. Alfonso [ph].

20   Q    Okay, so it was--

21   A    And he was a dually certified special-ed
22  teacher.

wtk

52

1     Q    So, would that add to his hours?

2     A    Yes, ma'am.

3     Q    Then everything else was--

4     A    Electives.

5     Q    --okay in order for him to graduate?

6     A    Graduate, yes.

7          MS. RODI.  At this time, I have no further

8     questions.

9          HEARING OFFICER BANKS:  Mr. Lammers.

10                   CROSS-EXAMINATION

11         BY MR. LAMMERS:

12    Q    Ms. Lee, I understand you're the

13    special-ed coordinator, can you tell me what your

14    background, your educational certifications are?

15    A    I have a master's in special education.

16    Q    Are you a certified special-education

17    teacher, as well?

18    A    Yes.

19    Q    Can you tell me the year that expires?

20    A    No, I cannot tell you the year that it

21    expires.

22         MS. RODI:  Relevance, she's not--

wtk

53

1              HEARING OFFICER BANKS:  Let's go.

2              MS. RODI:  Okay.

3              BY MR. LAMMERS:

4        Q     You're responsible for ensuring that all

5   students are evaluated and given an appropriate

6   IEP, is that right, Ms. Lee?

7        A     That's correct.

8        Q     You're also responsible for making sure

9   that special education students get all the

10  required services under their IEP, is that right?

11       A     That's correct.

12       Q     Now, my understanding is the IEP requires

13  22.5 hours of specialized instruction, is that

14  correct?

15       A     That's correct.

16       Q     Looking at the schedule and what you said,

17  the only class where he was getting or being taught

18  by a special-education instructor was this U.S.

19  Government class.

20       A     The U.S. Government, as well as the

21  Spanish, conversational Spanish class.

22       Q     The conversational Spanish class, that

wtk

54

1    teacher was certified, as well?

2        A    Yes, sir.

3        Q    All right, now do you have any service

4    logs or were you able to provide any service logs

5    that covered that year or the '02/'03; '04/'05 or

6    '0--I'm sorry, the last three school years other

7    than counseling, specifically for specialized

8    instruction?

9        A    I'm sorry, could you repeat the question?

10        Q    Were you able to give any service logs

11    that show, that document that he was getting his

12    specialized instruction throughout the past three

13    school years?

14        Ms. RODI:  Objection, there are no

15    services logs for specialized instruction.

16        HEARING OFFICER BANKS:  There's a valid

17    objection to that question, but that's not it.

18    Ma'am are there service logs for specialized

19    instruction?

20        THE WITNESS:  Are there logs?  Based on

21    his report card, there would be comments on the

22    report card indicating if he had excellent

wtk

1    behavior; good participation; if he was excessive

2    absences, that would be noted on the report card.

3              HEARING OFFICER BANKS:  No, I guess what

4    mr. Lammers is trying to get at is to whether or

5    not he received specialized instruction for the

6    last three years?

7              THE WITNESS:  Yes, he did.

8              BY MR. LAMMERS:

9        Q    And how is that documented?  Are there any

10   IEP progress reports that--

11       A    Besides on the IEP it's on his transcript

12   indicating what teachers he was serviced by.

13       Q    You mentioned these other classes were

14   electives and that he had to take them to graduate,

15   is that correct?

16       A    That's correct.

17       Q    Why couldn't these classes also be

18   specialized instruction classes, what would be

19   required to make an elective class, for example,

20   financial planning, also provide specialized

21   instruction in math?

22       A    I can't answer that question.  If you

wtk

56

1    wanted that to be a special-ed class, is that what

2    you're asking?

3        Q    Right, for financial planning, if he had

4    to take financial planning, for instance, as an

5    elective--

6        A    Mm-hmm.

7        Q    --and that is mathematically based?

8        A    Mm-hmm.

9        Q    And his IEP required specialized

10   instruction with math goals, what would be required

11   for him to get specialized instruction in that

12   class?

13       A    The case manager, Mr. Mills would monitor

14   that class, which he did, while Mr. G▓▓▓▓▓ was

15   there with the teacher, so if there was any

16   problems, he could have been pulled out to do the

17   work with Mr. Mills.

18       Q    If the teacher had been a dual-certified

19   teacher in that subject area and special education,

20   would the class,itself, then, have met their

21   requirements of specialized instruction for that

22   particular class or that particular hours?

wtk

57

1       A    Yes, sir.

2       Q    But you didn't have a dual certified

3  teacher for that class?

