UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANGELO GREGORY-RIVAS,**<br>Plaintiff | )<br>)<br>)<br>)<br>) |
| v. | )     Civil Action No: 06-0563(HHK)<br>)<br>) |
| **DISTRICT OF COLUMBIA,**<br>Defendants | )<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, the Plaintiff, by and through counsels, Roxanne D. Neloms and Domiento C.R. Hill and James E. Brown & Associates, PLLC and pursuant to Local Rule 7.1 and Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for entry of summary judgment against the Defendants, jointly and severally, for the reasons that are more specifically set forth in the attached Memorandum of Points and Authorities filed contemporaneously herewith and incorporated herein by reference as though set forth in its entirety.

Wherefore, these premises considered, Plaintiff respectfully prays that this Honorable Court grant his motion and provide, if this Honorable Court deems it necessary, an opportunity to present oral argument.

[signature page to follow]

Respectfully submitted,

/s/
_____
Roxanne D. Neloms [478157]
Domiento C.R. Hill [ 496256]
James E. Brown & Associates, PLLC
1220 L. Street, NW, Suite 700
Washington, DC 20005
(202)742-2000 (Tele.)
 Counsel for Plaintiffs