# UNIVERSITY OF THE DISTRICT OF COLUMBIA
## OFFICE OF THE REGISTRAR
4200 Connecticut Avenue, N.W., Washington, DC 20008

PAGE 1 OF 1

NAME: ANGELO M. GREGORY-RIVAS
ID NO.: 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   D.O.B.: 11-04-1985

**LAST KNOWN ADDRESS:**
ANGELO M. GREGORY-RIVAS
1358 SPRING ROAD NW
WASHINGTON DC 20010

## Official UNDERGRADUATE ACADEMIC RECORD

Current Academic Program:
ARTS AND SCIENCES
ASSOCIATE APPLIED SCIENCE
Major: LAW ENFORCEMENT

Admitted Program:
ARTS AND SCIENCES
ASSOCIATE APPLIED SCIENCE
Major: LAW ENFORCEMENT

| COURSE NUMBER | TITLE | GRADE | HOURS EARNED | QUALITY POINTS |
|---|---|---|---|---|

------FALL 2005------

| COURSE NUMBER | TITLE | GRADE | HOURS EARNED | QUALITY POINTS |
|---|---|---|---|---|
| 1133-014 | READING IMPROVEMENT | C | 3.00 | 6.00 |
| 1133-015 | ENGLISH FUNDAMENTALS | D | 3.00 | 3.00 |
| 1535-005 | BASIC MATHEMATICS | C | 3.00 | 6.00 |

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 9.00 | 9.00 | 9.00 | 15.00 | 1.667 |
| Cumulative | 9.00 | 9.00 | 9.00 | 15.00 | 1.667 |

------SPRING 2006------

| 1121-104 | INTRO TO THEATRE ARTS | F | (3.00) | |
| 1157-101 | BEGINNING SPANISH I | C | 3.00 | 6.00 |
| 1421-103 | INTRO TO FOOD SCIENCE LAB | F | (1.00) | |
| 1421-105 | INTRO TO FOOD SCI | F | (3.00) | |
| 1535-015 | INTRO ALGEBRA | F | (3.00) | |

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 13.00 | 3.00 | 13.00 | 6.00 | 0.462 |
| Annual | 22.00 | 12.00 | 22.00 | 21.00 | 0.955 |
| Cumulative | 22.00 | 12.00 | 22.00 | 21.00 | 0.955 |

------End of UNDERGRADUATE ACADEMIC RECORD------

CONTROL NO.
ISSUE DT. 05-15-06

**RAISED SEAL NOT REQUIRED**
This official university transcript is printed on secured paper and does not require a raised seal.

LaVerne M. Hill-Flanagan, Acting Registrar

TRANSCRIPT GUIDE PRINTED ON REVERSE