UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELO GREGORY-RIVAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. - 06-563 (HHK) |
| DISTRICT OF COLUMBIA, *et al.,* | ) |
| Defendants. | ) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO FILE CROSS MOTION FOR SUMMARY JUDGMENT.**

Defendants, by and through counsel, pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully move this honorable Court for an extension of time, up to and including January 18, 2007, to file their Opposition to plaintiffs' Motion for Summary Judgment and their Cross Motion for Summary Judgment, which are currently due on January 8, 2007. Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

Respectfully submitted,

LINDA SINGER
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [012914]
        Chief, Equity, Section 2

        /s/ Maria L. Merkowitz
        MARIA L. MERKOWITZ [312967]
        Senior Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor North
        Washington, DC 20001
        (202) 442-9842
        E-mail – maria.merkowitz@dc.gov

January 4, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELO GREGORY-RIVAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. - 06-563 (HHK) |
| DISTRICT OF COLUMBIA, *et al.,* | ) |
| Defendants. | ) |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Fed. R. Civ. P. 6 (b)(1)

2. The inherent powers of the court.

3. Plaintiffs' consent to this motion.

                    Respectfully submitted,

                    LINDA SINGER
                    Interim Attorney General
                    for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    /s/ Edward P. Taptich
                    EDWARD P. TAPTICH [012914]
                    Chief, Equity, Section 2

                    /s/ Maria L. Merkowitz
                    MARIA L. MERKOWITZ [312967]
                    Senior Assistant Attorney General
                    441 4th Street, N.W., Sixth Floor North
                    Washington, DC 20001
                    (202) 442-9842
                    E-mail – maria.merkowitz@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELO GREGORY-RIVAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. - 06-563 (HHK) |
| DISTRICT OF COLUMBIA, *et al.,* | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of Time, up to and including January 18, 2007, within which to file an Opposition to plaintiffs' Motion for Summary Judgment and to file a Cross Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____ 2007, hereby

ORDERED, that Defendants' Motion is GRANTED; and

IT IS FURTHER ORDERED: that Defendants may file their Opposition to plaintiffs' Motion for Summary Judgment and their Cross Motion for Summary Judgment on or before January 18, 2007.

_____
Judge Henry H. Kennedy