## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **ANGELO GREGORY-RIVAS,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. |

**Civil Action 06-00563  (HHK)**

### ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its Memorandum

Opinion docketed this same day, it is this 8th day of September 2008, hereby

**ORDERED** that plaintiff's motion for summary judgment [#8] is **DENIED**; and it is

**FURTHER ORDERED** that defendants' cross-motion for summary judgment [#11] is

**GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for defendants and this case is

**DISMISSED**.  This is a final appealable order.


Henry H. Kennedy, Jr.
United States District Judge