4       A    No, we did not in that particular content

5  area, no, we did not.

6       Q    So, were there electives that he could

7  have taken to graduate in his fourth advisory that

8  would have given him specialized instruction while

9  he was taking the class, as opposed to having to

10 have someone monitor and give him services, I

11 assume after school?

12      A    Repeat the question, again, please?

13      Q    If he had to take--I'll cut it up.  He had

14 to take elective classes to graduate--

15           HEARING OFFICER BANKS:  No, were there

16 courses taught by certified specialized

17 instruction--certified teachers, were there

18 electives taught by certified special-education

19 teachers that he could have took that would have

20 given him--

21           THE WITNESS:  The electives that he

22 needed?

wtk

58

1          HEARING OFFICER BANKS:  Right.

2          THE WITNESS:  Not that I'm aware of, no.

3     Q    But the only thing that would have been

4   required to convert an elective class into a class

5   that could have given him his

6   specialized-instruction hours would be a

7   dual-certified teacher, is that correct?

8     A    In that academic area, yeah.

9     Q    Thank you.  Now, we mentioned English 2,

10  earlier and I understand that was discussed at the

11  meeting.  Was that English 2 class taught by a

12  dual-certified instructor?

13    Q    The English 2 that he received the F in?

14    A    Yes.

15    A    I, again, based on the notes, I'm not for

16  sure if that person was dual certified or not, the

17  teacher is no longer here.

18    Q    So you don't know for certain that that

19  teacher was--had a specialized certification?

20    A    No, I am not.

21    Q    One minute ma'am.  Are you aware that DCPS

22  was required to schedule the MDT meeting to

wtk

59

1  determine the amount of compensatory education,

2  A████ is supposed to receive within 30 days of an

3  order that was issued at the end of August?

4      A    Within 30 days?  No, I was not.

5      Q    Did you receive a letter from Mr. Hill at

6  any point attempting to schedule this meeting?

7      A    Yes, I did.

8      Q    When was the meeting eventually--

9          HEARING OFFICER BANKS:  The meeting didn't

10  take place.

11          MR. LAMMERS:  Okay fine.

12          HEARING OFFICER BANKS:  It either took

13  place or it didn't.

14          MR. LAMMERS:  Okay.

15          HEARING OFFICER BANKS:  DC hasn't

16  explained why it didn't so, I don't know why you

17  have to beat a dead horse.

18          MS. RODI:  Well, the MDT meeting took

19  place.

20          HEARING OFFICER BANKS:  It was yesterday.

21  What he's saying is the meeting should have taken

22  place within 30 days of August.  I didn't hear

wtk

60

1    anything from DC about why it didn't.  So, I'm not

2    sure why he's going into it on cross.

3            BY MR. LAMMERS:

4        Q    One more issue, Ms. Lee about the English

5    2 class.  You mentioned that you weren't that that

6    teacher was dual certified, did Ms Linear, who also

7    attended that meeting state that he wasn't dually

8    certified?

9        A    You would have to refer back to the

10   meeting notes, I'm not for sure.

11       Q    When you say he was monitored by a

12   special-ed teacher in these classes, what exactly

13   does that entail?

14       A    The teacher, the case manager is assigned

15   to go in to see the Student's progress with the

16   teachers.  If there's any accommodations or

17   modifications that need to be made while in the

18   classroom, the teacher works with that particular

19   teacher to assist.

20       Q    But this person isn't actually teaching

21   the class, then?

22       A    The teacher is not teaching the class.

1      Q    And this teacher isn't removing students

2   and teaching a parallel class, I guess, with

3   specialized instruction, then?

4      A    He, the Student can, if he elects to, come

5   out and do the work with the special-ed teacher, he

6   has the option to do that if he wishes to.

7      Q    But this wasn't set up automatically,

8   based on the IEP?

9      A    No, it was not.

10         MR. LAMMERS:  I have no further questions.

11         HEARING OFFICER BANKS:  Any redirect?

12         MS. RODI:  I have just two more.

13                REDIRECT EXAMINATION

14         BY MS. RODI:

15      Q    Ms. Lee, would the Student have a

16   dually-certified marching band teacher in the last

17   semester?

18      A    I don't believe so.

19      Q    Would he have a dually certified

20   concert-choir teacher in the last semester?

21      A    We just recently, this year have obtained

22   dual-certified music teacher.

wtk

62

1    Q    But there was support for one wasn't

2    there?

3    A    That's correct, there was, I believe the

4    teacher's name is Ms. Williams [ph], that's

5    correct.

6    Q    Did A███████ ever ask to do his concert

7    choir work with his special-ed teacher?

8    A    Not that I'm aware of, no.

9    Q    So, he was only taking four classes last

10   semester, is that correct--I'm sorry, he was only

11   taking five classes?

12   A    Five classes, yeah.

13        MS. RODI.    Thank you, no further

14   questions.

15        HEARING OFFICER BANKS:    Ms. Lee, I just

16   have a general question.

17        THE WITNESS:    Yes?

18        HEARING OFFICER BANKS:    If a student

19   is--this student was getting 22 and a--what was he

20   getting--supposed to get 22 hours?

21        THE WITNESS:    Yes, sir.

22        HEARING OFFICER BANKS:    If you're getting

wtk

1    22 hours of specialized instruction in high school,

2    are you on track to graduate or can you be on track

3    to graduate with a diploma?

4              THE WITNESS:  Yes, sir.

5              HEARING OFFICER BANKS:  Okay.  And explain

6    to me how you do that.

7              THE WITNESS:  Well, based on the schedule

8    that the Student has, we have, again,

9    dual-certified teachers in all content areas, as in

10   math, English, science and social studies.  So,

11   with the requirements, with the required English

12   courses, we have teachers for ninth grade all the

13   way up to 12th grade in English; we have the

14   requirements for the math, because you need three

15   years of math; with the science and the social

16   studies, we have teachers for those classes.

17             HEARING OFFICER BANKS:  Okay.

18             THE WITNESS:  The only classes that the

19   students that the students would need are the

20   electives.

21             HEARING OFFICER BANKS:  So, why was this

22   particular student not in a position to graduate--I

wtk

1  guess why--do you have any idea why these electives

2  were not done prior to this semester?

3          THE WITNESS:  No, sir, probably the best

4  person to ask would be A█████.  I think the thing,

5  if you looked in his transcript, some electives he

6  did attempt and he didn't pass so he had to repeat

7  some of those electives.

8          HEARING OFFICER BANKS:  Thank you very

9  much.

10          HEARING OFFICER BANKS:  Thanks, Sonia,

11  talk to you later.

12          HEARING OFFICER BANKS:  Okay, we took Ms.

13  Lee out of turn, Mr. Lammers, you can call more

14  witnesses.

15          MR. LAMMERS:  I'd like to call A█████

16  R█████ at this time.

17          HEARING OFFICER BANKS:  Okay.

18          [Phone call placed.]

19          Whereupon,

20                  A█████  R█████-G█████

21  was called as a witness and, having been first duly

22  sworn by the Hearing Officer was examined and

wtk                                                                    65

1   testified as follows:

2          HEARING OFFICER BANKS:  Go ahead, Mr.

3   Lammers.

4                    DIRECT EXAMINATION

5          BY MR. LAMMERS:

6     Q    A████, can I have your full name, please?

7     A    My name is A████ R████ G████.

8     Q    Did you attend Wilson Senior High School

9   during the past three school years?

10    A    Yes, sir.

11    Q    Just quickly, do you remember taking

12   English 2?

13    A    Yes, sir.

14    Q    Do you remember what grade you received in

15   that class.

16    A    I failed it, so, I had a F.

17    Q    Did they reschedule you--how did you

18   manage to fulfill that requirement?

19    A    I fulfilled the requirement by going out

20   of my way and studying as hard as I can for the

21   course and I took it at a night school class at

22   Roosevelt Stay.

wtk

66

1    Q    Where are you going to school now?

2    A    I'm attending here at the University of

3  the District of Columbia.

4    Q    Are you taking the regular first year or

5  regular freshman classes that all entering freshman

6  students are or I should say the freshman students

7  typically take?

8    A    Yes, I'm taking remedial classes because I

9  failed the placement test.  So, these classes were

10  required.

11    Q    So, you have to take these remedial

12  classes in order to then move on and take any other

13  classes at UDC?

14    A    Correct.

15    Q    What classes are you in right now, which

16  remedial classes?

17    A    I'm in reading improvement; English

18  fundamentals; and basic mathematics.

19    Q    How are you doing in these classes, right

20  now?

21    A    Well, I'm certain I may be failing, but it

22  all boils down to my final and it all depends on my

wtk

1    finals.

2        Q    What happens if you don't pass these

3    classes?

4        A    Well, I already don't get credentials or

5    credits for these courses.  But I will, maybe have

6    to repeat these courses once again.

7        Q    If you never pass these classes, are you

8    going to be allowed to go on and take other college

9    classes?

10       A    No, sir.

11       Q    These remedial classes are in English or

12   reading and math?

13       A    Yes.

14       Q    Did you receive any specialized

15   instruction in reading during the last advisory

16   last year?

17       A    In Wilson?

18       Q    In Wilson, right, did you have an English

19   class or something or a tutor or someone who met

20   with you and gave you specialized instruction in

21   English or reading?

22       A    No, sir.

wtk

1    Q    Did anyone give you specialized

2  instruction in math?

3    A    No, sir.

4    Q    Angelo, what type of equipment do you need

5  right now at college or are you missing at college?

6    A    Well, I need access to a computer at all

7  times.  I need tutoring services, they are required

8  for me to get through this situation that I am in

9  right now.

10    Q    Do you feel that you're going to be able

11  to pass these finals in your remedial classes if

12  you don't have tutoring or extra help?

13    A    I don't believe will pass, but I would do

14  everything in my power to try.

15    Q    Did you, at any point say, while you were

16  at Wilson, that you didn't want your specialized

17  instruction services, that you didn't want the

18  extra help?

19    A    I can't say I refused the help.

20    Q    Mm-hmm.

21    A    Maybe I departed from a classroom in an

22  overwhelming manner not being able to compete with

wtk

69

1    my peers with that work.

2        Q    Did you ever meet with a service monitor,

3    is how it's been described for me?  I know that you

4    had a teacher in a U.S. Government class that was a

5    special-education teacher, that's correct?

6        A    Yes.

7        Q    Did you ever meet with a service monitor

8    or did someone give you assistance in financial

9    planning?

10        A    Can you repeat that question, please?

11        Q    Sure, you took financial planning last

12    year, if I remember?

13        A    Correct.

14        Q    Did you ever meet with a monitor or

15    someone who wasn't our teacher, but told you that

16    they were going to be helping you with that class

17    or could help you with that class?

18        A    No.

19        Q    How about any of your other classes, other

20    than government?

21        A    None, whatsoever.

22        MR. LAMMERS:  No further questions at this

wtk

70

1    time.

2              HEARING OFFICER BANKS:  Ms. Rodi?

3                    CROSS-EXAMINATION

4              BY MS. RODI:

5         Q    His, Mr.--is it R██████-G███████ or

6    G████████-R████?

7         A    R█████-G████████.

8         Q    R█████-G████████.  Okay, Mr. R████-G████████,

9    first of all, why did you take English 4 at

10   Roosevelt Stay High School?

11        A    A teacher--a former teacher and former

12   case manager of mine, Ms. Keys [ph]--

13        Q    Mm-hmm.

14        A    --she suggested that I take a course in

15   English 4 to get ahead, as far as the graduation

16   requirements was concerned.

17        Q    So, you--so at the end of 2004, you had

18   already taken your senior English class, right/

19        A    Correct.

20        Q    And you chose to do that, is that correct?

21        A    Correct.

22        Q    So you were taking two English classes at

wtk

71

1    the same time?

2        A    Incorrect.

3        Q    When were you taking--when did you take

4    English 3; and, then, when did you take English 4/

5        A    I took English 3, which was, I had a

6    special-ed teacher in the class and I took English

7    4, during night school.

8        Q    Well, you took--so you took it during the

9    same semester, right?

10       A    I can't remember, but, maybe, maybe.

11       Q    So, by the time you got to your senior

12   year, you had already finished all your English

13   credits, right?

14       A    Correct.

15       Q    You got A-minuses in both of those, right?

16       A    Correct.

17       Q    You just said that you didn't get any

18   support in financial planning or, like, concert

19   choir, or marching band, right?

20       A    Correct.

21       Q    Did you need support in those classes?

22       A    Ma'am?

wtk

1    Q    Did you need the support last year?

2    A    Did I need the support?

3    Q    Did you need extra help?

4    A    Did I need extra help in those sections?

5    Q    Yeah.

6    A    No.

7    Q    Because you did pretty well, didn't you?

8    A    Yes, I tried my very best.

9    Q    Yeah, looks like you got two A's and a B.

10   A    Yes.

11   Q    I have your report card in front of me, so

12   that's how I know.

13   A    Did you want to graduate in four years?

14   Q    Could you repeat that, please?

15   A    Yes.

16   Q    Did you want to graduate in four years?

17   A    Yes.

18   Q    Did you feel like you were ready to

19   graduate?

20   A    No.

21   Q    Then why did you graduate?

22   A    I graduated because it was a must and

wtk

73

1  because I deserved it.

2      Q    Is that why you took all those extra

3  electives in your last year?

4      A    Correct.

5      MS. RODI:  I have no further questions,

6  thank you, Mr. R███████-G███████.

7          MR. LAMMERS:  One redirect question.

8              REDIRECT EXAMINATION

9      BY MR. LAMMERS:

10     Q    Angelo, one more question for you.  When

11 you were signing up for these classes or when

12 registration happened each year, was anyone telling

13 you, like, Ms. Lee, telling you that you couldn't

14 sign up for these classes because you wouldn't be

15 able to get your specialized instruction?

16     A    No, actually, Ms. Lee was not present at

17 the time, there was no coordinator at the time in

18 the office.  If there was it was Rondal Randal [ph]

19 and he did not inform me of these specialized

20 instructions at that time.

21     Q    So, no special-ed coordinator told you

22 when you were registering for these classes that

wtk

74

1  you couldn't get your specialized instruction in

2  these classes?

3      A    Correct.

4          MR. LAMMERS:  No further questions.

5          HEARING OFFICER BANKS:  Thank you.

6          MS. RODI:  Thank you, Mr. R█████-G████████.

7          THE WITNESS:  All right.

8          HEARING OFFICER BANKS:  Now where are

9  these grades you all were looking at?

10          MS. RODI:  DCPS-01.

11          HEARING OFFICER BANKS:  DCPS-1?

12          MS. RODI:  It's right after the meeting

13  notes.

14          HEARING OFFICER BANKS:  I just wanted to

15  know where they were.

16          MS. RODI:  His whole transcript and then

17  his most-recent, his last year's grades.

18          HEARING OFFICER BANKS:  Mr. Lammers your

19  other witness?

20          MR. LAMMERS:  I would call Mr. Hill to

21  specify the communications that took back and forth

22  in the Record, but if you're satisfied with that it

wtk

75

1  wasn't convened within 30 days or until the 30th, I

2  don't think I need to.

3      HEARING OFFICER BANKS:  What I'm saying,

4  if it's not in the Record and it didn't take place,

5  it didn't take place.

6      MR. LAMMERS:  No, it would just be to

7  show--

8      HEARING OFFICER BANKS:  And DC can come in

9  and tell me why it didn't take place, but if it's

10 not documented that it took place, I don't really

11 care why it didn't.

12     MR. LAMMERS:  Okay.

13     HEARING OFFICER BANKS:  So, is that it.

14     MR. LAMMERS:  Okay, and by that time, I'd

15 be ready to offer a closing statement.

16     HEARING OFFICER BANKS:  Well, if the only

17 issue is comp-ed, you haven't made a showing.

18     MR. LAMMERS:  Well, my position is that

19 we've now shown that they have not been able to

20 produce any IEP progress reports or other

21 documents--

22     HEARING OFFICER BANKS:  Let's concede they

1  didn't do it.

2        MR. LAMMERS:  Okay.

3        HEARING OFFICER BANKS:  Let's concede they

4  provided none, you haven't established in my mind a

5  showing required under "Reed" as to entitlement to

6  comp-ed.

7        MR. LAMMERS:  We've shown that there has

8  been a violation; we've shown that there's harm

9  based on A██████ own testimony on what he has to

10 do at that time.

11       HEARING OFFICER BANKS:  You've never shown

12 us there was a harm.  What you've shown is, he's

13 having trouble this year.  And he's taking remedial

14 English and math, my quick review of the transcript

15 shows that he passed English and math in DC, high

16 school.  So, how, what evidence have you shown that

17 because DC didn't comply with the HOD in August,

18 that that's the reason he's having trouble now?

19       MR. LAMMERS:  All we can show is because

20 all we have is what DCPS has provided to us in the

21 Student records and with evaluations that the IEP

22 shows that his grade-level areas, back two school

wtk

1   years ago or at the end of the 2004 period.

2          HEARING OFFICER BANKS:  Here's what you've

3   got to show under "Reed:"  If there's a violation,

4   if you're seeking comp-ed, what you've got to show

5   is, No.1, that there's a violation; I'm conceding

6   that you've shown that.  Now you've got to show the

7   harm that was caused by that violation and how the

8   proposed comp-ed is going to remedy that harm.

9          I haven't heard anything as to why, as to

10  what level of harm he suffered, as a direct result

11  of this particular violation.  Whatever it was a

12  year ago, he's reading at a fifth-grade level.

13  He's doing math at a fourth-grade level.  That

14  didn't happen in August of '05.

15         MR. LAMMERS:  Right, I understand.  I'm

16  telling you--

17         HEARING OFFICER BANKS:  So, you haven't

18  shown me how this violation gives rise to

19  compensable comp-ed that I can award.  I can't

20  award it just because he didn't get services to

21  which he was entitled.  That's why I sustained

22  objections as to what he didn't get for the last

wtk

78

1  three years.

2          Under "Reed" you've got to make a showing,

3  the burden's on you.  What did he lose?  How can it

4  be compensated?

5          MR. LAMMERS:  Well, Mr. Banks, I would

6  still say that what we have provided is testimony

7  that he is having trouble, he is--

8          HEARING OFFICER BANKS:  I'll concede he's

9  having trouble.  What does that have to do with the

10  violation?

11          MR. LAMMERS:  That he's been forced--that

12  violation has now led to it.  In order for me to

13  get anymore detailed information, the Student would

14  have to pay at his own expense for educational

15  evaluations or additional data and we can't show.

16  The burden of proof, in general, is on DCPS.

17          HEARING OFFICER BANKS:  Not for

18  comp-ed--not for comp-ed.  Under comp-ed, the

19  burden is on the Petitioner.

20          MR. LAMMERS:  Well, all I can state today,

21  Mr. Banks, is that we've shown the violation, which

22  you agree was shown.  That we've shown that he was

wtk

79

1  below--significantly below his grade level--

2      HEARING OFFICER BANKS:  It was before the

3  violation.

4      MR. LAMMERS:  Before these violations,

5  that he has then suffered these violations, not

6  gotten services, which A██████ has testified to,

7  which we have no service or documentation to

8  indicate that he's been receiving specialized

9  instruction.

10      I'm not just talking about putting him in

11  a class; anyone can be in financial planning;

12  anyone can be in U.S. Government.  You have the

13  additional protections and the goals that are

14  supposed to be achieved under your IEP.

15      HEARING OFFICER BANKS:  Mr. Lammers--

16      MR. LAMMERS:  And there's been now showing

17  and the harm has been demonstrated.

18      HEARING OFFICER BANKS:  He graduated--it's

19  a tenuous case to begin with because he's graduated

20  already.

21      Now, we can argue about the value of the

22  diploma, but he graduated.  But the fact of the

80

1    matter is, under "Reed" there's a showing that

2    Petitioner has to make.  You didn't make it, I'm

3    sorry, you've got to look at "Reed" and if you're

4    going to bring a comp-ed case, you just can't come

5    in and say, he didn't get this, therefore, he's

6    entitled to that.  There's no testimony, other than

7    from the witness himself that he needs a laptop.

8         There's no witness, no documentation that

9    this violation caused him to need 2,000 hours of

10   comp-ed.

11        MR. LAMMERS:  Well, then, at that point, I

12   would request, as the relief originally stated that

13   a meeting be convened or a comp-ed meeting be

14   convened to discuss that some comp-ed must be

15   delivered.  Now, obviously, you can rule any way

16   you want, I'm just making my argument.

17        HEARING OFFICER BANKS:  No, this was the

18   case to determine how much was necessary.  The

19   standard is set out in "Reed," and you didn't meet

20   that standard.  We're not going to have endless

21   hearings on the same issue.  This is the second

22   hearing on this issue.  If you're going to come in

wtk

81

1   and allege comp-ed was necessary, you've got to

2   show, under "Reed" how much is necessary and why.

3   The hearing is adjourned.

4           [Whereupon, the hearing was concluded.]

5                    -  -  -

# CERTIFICATE

I, hereby, certify that the tape recording represented by the foregoing pages was transcribed by me; and that the foregoing transcript is a correct and accurate record of the proceedings to the best of my knowledge, ability and belief.

*William T. Kennedy*

**WILLIAM T. KENNEDY**

**TRANSCRIBER**